UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
YOKO ONO LENNON, ET AL.,
vs.
Defendant
PREMISE MEDIA CORPORATION, L.P., ET AL.,

Case No.: 08 CV 3813
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on __4\23\08__

I, Ontry Patten, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Apr 23 2008 3:20PM, I executed service of SUMMONS AND COMPLAINT; EXHIBITS; RULE 7.1 STATEMENT; JUDGE STEIN'S INDIVIDUAL RULES; MAGISTRATE JUDGE MASS' INDIVIDUAL RULES on C&S PRODUCTION L.P. DBA RAMPANT FILMS at 615 S DUPONT Highway, DOVER, Kent County, DE 19901

By Personal Service to: Cory Steele, REGISTERED AGENT, White, Female, Age 24, 5'2", 125 lbs with brown hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ Execute on Apr 24, 2008
Ontry Patten, Reg. # None in DE, Kent, DE

State of Delaware County of NewCastle
Subscribed and sworn to before me, a notary public on Apr 24, 2008

_____
Notary Public

FOR: SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.

Order No. 5352093 SEA

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008