UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
YOKO ONO LENNON, ET AL.,
vs.
Defendant
PREMISE MEDIA CORPORATION, L.P., ET AL.,

Case No.: 08 CV 3813
Hearing Date:
Attorney of Record:

### AFFIDAVIT OF SERVICE

Received this on 04/22/2008

I, Randy Teal, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Apr 22 2008 6:50PM, I executed service of SUMMONS AND COMPLAINT; EXHIBITS; RULE 7.1 STATEMENT; JUDGE STEIN'S INDIVIDUAL RULES; MAGISTRATE JUDGE MASS' INDIVIDUAL RULES on ROCKY MOUNTAIN PICTURES, INC. at 4239 LINCOLN PINES Court, SALT LAKE CITY, Salt Lake County, UT 84124

By Personal Service to: Ronald C. Rogers, A white male approx. 55-65 years of age 5'10"-6'0" in height weighing 180-200 lbs with gray hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____   Execute on Apr 23, 2008
Randy Teal, UT

State of Utah County of Salt Lake
Subscribed and sworn to before me, a notary public on Apr 23, 2008

_____
Notary Public

FOR: SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.

Order No. 5352096 SEA

Wendy Stowers
Notary Public • State of Utah
5258 Pinemont Dr. #210
Murray, UT 84123
COMM. EXP. 01/12/2011

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
YOKO ONO LENNON, ET AL.,
vs.
Defendant
PREMISE MEDIA CORPORATION, L.P., ET AL.,
 Case No.:   08 CV 3813
Hearing Date:
Attorney of Record:

AFFIDAVIT OF SERVICE

Received this on April 23, 2008
I, Randy Teal, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Apr 23 2008 6:30PM, I executed service of CIVIL COVER SHEET on ROCKY MOUNTAIN PICTURES, INC. at 4239 LINCOLN PINES Court, SALT LAKE CITY, Salt Lake County, UT 84124

By Personal Service to: Ronald C. Rogers, A white male approx. 55-65 years of age 5'10"-6'0" in height weighing 180-200 lbs with gray hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____          Execute on Apr 24, 2008
Randy Teal, UT

State of Utah County of Salt Lake
Subscribed and sworn to before me, a notary public on Apr 24, 2008

_____
Notary Public

Wendy Stowers
Notary Public • State of Utah
5258 Pinemont Dr. #210
Murray, UT 84123
COMM. EXP. 01/12/2011

FOR: SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.
 Order No. 5352096 SEA