AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 08-3813

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Premise Media Corporation, L.P.
C&S Production L.P. d/b/a/ Rampant Films
Premise Media Distribtuion L.P. and
Rocky Mountain Pictures, Inc.

I certify that I am admitted to practice in this court.

| 4/30/2008 | *signature* |
|---|---|
| Date | Signature |

Julie A. Ahrens        JA 0372
Print Name             Bar Number

Stanford Law School, 559 Nathan Abbott Way
Address

| Stanford | CA | 94305 |
|---|---|---|
| City | State | Zip Code |

(650) 723-2511        (650) 723-4426
Phone Number          Fax Number