UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

YOKO ONO LENNON, SEAN ONO LENNON,     08 CV 3813 (SHS)(FM)
JULIAN LENNON, and EMI BLACKWOOD
MUSIC, INC.,

            Plaintiffs,         **Affidavit of Yoko Ono Lennon In Support of Plaintiffs' Motion For A Preliminary Injunction**

   -against-

PREMISE MEDIA CORPORATION, L.P., C&S
PRODUCTION L.P. *d/b/a* RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. AND
ROCKY MOUNTAIN PICTURES, INC.,

            Defendants.
------------------------------------------------------------x

STATE OF NEW YORK     )
                                      ) ss.:
COUNTY OF NEW YORK   )

       Plaintiff, YOKO ONO LENNON, being duly sworn, deposes and says:

       1.     I am one of the Plaintiffs in the above captioned action. As the widow of the late John Lennon, I am one of the copyright owners of the musical composition "Imagine". Under my late husband's will I was appointed Executrix and charged with protecting and preserving his name, assets and legacy. I then succeeded, individually, to trademark and other intellectual property interests owned by John Lennon on his death, including, but not limited to, the trademark in "Imagine" (the "Mark").

       2.     My late husband's stature as a musician, artist, political activist and musical icon of the twentieth century is indisputable.

3. Together with the Co-Plaintiff, EMI Blackwood Music, Inc. (our exclusive administrator for musical compositions), I work to control the manner in which John Lennon's music is licensed and utilized.

4. "Imagine" has been licensed and featured in countless highly publicized contexts, including the 1984 Academy Award nominated film <u>The Killing Fields</u>, at the opening ceremony of the 2006 Winter Olympics in Torino, Italy, and for the past three years served as the musical "backdrop" in Times Square in New York City on New Year's Eve, before the famous midnight drop of the New Year's ball.

5. I believe "Imagine "is one of the, if not the "signature" song, written by my late husband. "Imagine" earned accolades from all corners of the music world. In 2004, <u>Rolling Stone</u> magazine voted "Imagine" the third greatest song of all time. Likewise, the Recording Industry Association of America has included the Imagine Recording among its ranking of the most historically significant recordings. Imagine is immediately recognizable to most Americans.

6. I have licensed the use of the Mark throughout the world in numerous instances including, most recently, the creation and installation of the Imagine Peace Tower in Reykjavik, Iceland. "Imagine" was also the title of the critically acclaimed David Wolper documentary on the life of John Lennon, produced with my participation. I also control the creation and licensing of many types of products which spread the message of John Lennon and his creative works.

7. On or about April 15, 2008, I became aware of press reports posted on Internet news sites incorrectly stating that I had licensed or otherwise authorized the use of "Imagine" in a motion picture entitled "Expelled: No Intelligence Allowed"

(the "Movie"). This was the first time that I became aware of the Movie or the use of "Imagine" in the Movie.

## Defendants Unauthorized Use

8. I am advised that the Movie prominently features the use of John Lennon's recording of "Imagine", together with a reproduction, by subtitle, of a portion of the lyrics of the song on the screen.

9. None of the Defendants sought permission to use "Imagine" from me or from EMI Blackwood Music, Inc.

10. The use of "Imagine" is not only an affront to the intellectual property rights Plaintiffs control encompassed under our copyright, it is also causing harm to the trademark rights as well.

11. I learned from the initial press reports that the use of "Imagine" in the Movie was causing widespread criticism and concern about why those responsible for licensing "Imagine" would permit such use. As the April 16, 2008 online edition of The Wall Street Journal explained, "Word of the song's appearance in 'Expelled: No Intelligence Allowed' outraged bloggers, who immediately began speculating about why Ms. Ono would allow the song to appear in what they characterized as 'creationist propaganda.'" A copy of The Wall Street Journal article is attached as Exhibit A.

12. In one of the most aggravated instances of confusion about such alleged, false authorization, on the widely read HuffingtonPost.com, the blogger James Boyce attacked me, when he stated:

> "Yoko Ono either sold or gave the rights to "Imagine" to the producers of the film. In screenings around the country, and in copies of the movie reviewed, everyone notes the odd inclusion of the song. I guess that the $20 million plus the estate earns every year isn't' enough for Yoko Ono, not only does she feel the need to license the song out, she probably held out for the highest bidder..."

Mr. Boyce retracted this malicious statement when informed by my attorney that, in fact, no permission had been granted by me. A copy of Mr. Boyce's article and retraction are attached as Exhibit B.

### The Irreparable Harm to Plaintiffs

13. Together with EMI Blackwood Music, Inc., I carefully consider each and every request for a synchronization use such as the one made in the Movie. While a fee is negotiated for uses of this kind, the information a potential licensee provides to us regarding <u>how</u> the song will be used is of paramount concern for me.

14. As set forth in the accompanying affidavit from EMI Blackwood Music, Inc., I carefully select how and where we license John Lennon's musical works to third parties. Losing control of this process harms the copyright in "Imagine" in a manner which simply cannot be quantified in money damages---the loss of this control is irreparable.

15. As is clearly apparent from the press report, speculation about my "selling out", tarnishes and diminishes the legacy left by John Lennon.

16. If anyone could use "Imagine", or any other John Lennon song, without permission, the work which EMI Blackwood Music, Inc. and I have done for decades would simply be destroyed.

17. One of the most basic rights I control by reviewing and choosing licenses is the right to say "no". The filmmakers simply looted me of the ability to do

so. I ask that the Court not condone this type of behavior so that it will not create a damaging precedent.

   18. I have not asked this Court, or any other Court, for the relief sought herein by prior application or otherwise.

                _____
                 YOKO ONO LENNON

Sworn to before me
this 29 day of April, 2008

_____
Notary Public

Notary Public
State of New York
Jonas E. Herbsman
My Commission Expires 9-14-10
Registration No 02HE5001706



April 16, 2008 10:27 p.m. EDT

## Yoko Ono, Filmmakers Caught in 'Expelled' Flap

By ETHAN SMITH
April 16, 2008 10:27 p.m.

**DOW JONES REPRINTS**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

Having ruffled feathers in the scientific community, the filmmakers behind a documentary questioning evolution theory have now incurred the wrath of one of the most powerful figures in the popular music business, Yoko Ono, and have generated a blogosphere mini-drama in the process.

The flap concerns the film's use of the song "Imagine," by the late John Lennon. Bloggers had accused Ms. Ono, Mr. Lennon's wife, of selling out by licensing the song to the filmmakers. In fact, her lawyers say, she never granted permission for its use.

The movie is set to open Friday on 1,000 screens, according to a press release from Premise Media Corp., the film's producer.

The dustup has already led to both a scathing article and a retraction on the site HuffingtonPost.com, where Wednesday afternoon writer James Boyce took back an article he had posted 48 hours earlier: "I apologize to Mrs. Lennon for my incorrect assumptions and statements in the article below which, of course, I retract completely."

Word of the song's appearance in "Expelled: No Intelligence Allowed" outraged bloggers, who immediately began speculating about why Ms. Ono would allow the song to appear in what they characterized as "creationist propaganda." ("What else would you expect them to say?" asked Mark Mathis, the film's associate producer. "They're absolutely infuriated when anyone dares question their philosophy.")

"I guess that the $20 million plus the estate earns every year isn't enough for Yoko Ono," Mr. Boyce wrote Monday in the Huffington Post[1], referring to an income estimate printed by Forbes magazine. "Not only does she feel the need to license the song out, she probably held out for the highest bidder."

But according to a lawyer for Ms. Ono, the filmmakers did not have permission to use the song, for any amount of money.

Ms. Ono's lawyer, Jonas Herbsman, of Shukat, Arrow, Hafer, Weber & Herbsman, said in an interview Wednesday: "It was not licensed." With respect to the filmmakers, he says: "We are exploring all options." It is not clear what remedies if any may be available to Ms. Ono.

In a written statement, the film's three producers -- Walt Ruloff, John Sullivan and Logan Craft -- acknowledged that they did not seek permission, but they called the use "momentary." "After seeking the opinion of legal counsel it was seen as a First Amendment issue and protected under the fair use doctrine of free speech," the statement said. A spokeswoman said under 25 seconds of the song are used in the movie.

Typically when producers want to use a song in a film or television program, they need permission from at least two parties: the song's publisher and the record label that distributes the recording they want to use. Big-name artists often retain veto power over any such uses, and in the case of Mr. Lennon's music, those decisions lie in the hands of Ms. Ono.

The film stars Ben Stein, a Yale-educated lawyer and popular pundit who for the film affects a persona akin to a conservative version of Michael Moore, the provocative liberal documentary filmmaker. According to early reviews and the film's trailers, "Expelled" purports to demonstrate that American academia routinely discriminates against people who espouse so-called "intelligent design" theory -- a proposed alternative to evolution that would allow for the participation of a supernatural force in critical biological processes.

Evolutionary biologist Richard Dawkins and others have complained in various public statements that they were duped into participating in interviews for the film. They have said the filmmakers misprepresented the kind of movie they were making. Mr. Mathis, the film's associate producer, disputed that account, saying he personally described the film to interview subjects and even sent many of them the questions he planned to ask.

Bloggers also questioned whether another popular rock group, the Killers, had given permission for the inclusion in the film of one of their songs, "All These Things That I've Done." A spokesman for Vivendi SA's Universal Music Group, which owns the band's record label and music publisher, said licenses had been issued.

**Write to** Ethan Smith at ethan.smith@wsj.com[2]

**URL for this article:**
http://online.wsj.com/article/SB120839097431221369.html

**Hyperlinks in this Article:**
(1) http://www.huffingtonpost.com/james-boyce/yoko-ono-sells-out-john-l_b_96527.html
(2) mailto:ethan.smith@wsj.com

Copyright 2008 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

**RELATED ARTICLES FROM ACROSS THE WEB**
**Related Web News**
- Ono sues over use of 'Imagine' in Ben Stein film  Apr. 25, 2008  cnn.com
- Yoko sues "Expelled" filmmakers over Imagine  Apr. 24, 2008  news.aol.com
- Yoko Ono sues in NY over song in movie challenging evolution  Apr. 24, 2008  news.aol.com
- Yoko Ono sues Expelled filmmakers over Imagine| Entertainment  Apr. 23, 2008  reuters.com

**More related content**     *Powered by Sphere*



James Boyce: Yoko Ono Sells Out John Lennon To Creationist Manufactroversy -- UPDATED AND RETRACTION - Entertainment on The ... Page 1 of 4

Case 1:08-cv-03813-SHS   Document 11-3   Filed 05/01/2008   Page 2 of 2

Log In | Sign Up

|SITE [ASK] SEARCH|

# THE HUFFINGTON POST

April 25, 2008

- Home
- Politics
- Media
- Business
- Entertainment
- Living
- More on HuffPost...
- 23/6

∨ ∧



**James Boyce**

BIO Become a Fan Get Email Alerts Similar Bloggers

# Yoko Ono Sells Out John Lennon To Creationist