SHUKAT ARROW HAFER WEBER
& HERBSMAN, L.L.P.
Attorneys for Plaintiffs
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580
Dorothy M. Weber, Esq. (DW 4734)
Peter S. Shukat, Esq. (PS 8078)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YOKO ONO LENNON, SEAN ONO LENNON,
JULIAN LENNON, and EMI BLACKWOOD
MUSIC, INC.

          Plaintiffs,

-against-

PREMISE MEDIA CORPORATION, L.P., C&S
PRODUCTION L.P. *d/b/a* RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and
ROCKY MOUNTAIN PICTURES, INC.

          Defendants.
------------------------------------------------------------X

08 CV ____

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff EMI Blackwood Music, Inc. (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

                        NONE

Dated:     New York, New York
            April 22, 2008

                                         SHUKAT ARROW HAFER WEBER
                                         & HERBSMAN, LLP

                                         By: _____
                                         Dorothy M. Weber, Esq. (DW 4734)
                                         Peter S. Shukat, Esq. (PS 8078)
                                         111 West 57th Street, Suite 1120
                                         New York, New York 10019
                                         (212) 245-4580