SHUKAT ARROW HAFER WEBER
& HERBSMAN, LLP
111 West 57th Street, Suite 1120
New York, New York  10019
212-245-4580
Peter S. Shukat, Esq. (PS 8078)
Dorothy M. Weber, Esq. (DW 4734)
Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                  :
YOKO ONO LENNON, SEAN ONO LENNON,       08 CV 3813 (SHS)(FM)
JULIAN LENNON, and EMI BLACKWOOD  :
MUSIC, INC.,
                  :
           Plaintiffs,
                  :
   -against-
                  :
PREMISE MEDIA CORPORATION, L.P., C&S
PRODUCTION L.P. *d/b/a* RAMPANT FILMS,  :
PREMISE MEDIA DISTRIBUTION L.P. AND
ROCKY MOUNTAIN PICTURES, INC.,
                  :
           Defendants.
----------------------------------------------------------------x


## DECLARATION OF DOROTHY M. WEBER


     DOROTHY M. WEBER declares:

     1.    I am a member of the firm Shukat Arrow Hafer Weber & Herbsman, LLP,

attorneys for the Plaintiffs Yoko Ono Lennon, Sean Ono Lennon, Julian Lennon and

EMI Blackwood Music, Inc. ("Plaintiffs") herein in the above-captioned action. I am

fully familiar with the facts and circumstances contained herein.

2.      The purpose of this declaration is to place before the court documents referred to in connection with Plaintiff's instant application, by Order to Show Cause, for a temporary restraining order, preliminary injunction and order for expedited discovery.

3.      Annexed hereto as Exhibit A is a true and accurate copy of the Complaint herein, dated April 22, 2008, Index No. 08 CV 3813 (SHS).

4.      Annexed hereto as Exhibit B is a composite exhibit consisting of true and accurate copies of articles appearing on various Internet websites since the Complaint was filed on April 22, 2008, wherein the Defendants have defended their use of the song "Imagine" in connection with their Movie as, *inter alia*, a "fair use."

5.      Annexed hereto as Exhibit C is a true and accurate copy of the Complaint dated April 22, 2008, together with the Order to Show Cause for a preliminary injunction filed by EMI Records, Ltd. And Capitol Records, LLC v. Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc, Index No. 601209/08 seeking *inter alia*, an injunction and damages for use of the Master Recording of the song "Imagine" under New York State's common law copyright covering recordings "fixed" pre-February, 1972.

6.      Annexed hereto as Exhibit D is a composite exhibit consisting of true and accurate copies of the theatre distribution listing published on the Movie's official Website www.expelledthemovie.com.

7.      Plaintiffs will suffer irreparable harm without the relief requested herein.

8.    There is no adequate remedy at law to satisfy the relief requested herein.

9.    There has been no prior request made for this relief.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Dated:        New York, New York
              April 30, 2008

                                        By: _____
                                              Dorothy M. Weber

JUDGE STEIN

SHUKAT ARROW HAFER WEBER &
HERBSMAN, L.L.P.
Attorneys for Plaintiffs
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580
Dorothy M. Weber, Esq. (DW 4734)
Peter S. Shukat, Esq. (PS 8074)



08 CV 3813

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
YOKO ONO LENNON, SEAN ONO LENNON,       :    08 CV _____ (___)
JULIAN LENNON, and EMI BLACKWOOD        :
MUSIC, INC.,                            :    **COMPLAINT**
                                                             :
                Plaintiffs,                                  :
                                                             :
        -against-                                            :
                                                             :
PREMISE MEDIA CORPORATION, L.P., C&S    :
PRODUCTION L.P. d/b/a RAMPANT FILMS,    :
PREMISE MEDIA DISTRIBUTION L.P. AND     :
ROCKY MOUNTAIN PICTURES, INC.,          :
                                                             :
                Defendants.                                  :
-------------------------------------------------------------x

        Plaintiffs, Yoko Ono Lennon, Sean Ono Lennon, Julian Lennon and EMI

Blackwood Music, Inc., by their attorneys, Shukat Arrow Hafer Weber & Herbsman,

LLP, allege for their complaint, upon knowledge and belief as to their own acts and

upon information and belief as to the acts of all others, as follows:

## THE PARTIES, JURISDICTION AND VENUE

        1.      Plaintiff Yoko Ono Lennon is an individual residing in the State of New

York. She is the widow of the late John Lennon, who was one of the most successful

and influential musicians of all time.  Mrs. Lennon succeeded to all copyright, trademark and other intellectual property interests owned by John Lennon on his death, including, but not limited to, the trademark in "Imagine" (the "Mark") and is one of the renewal claimants for the music and lyrics to the song "Imagine" (the "Song").

2.      Plaintiff Sean Ono Lennon is a citizen and resident of the State of New York and is a son of the late John Lennon.  He is also a renewal claimant on the copyright registration for the Song.

3.      Plaintiff Julian Lennon is a citizen of the United Kingdom and resident of Italy and is a son of the late John Lennon.  He is also a renewal claimant on the copyright registration for the Song.

4.      Plaintiff EMI Blackwood Music, Inc. is the publishing administrator of the Song.   EMI Blackwood Music, Inc. is a Connecticut Corporation and has its principal place of business at 75 Ninth Avenue, New York, New York 10011

5.      Defendant Premise Media Corporation is a Delaware limited partnership with its principal place of business in Dallas, Texas.

6.      Defendant C&S Production, LP, d/b/a Rampant Films, is a Delaware limited partnership with its principal place of business in Gonzales, Texas.

7.      Defendant Premise Media Distribution LP is a Delaware Limited Liability company with its principal place of business in Dallas, Texas.

8.      Defendant Rocky Mountain Pictures, Inc. is a Utah Corporation with its principal place of business in Salt Lake City, Utah.

9.    This Court has exclusive jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, §1332 and 1338 and Section 43(a) of the Lanham Act (15 U.S.C. §1125(a)) and principles of pendent jurisdiction.  The claims herein arise under Sections 106, 201, 501 and 504 of the Copyright Act (17 U.S.C. §§ 106, 201, 501 and 504) and the common law.

10.    This Court also has jurisdiction based upon the diversity of the parties (28 U.S.C. §1332), as this is a civil action between citizens of different states in which the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

11.    Venue is proper in the Southern District of New York pursuant to 28 U.S.C. § 1391(a) and (b) as there is complete diversity between Plaintiffs and Defendants, and since a substantial part of the events that are the subject matter of this lawsuit occurred in this judicial district, including, but not limited to, sales and distribution of the infringing Film, as defined hereinbelow, in this judicial district.

## BACKGROUND FACTS

12.    John Lennon was a musician, artist and political activist whose status as an artistic genius and musical icon of the twentieth century cannot be disputed. His achievements as a musician, writer, artist and humanitarian are legendary and were cut short by his tragic and shocking assassination in 1980.

13.    The distinctive artistic brilliance that has come to be associated with John Lennon's music is of inestimable value to his heirs.

14.    The Song appeared on John Lennon's album entitled "Imagine."  The December 4, 2004 issue of Rolling Stone magazine entitled the "500 Greatest Songs

3

of all Time" ranked the Song at number three (3). The Imagine album and single have sold multi-millions of copies worldwide. Simply, Imagine is one of the most recognizable songs in the world.

15.    The Mark has been used in commerce since at least 1988 in connection with the sale and advertising of Plaintiff's products and services and has achieved secondary meaning through substantial usage and sales and the attendant consumer recognition. "Imagine" was also the title of the critically acclaimed David Wolper documentary on the life of John Lennon, produced with the participation of Plaintiff, Yoko Ono Lennon.

16.    As a result of publicity, advertising and marketing efforts with respect to the Song, it has acquired secondary meaning as Lennon's "signature" song. Accordingly, the Song has become closely associated with and is synonymous with John Lennon and associated with Plaintiffs.

17.    Through sponsorship and promotion of charitable and educational events, such as the John Lennon Educational Tour Bus and the Imagine Peace Tower, and through music, art and multimedia events regarding the musical legacy of John Lennon, Plaintiff Yoko Ono Lennon has intentionally associated the Mark with John Lennon's vision.

## THE FILM

18.    On or about April 15, 2008, press reports were posted on Internet news sites incorrectly stating that Plaintiffs had licensed or otherwise authorized the use of the Song in a motion picture entitled "Expelled: No Intelligence Allowed" (the

4

"Film"). This was the first time that Plaintiffs became aware of the Film or the use of the Song in the Film. Defendants are the producers, distributors or otherwise involved with and profit from the Film.

19.    None of the Plaintiffs granted permission for the use of the Song in the Film.

20.    Internet "bloggers" immediately began accusing Mrs. Lennon of "selling out" by licensing the Song to Defendants.

21.    On April 18, 2008, at a public showing of the Film at 11:40 a.m. at the E-Walk Stadium 1 Cinemas located at 247 West 42nd Street in New York City, the Film prominently featured the use of John Lennon's recording of the Song, together with a reproduction, by subtitle, of a portion of the lyrics of the Song on the screen.

22.    The Film also contains other musical compositions, including "All Along The Watchtower" written by Bob Dylan, "Spirit In The Sky" written and performed by Norman Greenbaum "All These Things That I've Done" written by Brandon Flower, Dave Brent Keuning, Mark August Stoermer and Ronnie Vannucci, Jr. and performed by the artist "The Killers" and "Personal Jesus" written by Martin Lee Gore and performed by the artist "Depeche Mode."

23.    On information and belief, the filmmakers obtained and/or applied for synchronization licenses for the use of the foregoing musical compositions and masters but did not obtain permission for use of the Song.

24.    Rolling credits at the end of the movie state ownership, credit and permissions information for each such song licensed.

25.    "Imagines'" ownership and credit information is also displayed among the similar information for the other music used, but close inspection of the momentary reference reveals that the "permission granted" line was omitted in the case of the Song.

26.    Members of the consuming public are likely to perceive this credit information in the Film as suggesting that the Song was properly licensed.  Indeed, commentators in the press have widely speculated that such use was approved by the owners of the intellectual property associated with "Imagine".

27.    Upon information and belief, Defendants have intentionally and willfully used the Song without authorization because they knew that they would likely be unable to secure permission from Plaintiffs and/or because they wished to avoid the costs associated with lawfully licensing these works and paying royalties.

28.    Upon information and belief, Defendants have also intentionally and willfully used the Song in a fashion that suggests to the public that such use was authorized, endorsed or sponsored by the Plaintiffs.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement)

29.    Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 28 with the same force and effect as if fully set forth herein.

30.    At all relevant times, Plaintiffs are and have been the rightful owners and/or administrators of the copyrights in and to the Song.

31.     Plaintiffs Ono, Sean Ono Lennon and Julian Lennon have filed with the United States Copyright Office the deposit, application, and fee required for registration of the Song pursuant to 17 U.S.C. §§ 408, 409 and Copyright Registration RE-796-356 was issued on December 31, 1998, a copy which is annexed hereto as Exhibit A.  The Song was originally registered on September 15, 1971 and bears registration number EU277294, a copy of which is annexed as Exhibit B.

32.     Defendants have no license or any other form of permission to copy, duplicate, or claim copyright ownership in the Song, or to sell or distribute any portion of the Song.

33.     Defendants have infringed Plaintiffs' copyright in the Song, in violation of the Copyright Act, 17 U.S.C. §§ 501 and 106, by copying, publishing, and distributing the Song.

34.     Such infringement is willful pursuant to the Copyright Act, 17 U.S.C. § 504.

35.     Defendants' unauthorized exploitation of the Song in the Film is in derogation of and injurious to Plaintiffs' exclusive rights as the owner and/or administrator of the copyright to the Song, all to the Plaintiffs' substantial damage.

36.     By reason of the foregoing acts of copyright infringement, Plaintiffs are entitled both to a permanent injunction enjoining Defendants from continuing the aforesaid acts of infringement, and to an award of damages in an amount to be proved at trial.

## SECOND CLAIM FOR RELIEF
### (Injunction)

37.    Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 37 with the same force and effect as if fully set forth herein.

38.    At all times herein Plaintiffs Yoko Ono Lennon, Sean Lennon and Julian Lennon were the owners of the copyright in and to the Song.

39.    By Defendants' public dissemination of the Song, Defendants have violated Plaintiffs' copyright interests in the Song .

40.    Plaintiffs have been damaged by Defendants' public dissemination of the Song, and will continue to suffer damage in the future if Defendants continue to publicly disseminate the Song.

41.    This Court is authorized by 17 U.S.C. § 502 to enjoin the future infringement of Plaintiffs' copyright in the Song.

## THIRD CLAIM FOR RELIEF BY YOKO ONO LENNON
### (Violation of § 43(a) of the Lanham Act)

42.    The Plaintiff, Yoko Ono Lennon, repeats and realleges the allegations set forth in paragraphs 1 through 41 as if fully set forth herein.

43.    Yoko Ono Lennon was the Executrix of the Estate of John Lennon.

44.    The name "Imagine" is distinctive and arbitrary and has acquired secondary meaning.  "Imagine" is entitled to protection from misappropriation and from use on unauthorized goods and products.

8

45.     Defendants have used, and continue to use, "Imagine" in connection with the Film in a way which is likely to cause confusion and/or mistake among consumers by falsely suggesting and implying that the Film is authorized, approved and/or sponsored by the Plaintiff or is in some way affiliated, connected or associated with unauthorized uses.

46.     Defendants' conduct constitutes a violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

47.     The acts and conduct of Defendants have caused, and unless restrained and enjoined by this Court will continue to cause, great and irreparable harm to Plaintiffs in that there is a likelihood of confusion by the public as to the source or sponsorship of the Film, and that the offering for sale and sale of the Film usurps and perverts the market for licensed uses of the Song.  Such irreparable harm cannot be adequately compensated or measured by money alone.

48.     Plaintiff has no adequate remedy at law.

49.     By reason of the foregoing, Plaintiff is entitled both to a permanent injunction enjoining Defendants from continuing the aforesaid violations of § 43(a) of the Lanham Act, and to an award of damages in an amount not less than three times Defendants' profits or damages, whichever is greater, and reasonable attorney fees.

**WHEREFORE**, Plaintiffs demand judgment against Defendants as follows:

a.     On Count I:

    i.     Finding that the Defendants have infringed the Plaintiffs' copyright interests in the Song;

9

ii.     Permanently enjoining and restraining Defendants, their agents, affiliates and representatives from producing, manufacturing, printing, distributing, selling, marketing, promoting, advertising and/or otherwise exploiting the Film, or causing the foregoing activities to take place, and from otherwise infringing Plaintiffs' copyright interests in the Song;

iii.    Entering judgment for Plaintiffs and against Defendants, jointly and severally, for Plaintiffs' actual damages plus Defendants' additional profits, or, in the alternative, statutory damages, pursuant to 17 U.S.C. § 504, in an amount yet to be determined, and directing Defendant to provide an accounting of all sales of and profits derived from the exploitation of the Film;

iv.     ordering Defendants to account for all profits, gains and advantages derived from their acts of infringement and for its other violations of law;

v.      That all gains, profits and advantages derived by Defendants from their acts of infringement be deemed to be held in constructive trust for the benefit of the Plaintiffs; and

vi.     ordering Defendants to turn over all copies of the Film that are now within Defendant's ownership or control;

b.    On Count II, permanently enjoining and restraining Defendants, their agents, affiliates and representatives from producing, manufacturing, printing, distributing, selling, marketing, promoting, advertising and/or otherwise exploiting the Film, or causing the foregoing activities to take place, and from otherwise infringing the Plaintiffs' copyright interests in the Song;

c.    On Count III:

  i.    permanently enjoining and restraining Defendants, their agents, affiliates and representatives from continuing use of the mark "Imagine" in connection with the Film in a way which is likely to cause confusion and/or mistake among consumers by falsely suggesting and implying that the Film is authorized, approved and/or sponsored by the Plaintiffs or that Plaintiffs are in some way affiliated, connected or associated with the Defendants' unauthorized uses, and from producing, manufacturing, printing, distributing, selling, marketing, promoting, advertising and otherwise exploiting the Film; and

ii.    awarding Plaintiff damages against Defendants, jointly and severally, in

an amount to be proven at trial, but in no event less than Seventy-Five

Thousand ($75,000) Dollars and not less than three times Defendants'

profits or damages, whichever is greater, and reasonable attorney fees;

and

d.    Awarding Plaintiffs such other and further relief as may be just and proper.


Dated:     New York, New York
           April 22, 2008

SHUKAT ARROW HAFER WEBER
& HERBSMAN, L.L.P.
Attorneys for Plaintiffs
111 West 57th Street
New York, New York  10019

By: _____
Dorothy M. Weber, Esq. (DW 4734)
Peter S. Shukat, Esq. (PS 8074)

# Exhibit A

FROM EMI MUSIC PUBLISHING

(THU) 12. 09' 99 15:31/ST. 15:28/NO. 3561861400 P 6

CERTIFICATE OF REGISTRATION




For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with the United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

RE 796-356

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 31 1999
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**1**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼    (See Instructions)

1  Name  ONO, YOKO

Address  C/O EMI MUSIC PUBLISHING 810 7TH AVENUE, 36TH FL, NEW YORK, NEW YORK 10019

Claiming as  WIDOW OF THE DECEASED AUTHOR, JOHN LENNON
(Use appropriate statement from instructions)

2  Name  LENNON, SEAN ONO AND LENNON, JULIAN

Address  C/O EMI MUSIC PUBLISHING 810 7TH AVENUE, 36TH FL, NEW YORK, NEW YORK 10019

Claiming as  CHILDREN OF THE DECEASED AUTHOR, JOHN LENNON

3  Name

Address

Claiming as

---

**2**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

IMAGINE

RENEWABLE MATTER ▼

WORDS AND MUSIC

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.    Date of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼              Issue Date ▼

---

**3**

AUTHOR(S) OF RENEWABLE MATTER ▼

LENNON, JOHN

---

**4**

ORIGINAL REGISTRATION NUMBER ▼        ORIGINAL COPYRIGHT CLAIMANT ▼

EU277294                              NORTHERN SONGS, LTD.

ORIGINAL DATE OF COPYRIGHT
If the original registration for this work was made in published form, give:    If the original registration for this work was made in unpublished form, give:
DATE OF PUBLICATION                                    DATE OF REGISTRATION  SEPTEMBER 15, 1971
(Month)    (Day)    (Year)    OR                          (Month)    (Day)    (Year)

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-6) on the reverse side of this page.    DO NOT WRITE HERE
                 • See detailed instructions.    • Sign the form at space 7.    Page 1 of __2__ pages

DEC. 09 1999  14:59          212 P 05198                    97%              P.06

FROM EMI MUSIC PUBLISHING

(THU) 12. 09' 99 15:31/ST. 15:28/NO. 3561861400 P

RENEWAL APPLICATION RECEIVED

DEC 31. 1998

FORM RE

CORRESPONDENCE ☐ YES

EXAMINED BY

CHECKED BY

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

| 1 | Title of Contribution: | | | | | |
|---|---|---|---|---|---|---|
| | Title of Periodical: | | | Vol: | No: | Issue Date: |
| | Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | |

| 2 | Title of Contribution: | | | | | |
|---|---|---|---|---|---|---|
| | Title of Periodical: | | | Vol: | No: | Issue Date: |
| | Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | |

| 3 | Title of Contribution: | | | | | |
|---|---|---|---|---|---|---|
| | Title of Periodical: | | | Vol: | No: | Issue Date: |
| | Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | |

| 4 | Title of Contribution: | | | | | |
|---|---|---|---|---|---|---|
| | Title of Periodical: | | | Vol: | No: | Issue Date: |
| | Date of Publication: | (Month) | (Day) | (Year) | Registration Number: | |

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

Name     EMI MUSIC PUBLISHING

Account Number     DAO 40983

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name     A. PATEL/EMI MUSIC PUBLISHING

Address     810 SEVENTH AVENUE - 36TH FLOOR

NEW YORK          NEW YORK          10019
(City)                    (State)              (ZIP)

Area Code and Telephone Number ▶     (212) 830-2000

Be sure to
give your
daytime phone
number

**6**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of     CLAIMANT OF SPACE ONE
                                                      (Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼     ANISH PATEL          Date ▼     11/13/98

Handwritten signature (X) ▼

**7**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
          EMI MUSIC PUBLISHING          ATTENTION: ANISH PATEL

Number/Street/Apt ▼
810 SEVENTH AVENUE - 36TH FLOOR

City/State/ZIP ▼
NEW YORK, NEW YORK 10019

**8**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# Exhibit B

Page 1

# Application for Registration of a Claim to Copyright

in a musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America

**FORM E FOREIGN**

CLASS **E**    REGISTRATION NO. **Eu 277294**

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, U.S.A.

together with the items specified in either Option A or B:

☐ **Option A:** One copy of the musical composition and a fee of $6. Make remittance payable to the Register of Copyrights.

☐ **Option B:** Two copies of the musical composition and a catalog card. This option is not available for unpublished works or if the author or proprietor is a U.S. citizen, domiciliary, or resident on the date application is filed. Option B is available only if the copies, a properly completed application, and catalog card are received in the Copyright Office within 6 months of the date of first publication.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies of the work deposited.

Name ........ NORTHERN SONGS LIMITED

Address ........ 71-75 New Oxford Street, London W.C.1, England

Name ........

Address ........

**2. Title:** IMAGINE

(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5), give information about the author of the new matter.

Name JOHN LENNON

(Give legal name followed by pseudonym if latter appears on the copies)

Domiciled in U.S.A. Yes ___ No X ___ Address LONDON, ENGLAND    Citizenship UNITED KINGDOM

(Name of country)

Name ........    Author of WORDS & MUSIC

(Give legal name followed by pseudonym if latter appears on the copies)    (State which: words, music, arrangement, etc.)

Domiciled in U.S.A. Yes ___ No ___ Address ........    Citizenship ........

(Name of country)

Name ........    Author of ........

(Give legal name followed by pseudonym if latter appears on the copies)    (State which: words, music, arrangement, etc.)

Domiciled in U.S.A. Yes ___ No ___ Address ........    Citizenship ........

(Name of country)

Name ........    Author of ........

(Give legal name followed by pseudonym if latter appears on the copies)    (State which: words, music, arrangement, etc.)

Domiciled in U.S.A. Yes ___ No ___ Address ........    Citizenship ........

(Name of country)

**4. (a) Date of Publication:** ➤➤ (NOTE: Leave all spaces of line 4 blank unless your work has been PUBLISHED.) ◄◄ Give the complete date when copies of this particular version of the musical composition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

........
(Month)    (Day)    (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the musical composition was first published. ........

**5. Previous Registration or Publication:** ➤➤ (NOTE: Leave all spaces of line 5 blank unless the instructions below apply to your work.) ◄◄ If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ___ No ___ Date of registration ........ Registration number ........

Was work previously published? Yes ___ No ___ Date of publication ........ Registration number ........

Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of musical arrangement, compilation, editorial revision, and the like, as well as additional words and music.) ........

*Complete all applicable spaces on next page*

EXAMINER

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:
ATV-KIRSHNER MUSIC CORP.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:
ATV-KIRSHNER MUSIC CORP.           1370 Avenue of the Americas

Name ..................................... Address .. NEW YORK, NEW YORK 10019

8. Send certificate to:

(Type or        Name        MACLEN MUSIC, INC.
print                       c/o ATV-Kirshner Music Corp.
name and
address)  Address    1370 Avenue of the Americas
                                        (Number and street)
          New York        New York          10019
              (City)            (State)         (ZIP code)

9. Certification:

(Application         I CERTIFY that the statements made by me in this application are correct to the
not acceptable       best of my knowledge.
unless signed)
                                            Alleen Mohr
                        (Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A    Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to
or B           the ad interim provisions of the copyright law).
           Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the
               United States of America.

Class B    Form B—Periodical manufactured in the United States of America.
           Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which
               was first published in the United States of America.
           Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of
               America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.
           Form KK—Print or label used for an article of merchandise.

Class L    Form L-M—Motion picture.
or M
           Form R—Renewal copyright.
           Form U—Notice of use of copyrighted music on mechanical instruments.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>SEP 15 1971 | |
| One copy received<br>SEP 15 1971 | |
| Two copies received | |
| Catalog card received | |
| Fee received | |
| Renewal | |

*Page 2*

Case 1:08-cv-03813-SHS    Document 15-3    Filed 05/01/2008    Page 1 of 13



SIGNS of LIFE IN MUSIC, FILM AND CULTURE



South

New Album
"You Are Here"
Out April 29th

| HOME | MUSIC | FILM | BOOKS | GAMES | CULTURE | BLOGS |

Search Term    **SEARCH**



new issue | cover story |
web extras | subscribe
renew | back issues
cd sampler sleeves

Announced last week, *Get Him to the Greek* will be the next movie to receive the Judd Apatow treatment. What is his best project so far?

- ○ Walk Hard: The Dewey Cox Story
- ○ Kicking & Screaming
- ○ Superbad
- ○ Drillbit Taylor
- ○ Talladega Nights: The Ballad of Ricky Bobby
- ○ Forgetting Sarah Marshall
- ○ Knocked Up
- ○ The 40-Year-Old Virgin

Case 1:08-cv-03813-SHS    Document 15-3    Filed 05/04/2008    Page 2 of 13



&#9675; Anchorman: The
Legend of Ron
Burgurndy

&#9675; Other

Submit Vote
Current Results

Content

- Home
- Blogs
- Features
- News
- Reviews
- Paste Culture Club Podcast
- Paste Recommends

Services

- About
- Advertise
- Artists & Labels
- Back Issues
- CD Sampler
- Contact Us
- FAQs
- Privacy & Security
- Subscribe
- Renew
- Where to Buy
- Writers & Contributors



Email    GO

Enter your email address to sign up for *Paste's* free email newsletter

Case 1:08-cv-03813-SHS     Document 15-8     Filed 05/01/2008     Page 3 of 13





Case 1:08-cv-03813-SHS    Document 15-3    Filed 05/01/2008    Page 4 of 13





# *Expelled* uses John Lennon's "Imagine," doesn't say please

Writer: Nikki King
News, Published online on 17 Apr 2008

The filmmakers of the documentary *Expelled: No Intelligence Allowed* have apparently used John Lennon's "Imagine" without consent. Ben Stein spearheaded the film, which hits select theaters today.

In an **article** from the *Wall Street Journal*, Yoko Ono's lawyer said, "It was not licensed. We are exploring all options." Any legal resolutions are unknown at press time.

The filmmakers confirmed that they did use the track without permission, but they insist that their legal counsel told them it was fair use protected under the First Amendment due to the fact that they only used 25 seconds of it.

When the initial trailer of the film debuted with "Imagine" playing along to a montage of thematically ominous images, reportedly bloggers united against Yoko. James Boyce wrote on his blog, "I guess that the $20 million plus the estate earns every year isn't enough for Yoko Ono; not only does she feel the need to license the song

Case 1:08-cv-03813-SHS    Document 15-3    Filed 05/01/2008    Page 5 of 13

out, she probably held out for the highest bidder."

Boyce recently posted a retraction of his rant. Questions are also floating around about the legitimacy of the use of the Killers' "All These Things I've Done."

Thanks to **The Playlist** for the tip!

Below: the extended trailer for *Expelled*:



**Related links:**
ExpelledTheMovie.com
James Boyce's blog on HuffingtonPost.com
News: Bill Maher and Ben Stein facing off with religious docs

**Got news tips for *Paste*?** E-mail news@pastemagazine.com.

---

Save & Share

 

Case 1:08-cv-03813-SHS    Document 15-3    Filed 05/01/2008    Page 6 of 13



# 'Expelled' Filmmakers Sued Over Lennon Song

By Alexander J. Sheffrin
Christian Post Correspondent
Mon. Apr. 28 2008 08:20 AM ET

[-] Text [+]

E-mail     Print     RSS     More on Topic     Digg This

As Ben Stein's pro-intelligent design documentary "Expelled: No Intelligence Allowed" soars into history as one of the most successful documentary films of all time, the producers of the film have found themselves threatened with a lawsuit – part of what they claim is the latest in a series of attacks against the film and the message it represents.

Last Wednesday, John Lennon's sons and widow, Yoko Ono, filed suit against the producers of Expelled, claiming that they had illegally appropriated and made use of John Lennon's hit song "Imagine."

In the lawsuit, Yoko Ono, Lennon's sons, and EMI Blackwood Music Inc are seeking both unspecified damages and a halt on all current screenings of the film using "Imagine."

The producers of the film, however, have claimed legal protection under the fair use doctrine and said that the lawsuit was unfairly attacking and singling out the film because of its message challenging Darwinism.

"Based on the fair use doctrine, news commentators and film documentarians regularly use material in the same way we do in EXPELLED: No Intelligence Allowed," the producers said in a statement.

"Unbiased viewers of the film will see that the 'Imagine' clip was used as part of a social commentary in the exercise of free speech. The brief clip – consisting of a mere 10 words – was used to contrast the messages in the documentary and was not used as an endorsement of EXPELLED," the producers added.

Walt Ruloff, executive producer and CEO of the film's production company, explained the symbolism behind the use of the song.

"If you really listen to the lyrics of Imagine then you realize that it represents everything that the Neo-Darwinists want. 'Imagine there's no Heaven...No hell below us...Nothing to kill or die for And no religion too...' That's exactly what the Darwinist establishment wants to do: get rid of religion. And that's what we point out when we play less than 15 seconds of the song and show some of the lyrics on screen,"

Ben Stein, the star of the film, said the lawsuit was humorous given the greater implication and meaning behind the song.

"So Yoko Ono is suing over the brief Constitutionally protected use of a song that wants us to 'Imagine no possessions'? Maybe instead of wasting everyone's time trying to silence a documentary she should give the song to the world for free? After all, 'imagine all the people sharing all the world...You may say I'm a dreamer But I'm not the only one I hope someday you'll join us And the World can live as one," he said, citing lyrics from the song.

"Expelled: No Intelligence Allowed," is a feature-length documentary film about researchers, professors, and academics who claim to have been marginalized, silenced, or threatened with academic expulsion because of their challenges to some or all parts of Darwin's theory of evolution.

Since its release on April 18, the film has generated over $5.2 million, placing it among the most successful documentary films of all time.

BACK TO TOP     Print     E-mail     More on Topic     Digg This

## Comments

**Most recent comments**                                    View all

runningdoc                                    Tue Apr 29, 2008 7:33 am    1    0    Flag

The reason why darwinists fear any debate, no even any mention, of intelligent design was given by Ben Stein last night on Glenn Beck. In general we humans don't want a God to which we must be accountable. Lies, theft, abortion, immorality in general will be judged by the God who created. So, if you don't want to be judged you must either submit to His Son and His word, or deny God exists. The darwinists view intelligent design as the skinny edge of the wedge that would open the door to a wider recognition of God in the public square. So they act like the dark seekers (I am Legend) striken by the sun whenever they hear the words intelligent design. I saw Expelled this past weekend and it is great. The best lines were last. "Truth crushed to the ground will rise again." "No lie can last forever." The darwinists have real reason to fear. There is a God and He has spoken to us through His word.

truanser                                    Tue Apr 29, 2008 1:01 am    5    0    Flag

Expelled was very well done a great documentary.
Exposed the liberal bias in the university, education should be a free thinking arena all sides of an issue being open for debate. Let the students decide after weighing the evidence what they believe. There seems to be a real fear of any debate concerning darwinism verses intelligent design WHY ?

Latest:
An_



C.S. LEWIS
The Screwtape LETTERS
with Max McLean

LIMITED ENGAGEMENT
APRIL 17 – MAY 18
877.487.8849
Group Rates Available

"PURE GENIUS"
– National Review

"WICKEDLY WITTY"
– The Wall Street Journal

Lansburgh Theatre
Harman Center for the Arts
450 7th Street NW,
Washington, DC

**Most Popular**
Oprah's 'Church' Video Draws Over 5 Million to YouTube
Screwtape Demon Captures Hearts of Theatergoers
First-Ever Live Telecast of Dove Awards Airs Tonight
40 Injured When Floor Collapses During Christian Rock Concert
Rap Stars Spread the Gospel, but is it a Mixed Message?
Hannah Montana Star's New Book to Focus on Family Relationship
'Expelled' Filmmakers Sued Over Lennon Song

**The CP Daily e-Newsletter**
Enter your e-mail address to get the latest in Christian news delivered to your inbox every day!
[          ]    Sign Up
See Sample | Privacy Policy

**Today's Headlines**
Analysis: Wright Does Obama Little Good
Poll: U.S. More Bible-Wired, Prayful than Europe's Christian Nations
Soldier Sues Army, Claims Discrimination Over Atheist Views
Famed Theologian Quits Anglican Church of Canada
The Last Church Standing in North Cyprus
N. Korean Family Recalls Losing Six Members
Christian Golden Rule Bridges Divisions in 'Day of Silence'
Parents Who Prayed for Daughter Face Charges for Her Death



The Jerusalem Cross

Heirloom quality cross necklace containing stone gathered from the hills of Jerusalem.

Limited Edition

Contains Real Stone From The Holy Land

sacredmint.com

**Featured Advertiser Links**
1031 Exchange Attorney
Digital Praise - Completely Redesigned Dance Game with All Christian Music!
Online Degrees from Accredited Colleges and Seminaries.

Christian Car-Boat-House Donations
Deographics:Best Website Design Custom Web Development, Get Your Free Quote Now.
Christian Internet Broadcasting Network - Sermons, Ministry Resources,Movie,Worship,UCC video.
Apostolos Campus Ministry
Financial Freedom Change Your Financial State in 2008 100% Automated
Christian Tshirt Printing





Quecat                                    Mon Apr 28, 2008 11:18 pm    👍:1    👎:0    Flag

.....to say nothing of the amount of advertising dollars expended on behalf of each film.

publius96                                 Mon Apr 28, 2008 7:25 pm     👍:2    👎:0    Flag

According to the figures on BoxOfficeMojo.com - one of the most complete and widely sourced databases of box office figures - lists only Fahrenheit 9/11 as having a larger opening weekends among documentaries. I would like to compare these films through the first 10 days and $/screen but alas I do not have the premier pass.

Film - Film Total - Opening Weekend (US Gross)
Fahrenheit 9/11 - $119,194,771 - $23,920,637
Expelled - $5,297,860 - $2,970,848

Bowling for Columbine - $21,576,018 - $209,148
Super Size Me - $11,536,423 - $516,641
March of the Penguins - $77,437,223 - $137,492
Sicko - $24,540,079 - $68,969
An Inconvenient Truth - $24,146,161 - $281,330

Let's also keep it apples to apples - Omen mixes apples and oranges by throwing in the worldwide gross and Expelled hasn't opened overseas. So let's be careful before you go calling people sloppy, blue.

And the claim of it being biased is funny. According to my old freshmen film textbook: "Documentaries use a rhetorical [film] form in an attempt to persuade the audience to a particular viewpoint. - Bordwell & Thompson" By their very nature, documentaries are biased!!!

Disclaimer: haven't seen Expelled and don't know if I will. But I do live in a Town and Gown community and work for a major research university.

blue1018                                  Mon Apr 28, 2008 3:08 pm     👍:2    👎:5    Flag

Flagged as inappropriate.

DanS                                      Mon Apr 28, 2008 1:39 pm     👍:4    👎:0    Flag

Ono and Company are hideously hypocritical.

Quecat                                    Mon Apr 28, 2008 9:34 am     👍:5    👎:0    Flag

Ha - the irony is rich.
Praise the Lord - the additional publicity will no doubt draw more people to the theatre to see what all the fuss is about.
Don't you just love it?

omensign                                  Mon Apr 28, 2008 8:20 am     👍:5    👎:1    Flag

*Since its release on April 18, the film has generated over $5.2 million, placing it among the most successful documentary films of all time. *

- Fahrenheit 9/11 generated 220$ million worldwide and 120$ million in US box offices.
- Bowling for Columbine generated 40$ million worldwide and 21$ million in US box offices.
- Super Size me generated 28$ million worldwide, unknown in US box offices.
- March of the Penguins grossed 77$ million in the United Stateds and Canda
- An Inconvenient truth grossed 24$ million in the US and over 49$ million worldwide as of June 2006
- Sicko grossed 24$ million in the US and an additional 11$ million in foreign markets

Opening weekend for expelled: 1.2$ million ( # of screens 1050 ? )
Opening weekend for Fahrenheit 9/11: 23.0$ million ( # of screens 868 )

Chris333                                   Mon Apr 28, 2008 7:55 am     👍:0    👎:0    Flag

(Flagged myself for typo)

Chris333                                   Mon Apr 28, 2008 7:54 am     👍:1    👎:0    Flag

Flagged as inappropriate.

Please help us to monitor our message boards by flagging Abusive, Spam, Offensive, Illegal, Racist or Libellous Posts.
                                                                                                    View all

## Comment on this story          ID [          ]   Password [          ]   ok

Comment (maximum 3,000 characters)                                             Submit

Don't have a Christian Post ID?Signing up is easy. Click Here

## Most Commented Articles

United Methodists Engage in Transgender Talks
Evangelicals 'Hijacked' Day of Prayer, Critics Accuse
A Witness to Unity
Ex-Obama Pastor Tells NAACP He's Descriptive, Not Divisive
Famed Theologian Quits Anglican Church of Canada
Wright: Critics Twisting Sermons for Political Gain
'Expelled' Filmmakers Sued Over Lennon Song









**NEWS**

# Lennon Heirs Sue 'Expelled' Filmmakers Over 'Imagine'



*John Lennon*

April 23, 2008, 6:25 PM ET

John Lennon's sons and widow, Yoko Ono, are suing the filmmakers of "Expelled: No Intelligence Allowed" for using the song "Imagine" in the documentary without permission.

Ono, her son Sean Ono Lennon, and Julian Lennon, John Lennon's son from his first marriage, along with privately held publisher EMI Blackwood Music Inc, filed suit in U.S. District Court in Manhattan seeking to bar the filmmakers and their distributors from continuing to use "Imagine" in the movie.

The suit is against the film's producers and distributors, Premise Media Corporation, C&S Production LP and Rocky Mountain Pictures. The plaintiffs are also seeking unspecified damages.

The documentary, which features Ben Stein, an actor, comedian and former speechwriter for President Richard Nixon, looks at alleged discrimination against scientists and teachers who support so-called intelligent design as an alternative to Darwin's theory of evolution.

The producers cited the fair use doctrine, which allows the use of copyrighted materials for the purposes of commentary and criticism.

"We are disappointed therefore that Yoko Ono and others have decided to challenge our free speech right to comment on the song 'Imagine' in our documentary film," they said in a statement.

COPYRIGHT: (c) Reuters 2008. All rights reserved. Republication or redistribution of Reuters content, including by caching, framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters and the Reuters sphere logo are registered trademarks and trademarks of the Reuters group of companies around the world.

**News Stories**



**Winehouse's 'Bond' Theme 'Speculation,' Says Label**
Amy Winehouse might well be working on the theme song to the next installment of the James Bond series, but her record company is downplaying the move.
More...

**Coldplay Download Freebie Proves A Hit**
Coldplay's free download offering proved to be no shrinking violet when it went live on the band's Web site today (April 29). More...

Roger Waters, MMJ Close Coachella 2008
Dylan, Stooges, Chuck Berry Join Virgin Fest Bill
Last Shadow Puppets, Madonna Lead U.K. Charts
Alicia Keys Mulls Next Album, New Single
Coldplay Prep Album With Free Download, Concerts
R.E.M., NIN, STP Set For Voodoo Music Experience
Midnight Oil Remastering 80s Catalog
Prince Rocks Coachella With Collabs, Covers

All News Stories



About Us | Contact Us | Glossary | FAQs | Site Map | Media Kit | Licensing Opportunities | Classifieds | RSS

© 2008 Nielsen Business Media, Inc. All rights reserved.
Terms of Use | Privacy Policy



- ↗ Reviews
- ↗ News
- ↗ Features
- ↗ Forkcast
- ↗ Best New Music



Search  GO

all

XML  RSS Feed



American Apparel°





INTERVIEW
JAMIE
LIDELL



Pitchfork tv
DOCUMENTING
INDEPENDENT
MUSIC

NEWS

Ono, Lennon Sons Hit *Expelled* Folks With Lawsuit

Thou shalt not incite the wrath of **Yoko Ono** and her lawyers. The folks behind anti-evolution film ***Expelled: No Intelligence Allowed*** are learning this the hard way, as they're now the subject of a lawsuit filed by Ono and the sons of John Lennon-- Julian and Sean-- according to a **Reuters report**.

**As previously reported**, a portion of immortal Lennon classic "Imagine" can be heard in *Expelled*, which stars **Ben Stein** and opened in select theaters last week. Folks initially assumed Lennon's widow Yoko Ono licensed the song to the filmmakers, and accordingly accused her of hypocrisy.

Ono did not license the song, however, and the lawsuit she filed together with the Lennon sons and publisher EMI Blackwood Music Inc. seeks "to bar the filmmakers and their distributors from continuing to use 'Imagine' in the movie," according to the Reuters report. The plaintiffs are also seeking "unspecified damages."

The filmmakers, meanwhile, continue to claim their use of "Imagine" is protected under copyright law's **fair use doctrine**. Whatever, I'm still seeing the new **_Harold and Kumar_** tonight.

And according to a **separate Reuters report**, Ono and her lawyers are also fighting with Massachusetts-based World Wide Video over the public release of several hours of John Lennon video footage from the Beatles' final days. That case goes to court in Boston next week.

↗ **Video: John Lennon**: Imagine [from the Imagine LP]
Posted by Matthew Solarski in legal on Fri: 04-25-08: 11:52 AM CDT | Digg this article | Add to del.icio.us |
Permalink

▣ Fri: 04-25-08: 02:21 PM CDT
Wolf Parade Announce Summer Tour

▣ Fri: 04-25-08: 01:37 PM CDT
Sigur Ros Line Up Summer Tour Dates

▣ Fri: 04-25-08: 12:33 PM CDT
The Field's Band, Gear Denied Entry to U.S.; Tour Nixed

▣ Fri: 04-25-08: 11:52 AM CDT
Ono, Lennon Sons Hit _Expelled_ Folks With Lawsuit

▣ Fri: 04-25-08: 11:00 AM CDT
Boris Line Up North American Tour

▣ Today's Other Headlines

- Kevin Barnes, High Places Play Over the Top Fest
- Strategy Issues New Album, Co-Curates Ambient Comp
- MSTRKRFT, DFA Remix Chromeo on Fancier _Footwork_
- Coachella 2008 Starts Today
- Stereolab's Tim Gane Talks _Chemical Chords_

# Browse

April ▾    2008 ▾
GO


NEWS **RSS FEED** XML

B 104—Summons without Notice, Blank Court.
Personal or Substituted Service. 4-94

JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

EMI RECORDS LIMITED and CAPITOL RECORDS, LLC.,

*Plaintiff(s)*

*against*

PREMISE MEDIA CORPORATION, L.P.,
C&S PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and
ROCKY MOUNTAIN PICTURES, INC.,

*Defendant(s)*

Index No. 601209/08
Date purchased 4-22-08

Plaintiff(s) designate(s) New York

County as the place of trial.

The basis of the venue is
Plaintiff's residence
CPLR Section 503

## Summons

Plaintiff(s) reside(s) at
150 Fifth Avenue
New York, NY 10011

County of New York

To the above named Defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, April 21, 2008

Cowan, Liebowitz & Latman, P.C.

By

Attorney(s) for Plaintiff Richard S. Mandel

Defendant's address:

Office and Post Office Address
1133 Avenue of the Americas
New York, New York 10036-6799
Telephone: 212-790-9200
Facsimile: 212-575-0671

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No.

EMI RECORDS LIMITED and CAPITOL
RECORDS, LLC,

*Plaintiff(s)*

*against*

PREMISE MEDIA CORPORATION, L.P.
C&S PRODUCTION L.P. d/b/a RAMPANT
FILMS, PREMISE MEDIA DISTRIBUTION L.P. and
ROCKY MOUNTAIN PICTURES, INC.,

*Defendant(s)*

## Summons

Action not based upon a
Consumer Credit Transaction

---

COWAN, LIEBOWITZ & LATMAN, P.C.

*Attorney(s) for Plaintiff(s)*

*Office, Post Office Address and Tel. No.*

1133 Avenue of the Americas
New York, New York 10036

(212) 790-9200

| DESCRIPTION USE WITH 1, 2, or 3 | | |
|---|---|---|
| ☐ Male | ☐ Black Hair | ☐ 51-65 Yrs. |
| ☐ Female | ☐ Brown Hair | ☐ Over 65 Yrs. |
| ☐ White Skin | ☐ Blonde Hair | ☐ Under 5' |
| ☐ Black Skin | ☐ Gray Hair | ☐ 5'0"-5'3" |
| ☐ Yellow Skin | ☐ Red Hair | ☐ 5'4"-5'8" |
| ☐ Brown Skin | ☐ White Hair | ☐ 5'9"-5'0" |
| ☐ Red Skin | ☐ Balding | ☐ Over 6' |
| | ☐ Mustache | ☐ Under 100 Lbs. |
| | ☐ Beard | ☐ 100-130 Lbs. |
| | ☐ Glasses | ☐ 131-160 Lbs. |
| | ☐ 14-20 Yrs. | ☐ 161-200 Lbs. |
| | ☐ 21-35 Yrs. | ☐ Over 200 Lbs. |
| | ☐ 36-50 Yrs. | |

Other identifying features:

.................................................
Sworn to before me on

.................................................
Print name beneath signature

---

## AFFIDAVIT OF SERVICE

State of New York, County of            ss:

The undersigned, being duly sworn, deposes and says; that
deponent is not a party to the action, is over 18 years of age and
resides at

That on                    19        at

deponent served the within summons

INDIVIDUAL
1.    by delivering a true copy of *each* to said defendant
personally; deponent knew the person so served to
be the person described as said defendant therein.

CORPORATION
2. ☐    by delivering thereat a true copy of *each* to
corporation.
personally, deponent knew said corporation so served to be the
corporation described in said summons as said defendant and
knew said individual to be

SUITABLE
AGE PERSON
3. ☐    by delivering thereat a true copy of *each* to
                                                    thereof.
a person of suitable
age and discretion. Said premises is defendant's—actual place of
business—dwelling place—usual place of abode—within the
state.

AFFIXING TO
DOOR, ETC.
4. ☐    by affixing a true copy of *each* to the door of said
premises, which is defendant's—actual place of
business—dwelling place—usual place of abode
—within the state. Deponent was unable, with due diligence, to
find defendant or a person of suitable age and discretion thereat,
having called there

MAILING TO
RESIDENCE
USE WITH
3 OR 4
4. ☐    Within 20 days of such delivery or affixing,
deponent enclosed a copy of same in a postpaid
envelope properly addressed to defendant at
defendant's last known residence, at

and deposited said envelope in an official depository under the
exclusive care and custody of the U.S. Postal Service within New
York State.

MAILING TO
BUSINESS
USE WITH
3 OR 4
5A. ☐    Within 20 days of such delivery or affixing,
deponent enclosed a copy of same in a first class
postpaid envelope properly addressed to defendant
at defendant's actual place of business, at

in an official depository under the exclusive care and custody of
the U.S. Postal Service within New York State. The envelope
bore the legend "Personal and Confidential" and did not indicate
on the outside thereof, by return address or otherwise, that the
communication was from an attorney or concerned an action
against the defendant.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------x
EMI RECORDS LIMITED and CAPITOL          :
RECORDS, LLC,
                                         :
                    Plaintiffs,          :        Index No. 601209/08
                                         :
            v.                           :        Commercial Division
                                         :
PREMISE MEDIA CORPORATION, L.P.,         :
C&S PRODUCTION L.P. d/b/a RAMPANT        :        **COMPLAINT**
FILMS, PREMISE MEDIA
DISTRIBUTION L.P. and ROCKY              :
MOUNTAIN PICTURES, INC.,                 :
                                         :
                    Defendants.          :
-------------------------------------------------------x

Plaintiffs EMI Records, Ltd. and Capitol Records, LLC (collectively "Plaintiffs"), by

their attorneys Cowan, Liebowitz & Latman, P.C., as and for their Complaint against Defendants

Premise Media Corporation, L.P., C&S Production, L.P. d/b/a Rampant Films, Premise Media

Distribution L.P. and Rocky Mountain Pictures, Inc. (collectively, "Defendants"), allege as

follows:

## NATURE OF THE ACTION

1.      This action asserts common law copyright infringement and unfair

competition under the law of the State of New York.  Plaintiffs, the owner and exclusive U.S.

licensee of the rights in the sound recording of John Lennon's world renowned 1971 hit single

"Imagine" (the "Imagine Recording") bring this action to curtail Defendants from making

unauthorized use of the Imagine Recording in their recently opened motion picture Expelled: No

Intelligence Allowed (the "Motion Picture") and from confusing the public into believing that

Plaintiffs have licensed the Imagine Recording for use in the Motion Picture.

## PARTIES

2.       Plaintiff EMI Records Limited ("EMI") is a UK company with a place of business at EMI House, 43 Brook Green, London W6.  EMI is the owner of all right, title and interest in and to the Imagine Recording under the common law of the State of New York.

3.       Plaintiff Capitol Records, LLC ("Capitol") is a Delaware limited liability company with a place of business at 150 Fifth Avenue, New York, New York 10011.  Capitol is EMI's exclusive United States licensee of the Imagine Recording.

4.       Upon information and belief, Defendant Premise Media Corporation, L.P., C&S Production, L.P. d/b/a Rampant Films and Premise Media Distribution L.P. are all Delaware limited partnerships with principal places of business in Dallas, Texas.

5.       Upon information and belief, Defendant Rocky Mountain Pictures, Inc. is a Utah corporation with a principal place of business in Salt Lake City, Utah.

6.       Upon information and belief, Defendants are jointly responsible for the creation and distribution of the Motion Picture at issue in this case.

## JURISDICTION AND VENUE

7.       This Court has personal jurisdiction over the Defendants pursuant to NY CPLR § 302 because Defendants have transacted business within the State of New York, contracted to supply goods or services in the State of New York, and/or committed tortious acts within the State of New York.

8.       Venue for this action is proper in this Court pursuant to CPLR § 503.

9.       Because this action involves a business tort and equitable relief is sought, assignment to the Commercial Division, Supreme Court, New York County is appropriate pursuant to Section 202.70 of the Uniform Rules for the Trial Courts.

28006/000/826889.2

## FACTS

### Capitol and the Imagine Recordings

10.    Capitol is one of the oldest and most respected companies in the music business.  Founded in the 1940's, Capitol has a rich history of producing, recording, manufacturing, marketing, distributing, and selling sound recordings containing performances of musical compositions for some of the most beloved recording artists of our times, including, among others, the legendary John Lennon.

11.    Capitol continues in that business today as one of the largest record companies in the world, distributing sound recordings throughout the United States and, through its foreign affiliates, across the globe in the form of records, compact discs, cassette tapes, and digital recordings, among others.

12.    Capitol has invested and continues to invest substantial sums of money, time, effort, and creative talent to manufacture, advertise, promote, sell, and license sound recordings embodying the performances of a wide array of prominent and historically significant artists.  In order to create and sell sound recordings, Capitol employs hundreds of individuals who are engaged in the process of making, advertising, promoting, selling, licensing and protecting its music.

13.    Capitol is compensated for its creative efforts and monetary investments largely from revenue attributable to the sale of sound recordings on albums to the public and licensing of sound recordings to third parties, including without limitation for use in motion pictures.

14.    Among the numerous sound recordings owned by EMI and licensed exclusively in the United States to Capitol is the Imagine Recording.  First released by Capitol in 1971 as the title cut of one of John Lennon's earliest solo albums, the 1971 Imagine Recording

3

became an instant classic and has over the ensuing 37 years developed into a musical icon, immediately recognizable to most Americans.

15.     The Imagine Recording has been featured in countless highly publicized contexts, including the 1984 Academy Award nominated film The Killing Fields and as the primary recording performed in Times Square in New York City moments before the stroke of midnight on New Year's Eve for the past three years.  The Imagine Recording has earned accolades from all corners of the musical world, with the recording having been included by the Recording Industry Association of America among its ranking of the most historically significant recordings and the song having been voted in 2004 the third greatest song of all time by Rolling Stone Magazine.

**Defendants' Unlawful Conduct**

16.     On April 16, 2008, Plaintiffs learned for the first time from press reports that the Motion Picture, scheduled for nationwide release on April 18, 2008, contained an unauthorized excerpt from the Imagine Recording.  Plaintiffs confirmed this infringement by viewing the Motion Picture upon its opening on April 18, 2008.

17.     The Motion Picture is a critique of the scientific establishment's adherence to Darwinian evolution theory, and advocates further exploration of the competing theory of "Intelligent Design," which claims evidence of an intelligent cause can be found in the design of the universe.

18.     Immediately following an interview of a professor who expresses skepticism about the role of religion, the Motion Picture's narrator Ben Stein introduces "Imagine" and somewhere from 15 to 20 seconds of the Imagine Recording is played.

19.     This use and exploitation of the Imagine Recording in the Motion Picture is entirely unauthorized.

4

20.    The use of the Imagine Recording, with Lennon's signature voice and piano accompaniment, is also extraneous to the Motion Picture's subject matter concerning a purportedly scholarly debate about evolution theory.

21.    Although they failed to do so in the case of the Imagine Recording, upon information and belief, Defendants did obtain proper licenses for other musical uses contained in the Motion Picture, including for instance Depeche Mode's "Personal Jesus," John Paul Young's "Love is in the Air," and the Killers' "All These Things That I've Done."   Rolling credits at the end of the movie state ownership, credit and permissions information for each such song licensed.

22.    The Imagine Recording's ownership and credit information is also displayed among the similar information for the other music used, but close inspection of the momentary reference reveals that the permissions line was omitted in the case of the Imagine Recording.

23.    Members of the consuming public are likely to perceive this credit information in the Motion Picture as suggesting that the Imagine Recording was properly licensed.  Indeed, commentators in the press have widely speculated that such use was approved by the owners of the intellectual property associated with "Imagine."

24.    Upon information and belief, Defendants have intentionally and willfully used the Imagine Recording without authorization because they knew that they would likely be unable to secure permission from Plaintiffs and/or because they wished to avoid the costs associated with lawfully licensing these works and paying royalties.

25.    Upon information and belief, Defendants have also intentionally and willfully used the Imagine Recording in a fashion that suggests to the public that such use was authorized, endorsed or sponsored by the proprietors of the Imagine Recording.

5

## FIRST CLAIM FOR RELIEF
## (COMMON LAW COPYRIGHT INFRINGEMENT)

26.     Plaintiffs repeat and reallege the allegations of paragraphs 1-25 above with the same force and effect as if set forth fully herein.

27.     Upon information and belief, by the actions alleged above, Defendants have committed copyright infringement of the Imagine Recording under New York common law.

28.     Plaintiffs have been injured and continues to suffer irreparable injury for which there is no adequate remedy at law as a result of Defendants' unlawful and infringing conduct.

## SECOND CLAIM FOR RELIEF
## (UNFAIR COMPETITION)

29.     Plaintiffs repeat and reallege the allegations of paragraphs 1-25 above with the same force and effect as if set forth fully herein.

30.     Defendants' use of the Imagine Recording in the Motion Picture is likely to confuse and mislead the public into believing that the Imagine Recording was properly licensed for use in the Motion Picture.

31.     Plaintiffs have been injured and continues to suffer irreparable injury for which there is no adequate remedy at law as a result of Defendants' unlawful and infringing conduct.

WHEREFORE, Plaintiffs respectfully requests the following relief:

1.     An order preliminarily and permanently enjoining Defendants, their agents, officers, servants, employees, successors and/or assigns, and all persons or companies in active concert and/or participation with them, from (a) reproducing, distributing or otherwise exploiting the Imagine Recording, including without limitation as part of the Motion Picture; and (b)

6

misrepresenting or implying that the Imagine Recording has been licensed by Plaintiffs for use in the Motion Picture.

2.    Awarding Plaintiffs all damages suffered as a result of Defendants' wrongful acts in an amount to be determined at trial.

3.    Directing Defendants to account for and pay over to Plaintiffs all profits derived from its wrongful acts.

4.    Awarding Plaintiffs punitive damages as a result of Defendants' willful violations of Capitol's rights.

5.    Awarding Plaintiffs pre-judgment interest on all sums awarded.

6.    Awarding Plaintiffs all costs incurred in this action, including reasonable attorneys' fees.

7.    Granting Plaintiffs such other and further relief as the Court deems just and proper.

Dated:  New York, New York
     April 22, 2008

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Plaintiff

By: _____

    Richard S. Mandel
    Jonathan Z. King
    Robert W. Clarida
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

7

At IAS Part ___ of the Supreme
Court of the State of New York,
County of New York, held at the
Courthouse, 60 Centre Street, New
York, New York on the ___ day of
April, 2008

PRESENT: Hon. _____
J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------x
EMI RECORDS LIMITED and CAPITOL          :
RECORDS, LLC,
                                          :
                    Plaintiffs,          :       Index No. 601209/08
                                          :
          v.                              :
                                          :       **ORDER TO SHOW CAUSE FOR**
PREMISE MEDIA CORPORATION, L.P.,          :       **PRELIMINARY INJUNCTION**
C&S PRODUCTION L.P. d/b/a RAMPANT         :
FILMS, PREMISE MEDIA
DISTRIBUTION L.P. and ROCKY               :
MOUNTAIN PICTURES, INC.,
                                          :
                    Defendants.          :
--------------------------------------------------------x

         Upon the annexed affidavit of Alasdair J. McMullan, sworn to April 25, 2008,

and the exhibits thereto, the accompanying Memorandum of Law and the pleadings and

proceedings previously had herein, it is hereby

         ORDERED that Defendants Premise Media Corporation, L.P., C&S Production

L.P. d/b/a Rampant Films, Premise Distribution L.P. and Rocky Mountain Pictures, Inc.

(collectively, "Defendants") show cause before this Court at IAS Part __, Courtroom ___,

at the Courthouse located at 60 Centre Street, New York, New York on _____, 2008

at ___ a.m. or as soon thereafter as counsel can be heard, why an order should not be

entered, pursuant to Article 63 of the New York Civil Practice Law and Rules, granting a preliminary injunction enjoining Defendants, their agents, officers, servants, employees, successors and/or assigns, and all persons or companies in active concert and/or participation with them, from reproducing, distributing or otherwise exploiting Plaintiffs' sound recording "Imagine" by John Lennon (the "Imagine Recording"), including without limitation as part of the motion picture <u>Expelled: No Intelligence Allowed</u> (the "Motion Picture"); and it is further

ORDERED that Defendants shall produce to Plaintiffs the following documents on an expedited basis for use at the hearing on this application for a preliminary injunction, such production to be made by personal delivery to Plaintiffs' counsel, Cowan, Liebowitz & Latman, P.C., 1133 Avenue of the Americas, New York, New York 10036, by no later than _____, 2008:

(1)     a complete copy of the Motion Picture;

(2)     a copy of the source material, including any physical copies of the Imagine Recording in any format or form, used to synchronize the Imagine Recording in the Motion Picture; and

(3)     documents sufficient to identify the entities to be engaged in, and planned schedule for, all future distribution of the Motion Picture in all formats, including without limitation video on demand, home video, pay TV, free TV, Internet downloads, hotel video, airline video and foreign distribution;

and it is further

ORDERED that service of a copy of this Order together with the papers upon which it is based shall be made by personal service on the registered agents for each of

the Defendants on or before _____, 2008, and such service shall be deemed good

and effective service and notice thereof; and it is further

ORDERED that answering papers, if any, shall be served by hand on Plaintiffs'

counsel, Cowan, Liebowitz & Latman, P.C., 1133 Avenue of the Americas, New York,

New York 10036, Attn: Richard S. Mandel, Esq., on or before _____, 2008.

ENTER:

_____
J.S.C.

Certified Pursuant to
22 N.Y.C.R.R. §130-1.1-(a)

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Plaintiffs

By: _____
Richard S. Mandel
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9291

28006/000/827491.1

MCMULLAN AFFIDAVIT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------x
EMI RECORDS LIMITED and CAPITOL    :
RECORDS, LLC,

                                  :

             Plaintiffs,         :          Index No. 601209/08

                                  :

         v.                    :

                                  :      **AFFIDAVIT OF ALASDAIR**
PREMISE MEDIA CORPORATION, L.P.,     **J. McMULLAN IN SUPPORT OF**
C&S PRODUCTION L.P. d/b/a RAMPANT  :  **PLAINTIFFS' MOTION FOR A**
FILMS, PREMISE MEDIA                 <u>**PRELIMINARY INJUNCTION**</u>
DISTRIBUTION L.P. and ROCKY       :
MOUNTAIN PICTURES, INC.,

                                  :

            Defendants.
------------------------------------------------------------x

STATE OF NEW YORK     )
                       ) ss.:
COUNTY OF NEW YORK  )

     **ALASDAIR J. MCMULLAN**, being duly sworn, deposes and says:

     1.     I am Senior Vice President, Legal Affairs of EMI Music North America, a

division of plaintiff Capitol Records, LLC ("Capitol"). I submit this declaration in

support of Plaintiffs' Motion for a Preliminary Injunction. The facts stated herein are

based on my personal knowledge and review of company records.

     2.     We bring this motion on an emergency basis to curtail defendants Premise

Media Corporation, L.P., C&S Production, L.P. d/b/a Rampant Films, Premise Media

Distribution L.P. and Rocky Mountain Pictures, Inc. (collectively "Defendants") from

infringing our rights in one of the most significant sound recordings in our company's

history, John Lennon's "Imagine" (the "Imagine Recording"). Having just learned of this

infringement, we seek the Court's immediate intervention to protect our valuable rights in

the Imagine Recording. The relevant facts are as follows.

The Business of Capitol Records, LLC and EMI Records Ltd.

3.    Founded in 1942, Capitol is one of the largest producers and sellers of sound recordings of musical performances in the world.  Capitol distributes and sells its recordings in the United States and, through foreign affiliates, throughout the world in the form of records, compact discs, cassette tapes, and digital recordings.

4.    Capitol invests enormous sums of money and effort in the creation and marketing of sound recordings featuring a wide array of prominent and historically significant artists.  Capitol recoups this investment of time and money by earning revenue from the sale of these recordings to the public and the licensing of the recordings to third parties.

5.    One particularly lucrative and commercially significant means by which Capitol exploits its rights in these recordings is by licensing them for use in feature movies, television, commercials, documentaries and other audiovisual works, all referred to in the industry as "synchronization licenses."  By way of example, Capitol and its U.S. affiliate labels earned over $26 million in synchronization fees during the fiscal year ended this past March.

6.    In pursuing synchronization income on behalf of our recordings, we license an extremely broad range of audiovisual uses, spanning the spectrum from playful children's movies to sober documentaries.   Thus, for instance, in the category of pure entertainment, we licensed excerpts of five recordings from contemporary popular music for the animated children's film Robots.  In contrast, for Michael Moore's acclaimed documentary about gun violence, Bowling For Columbine, we licensed the Beatles'

2

"Happiness is a Warm Gun," which poignantly sets off a jarring video montage of gun purchases, assault rifles, and publicized suicides.

7.      The synchronization licenses we grant for our recordings also range widely in duration from seconds in length to longer licenses lasting minutes or even an entire song.  The five clips used in <u>Robots</u> were fewer than 40 seconds, and three ranged from 10-17 seconds in duration.  The fees we charge are equally variable, ranging from thousands of dollars to many hundreds of thousands for a given recording licensed.   As one would expect, the fees goes up considerably in relation to the nature of the use and in particular the fame of the artist and the recording in question.  Top selling artists, whose recordings have shown popularity through the years, can command extremely high synchronization fees for even the shortest uses of their recordings.

8.      Capitol acquires rights in the recordings it markets through various means. Capitol owns many of the recordings it markets pursuant to agreements with the artists. Capitol also enters into various agreements, both with its own corporate affiliates as well as third parties, by which it licenses the exclusive rights to produce and sell recorded musical performances of popular recording artists.  Thus, for instance, Capitol functions as the exclusive U.S. licensee of certain recordings owned by its British affiliate, co-plaintiff EMI Records Ltd. ("EMI"), including the Imagine Recording at issue in this case.  EMI owns the Imagine Recording by virtue of a contract entered into by EMI's predecessor-in-interest with the members of the Beatles.

**<u>John Lennon's "Imagine"</u>**

9.      British rock star John Lennon first came to international prominence as a member of the Beatles during the 1960s, following which he flourished as a solo artist for

3

another highly celebrated decade before his tragic assassination in 1980. In 1971, Capitol

released Imagine, one of Lennon's earliest and most beloved solo albums. The title cut

of the album – the Imagine Recording that is the subject of this proceeding – was an

instant success whose popularity endures to the present. It has become famous as an

anthem for world peace and a universe free from cultural or political divisions.

10.    The Imagine Recording, which runs just slightly more than three minutes

in length, begins with a contemplative piano figure followed by Lennon's plaintive voice.

After an initial verse, the piano/voice duet is joined by drums and then a string

background that persists through the remainder of the song. The interaction of Lennon's

unmistakeable voice with the recording's hauntingly simple musical accompaniment

combine to create one of the most recognizable recordings in modern music history.

11.    The recording has been featured in many highly publicized contexts,

including in the 1984 film The Killing Fields and as the primary recording performed in

Times Square in New York City moments before the stroke of midnight on New Year's

Eve at the start of 2006, 2007 and 2008. On October 9, 1990, on what would have been

John Lennon's 50th birthday, the Imagine Recording was broadcast simultaneously in

130 countries.

12.    The famous recording of "Imagine" has also earned accolades from all

corners of the music world. In 2004, Rolling Stone magazine voted "Imagine" the third

greatest song of all time. Likewise, the Recording Industry Association of America has

included the Imagine Recording among its ranking of the most historically significant

recordings. In short, Lennon's famous performance of "Imagine" is a musical icon,

immediately recognizable to most Americans.

4

**Defendants' Unauthorized Use of the Imagine Recording**

13.    On April 16, 2008, we learned for the first time from press reports that

Defendants' movie <u>Expelled: No Intelligence Allowed</u> contained an unauthorized

excerpt from the Imagine Recording.  On April 18, my colleagues and our outside

counsel went to view the movie at its first showing.  I followed by attending the movie

myself on April 20, 2008.

14.    Our viewing of Defendants' film has confirmed not only an unauthorized

but also an entirely gratuitous use of the famous Imagine Recording, as set forth below.

<u>Expelled: No Intelligence Allowed</u> is a piece of documentary entertainment that purports

to address the academic debate between Darwinian evolution theory and the competing

doctrine of "Intelligent Design," which posits that certain features of the universe are best

explained by an intelligent cause, not the undirected process of evolutionary natural

selection.  The movie is sharply critical of the scientific establishment's adherence to

Darwinism and rejection of Intelligent Design, although it is also at pains to distinguish

Intelligent Design from "creationism," which is arguably a more purely religion-based

rejection of evolution theory.

15.    Segments of well-known recordings and movies appear throughout the

film.  For instance, the film uses excerpts from various popular music recordings,

including Johnny Cash's cover of Depeche Mode's "Personal Jesus," John Paul Young's

"Love is in the Air," and the Killers' "All These Things That I've Done."  Likewise,

snippets of famous films, such as <u>The Wizard of Oz</u> and <u>Inherit the Wind</u>, appear

intermittently during the movie.  These recordings and clips are generally used ironically,

to illustrate the film's critique of evolution theorists.

5

16.     Based on the quickly rolling credits at the end of the movie --

substantially all of which list ownership, credit and "courtesy of" information -- these

third party works appear to have been properly licensed.  However, amidst all these

licensed uses, Defendants' movie also includes an unauthorized synchronized

performance of an excerpt from the Imagine Recording.  Immediately following an

interview of a professor who expresses skepticism about the role of religion, the movie's

narrator Ben Stein introduces "Imagine" and somewhere from 14 to 20 seconds of the

Imagine Recording is played.   At the end of the movie, "Imagine's" ownership and

credit information is displayed alongside the similar information for the other music used,

but close inspection of the momentary reference reveals, not surprisingly, that the

"courtesy of" line was omitted.

17.     The Imagine Recording is extraneous to a purportedly scholarly debate

about evolution theory.  Nothing in the recording itself is intrinsically relevant to the very

specific focus of the movie on a dispute over the origin of life and an alleged bias on the

part of academia against the theory of Intelligent Design.  And while Stein's snarky

introduction of "Imagine" strains to link the interviewed professor's comments about

religion to Lennon's lyrics about an imaginary world with "no religion," surely there was

no need to use the Imagine Recording, with Lennon's signature voice and the

immediately recognizable piano performance.  Indeed, the use of the Imagine Recording

is fundamentally similar to the uses of other recordings throughout the movie, except that

in the case of our property, Defendants chose not to obtain rights through proper and

lawful channels.

6

18.    This use of the Imagine Recording is not only an affront to our property rights, but is also causing harm to our reputation as well. We learned from the initial press reports that the use of "Imagine" in the film was causing widespread criticism and concern about why those responsible for the recording would permit such use. As the April 16, 2008 online edition of the <u>The Wall Street Journal</u> explained, "Word of the song's appearance in 'Expelled: No Intelligence Allowed' outraged bloggers, who immediately began speculating about why Ms. Ono would allow the song to appear in what they characterized as 'creationist propaganda.'" A copy of <u>The Wall Street Journal</u> article is attached as Exhibit A.

19.    In one of the most aggravated instances of confusion about such authorization, a political and cultural writer whose blog appears frequently on the widely-read HuffingtonPost.com attacked Ms. Ono, whom he assumed

> either sold or gave the rights to "Imagine" to the producers of the film. In screenings around the country, and in copies of the movie reviewed, everyone notes the odd inclusion of the song. I guess that the $20 million plus the estate earns every year isn't enough for Yoko Ono, not only does she feel the need to license the song out, she probably held out for the highest bidder...

The author retracted erroneous statements the next day when informed by Ms. Ono's lawyer that no permission had been granted. A copy of Mr. Boyce's article and subsequent retraction are attached as Exhibit B.

**<u>The Irreparable Harm Plaintiffs Are Suffering</u>**

20.    Our company and business are always jeopardized when third parties use our recordings without authorization. Our primary asset is our recorded intellectual property – our reservoir of recorded performances of great musicians like John Lennon. The harm we face when this asset is used without permission cannot be measured in mere

7

lost license fees, but also in the erosion of property which we must manage and exploit carefully, conscientiously and in collaboration with the artists whose creative works we represent. Once we lose control of that process, our chief asset becomes devalued and imperiled in ways that cannot be quantified.

21.    The harm we face in this case is particularly acute. The Imagine Recording is at the heart of a legacy of recorded music that we have helped to nurture and cultivate through decades of hard work. Because the recording is associated with the estate of one of the giants of modern music whose life was cut short by his tragic assassination, we have worked for many decades to respect the wishes of its creator and those who currently represent the Lennon legacy. In collaboration with Lennon's representatives, we try to be selective in how and when we license his musical works for use by third parties. When, however, a recording with the historical and cultural resonance of the Imagine Recording is used without our authorization and in a fashion that confuses the public and causes widespread speculation about our "selling out," our intellectual property and reputation for managing it responsibly is cheapened and tarnished.

22.    Moreover, Defendants' unilateral decision to single out the Imagine Recording as available without license threatens one of the core sources of our business and revenue. We do a brisk business in licensing Capitol recordings for use in films, because music so often helps to enhance motion pictures and illustrate and highlight the themes of film makers. If parties were free to misappropriate our recordings every time they wanted to use music in this fashion, our licensing activities would essentially dry up.

8

23.    In contrast to the threats we face, it should pose no hardship on Defendants to remove the Imagine Recording from their movie.  As noted above, Defendants' use of the recording is gratuitous and incidental to the broader purposes of their movie.  Defendants had ample means at their disposal to communicate their criticism of Darwinian education without stealing our property simply to draw attention to the movie.

24.    For Defendants to remove our recording from their movie imposes no genuine hardship; the segment in question can be edited to delete use of the Imagine Recording from the soundtrack.  Measured against the irreparable harm we are facing, that minor act of editing is no real burden.

25.    For these reasons, we respectfully as the Court immediately to enjoin Defendants from any further unlicensed use of the Imagine Recording.

26.    Plaintiffs have made no prior application for the relief sought herein to this or any other Court.

_____
ALASDAIR J. MCMULLAN

Sworn to before me
this 25 day of April, 2008

_____
Notary Public

DAVID HELFER
Notary Public
State of New York
No. 02-HE6120515
Qualified in New York County
Commission Exp. 12-20 2008

9

# EXHIBIT A



**April 16, 2008 10:27 p.m. EDT**

# Yoko Ono, Filmmakers Caught in 'Expelled' Flap

**By ETHAN SMITH**
*April 16, 2008 10:27 p.m.*

Having ruffled feathers in the scientific community, the filmmakers behind a documentary questioning evolution theory have now incurred the wrath of one of the most powerful figures in the popular music business, Yoko Ono, and have generated a blogosphere mini-drama in the process.

**DOW JONES REPRINTS**

‹R› This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit:
www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

The flap concerns the film's use of the song "Imagine," by the late John Lennon. Bloggers had accused Ms. Ono, Mr. Lennon's wife, of selling out by licensing the song to the filmmakers. In fact, her lawyers say, she never granted permission for its use.

The movie is set to open Friday on 1,000 screens, according to a press release from Premise Media Corp., the film's producer.

The dustup has already led to both a scathing article and a retraction on the site HuffingtonPost.com, where Wednesday afternoon writer James Boyce took back an article he had posted 48 hours earlier: "I apologize to Mrs. Lennon for my incorrect assumptions and statements in the article below which, of course, I retract completely."

Word of the song's appearance in "Expelled: No Intelligence Allowed" outraged bloggers, who immediately began speculating about why Ms. Ono would allow the song to appear in what they characterized as "creationist propaganda." ("What else would you expect them to say?" asked Mark Mathis, the film's associate producer. "They're absolutely infuriated when anyone dares question their philosophy.")

"I guess that the $20 million plus the estate earns every year isn't enough for Yoko Ono," Mr. Boyce wrote Monday in the Huffington Post[1], referring to an income estimate printed by Forbes magazine. "Not only does she feel the need to license the song out, she probably held out for the highest bidder."

But according to a lawyer for Ms. Ono, the filmmakers did not have permission to use the song, for any amount of money.

Ms. Ono's lawyer, Jonas Herbsman, of Shukat, Arrow, Hafer, Weber & Herbsman, said in an interview Wednesday: "It was not licensed." With respect to the filmmakers, he says: "We are exploring all options." It is not clear what remedies if any may be available to Ms. Ono.

In a written statement, the film's three producers -- Walt Ruloff, John Sullivan and Logan Craft -- acknowledged that they did not seek permission, but they called the use "momentary." "After seeking the opinion of legal counsel it was seen as a First Amendment issue and protected under the fair use doctrine of free speech," the statement said. A spokeswoman said under 25 seconds of the song are used in the movie.

Typically when producers want to use a song in a film or television program, they need permission from at least two parties: the song's publisher and the record label that distributes the recording they want to use. Big-name artists often retain veto power over any such uses, and in the case of Mr. Lennon's music, those decisions lie in the hands of Ms. Ono.

The film stars Ben Stein, a Yale-educated lawyer and popular pundit who for the film affects a persona akin to a conservative version of Michael Moore, the provocative liberal documentary filmmaker. According to early reviews and the film's trailers, "Expelled" purports to demonstrate that American academia routinely discriminates against people who espouse so-called "intelligent design" theory -- a proposed alternative to evolution that would allow for the participation of a supernatural force in critical biological processes.

Evolutionary biologist Richard Dawkins and others have complained in various public statements that they were duped into participating in interviews for the film. They have said the filmmakers misrepresented the kind of movie they were making. Mr. Mathis, the film's associate producer, disputed that account, saying he personally described the film to interview subjects and even sent many of them the questions he planned to ask.

Bloggers also questioned whether another popular rock group, the Killers, had given permission for the inclusion in the film of one of their songs, "All These Things That I've Done." A spokesman for Vivendi SA's Universal Music Group, which owns the band's record label and music publisher, said licenses had been issued.

**Write to** Ethan Smith at ethan.smith@wsj.com[2]

**URL for this article:**
http://online.wsj.com/article/SB120839097431221369.html

**Hyperlinks in this Article:**
(1) http://www.huffingtonpost.com/james-boyce/yoko-ono-sells-out-john-l_b_96527.html
(2) mailto:ethan.smith@wsj.com

Copyright 2008 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

**RELATED ARTICLES FROM ACROSS THE WEB**

**Related Web News**
- Ono sues over use of 'Imagine' in Ben Stein film  Apr. 25, 2008  cnn.com
- Yoko sues "Expelled" filmmakers over Imagine  Apr. 24, 2008  news.aol.com
- Yoko Ono sues in NY over song in movie challenging evolution  Apr. 24, 2008  news.aol.com
- Yoko Ono sues Expelled filmmakers over Imagine| Entertainment  Apr. 23, 2008  reuters.com

**More related content**    *Powered by Sphere*

EXHIBIT B



# Yoko Ono Sells Out John Lennon To Creationist Manufactroversy -- UPDATED AND RETRACTION

Posted April 14, 2008 | 10:11 AM (EST)

Read More: Beatles Songs, Creationism, Creationist, Expelled, Imagine, Imagine Expelled, Imagine Yoko Ono, John Lennon, Manufactroversy, Yoko Ono, Breaking Entertainment News

Show your support.
Buzz this article up.

All:

Well, it's been an interesting time since I first published this. I never thought that someone, far less Ben Stein, would take a song as famous as "Imagine" and use it in his film without permission.

However, I have learned that in fact Yoko Ono did not license the song for use in the film Expelled: No Intelligence Allowed, and any use of the song in that film is being made without authorization.

Obviously, I apologize to Mrs. Lennon for my incorrect assumptions and statements in the article below which, of course, I retract completely. I will also find out more about the producers of the movie and what their motives are.

Sincerely,

James Boyce

---

I like to think I've seen it all, or at least a good portion it. But this Friday, a new movie comes out; one that is nothing more than creationist propaganda in the fine tradition of cigarettes don't kill you and global warming is just a natural occurrence.

The movie, Expelled: No Intelligence Allowed, has been reviewed and reviewed and discussed.

But what hasn't been discussed as much is the fact that Yoko Ono either sold or gave the rights to "Imagine" to the producers of the film. In screenings around the country, and in copies of the movie reviewed, everyone notes the odd inclusion of the song.

I guess that the $20 million plus the estate earns every year isn't enough for Yoko Ono, not only does she feel the need to license the song out, she probably held out for the highest bidder, in this case, the money behind the movie, Walt Ruloff, who made over one hundred million dollars selling his company to Microsoft. (Irony is that a company who makes computers, perhaps the ultimate daily example of the higher power of science in our lives, indirectly funded a movie that doesn't believe science should be taught in schools.)

Of course, it wasn't just Yoko Ono that sold out, the Killers did too (and I am a bigger Killers fan than I am fan of hers to be honest.) Their song, "All These Things That I've Done," is also in the movie. I hear that the going rate for a song like this is a million dollars, again, why can't the Killers be happy with the tens of millions they are making every year? Who knows?

"Imagine" and "All These Things I've Done" are great, great songs — maybe one day they'll get sold to a movie I actually am going to see.

More in Entertainment...

Log In | Sign Up

# THE HUFFINGTON POST

SITE ▼    SEARCH

April 25, 2008

- Home
- Politics
- Media
- Business
- Entertainment
- Living
- More on HuffPost...
- 23/6

∨∧



<u>James Boyce</u>

<u>BIO</u> <u>Become a Fan</u> <u>Get Email Alerts</u> <u>Similar Bloggers</u>

# Yoko Ono Sells Out John Lennon To Creationist





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

**Buy Group TICKETS**
Purchase tickets for your group

You can even buy out an entire theater in your local area!

State [DC] Search for [ZIP] within [ ] Zip [Enter a city or zip here] [Search]

## List

| Theater | | Address | City | State | Zip |
|---------|---|---------|------|-------|-----|
| Gallery Place 14 | | 701 Seventh Street NW | Washington | DC | 200 |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



HOME · PLAYGROUND · RESOURCES · THE BLOG · NEWS · PRESS ROOM · GET UPDATES · STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.
**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!



State [AL] Search for: [ZIP] within [   ] Zip: [Enter a city or zip here]    [Search]

## List

| Theater | Address | City | State |
|---|---|---|---|
| Amstar 14 | 820 Colonial Promenade Pkwy | Alabaster | AL |
| Summit 16 | 321 Summit Blvd. | Birmingham | AL |
| Wynnsong 16 | 500 Commons Drive | Birmingham | AL |
| Trussville Stadium 16 | 5895 Trussville Crossing Pkwy | Birmingham | AL |
| Lee Branch 15 | 801 Doug Baker Blvd | Birmingham | AL |
| Jubilee Square | 6898 Highway 90 | Daphne | AL |
| River Oaks Cinema 8 | 2203 Family Security Place SW | Decatur | AL |
| Circle West | 3108 Ross Clark Circle West | Dothan | AL |
| Premiere Cinema 16 | 1001 Rainbow Drive Ste 2 | Gadsden | AL |
| Pinnacle 14 | 3780 Gulfshores Parkway | Gulf Shores | AL |
| Patton Creek 15 | 4450 Creekside Ave | Hoover | AL |
| Carmike 10 | 1359 Old Monrovia Rd. | Huntsville | AL |
| Valley Bend 18 | 1485 Four Mile Post Road South | Huntsville | AL |
| Hollywood Stadium 18 | 3312 South Memorial Parkway | Huntsville | AL |
| Monaco Pictures | 370 The Bridge Street NW | Huntsville | AL |
| Hollywood Stadium 18 | 1230 Satchell Paige Drive | Mobile | AL |
| Wynnsong | 785 Schillinger Road South | Mobile | AL |
| Festival 16 | 7925 Vaughn Rd | Montgomery | AL |
| The Wharf 15 | 23151 Wharf Lane | Orange Beach | AL |

| | | | |
|---|---|---|---|
| Amstar 12 | 700 Quitard Drive Ste. 300 | Oxford | AL |
| Promenade 12 | 2399 Cobbs Ford Road | Prattville | AL |
| Hollywood 16 | 4250 Old Greensboro Road | Tuscaloosa | AL |
| Vestravia Hills 10 | 1911 Kentucky Ave | Vestravia Hills | AL |



NOW PLAYING

© 2008 Premise Media Corporation. All Rights Reserved.

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

## Buy Group TICKETS
Purchase tickets for your group
**You can even buy out an entire theater in your local area!**

| State: | AK615 | Search for: | ZIP | within | | Zip | Enter a city or zip here | Search |

## List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Goldstream Stadium 16 | 1855 Airport Road | Fairbanks | AK | 99701 |
| Glacier Cinema 5 | 9091 Cinema Drive | Juneau | AK | 99801 |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation  All Rights Reserved





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008**! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!



State: AZ    Search for: ZIP    within    Zip: Enter a city or zip here    [Search]

### List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Chandler Fashion 20 | 3159 West Chandler Blvd | Chandler | AZ | 85 |
| Gilbert Stadium Cinema | 1012 S Gilbert Rd | Gilbert | AZ | 85 |
| Westgate 20 | 9400 West Hanna Lane | Glendale | AZ | 85 |
| Palm Valley 14 | 1325 N. Litchfield Road | Goodyear | AZ | 85 |
| Mesa Grand 24 | 1645 South Stapley Drive | Mesa | AZ | 85 |
| Gateway 12 & IMAX | 1935 S. Signal Butte | Mesa | AZ | 85 |
| Superstition Springs 25 | 6950 E Superstition Springs Blvd | Mesa | AZ | 85 |
| Arrowhead Fountains 18 | 16046 Arrowhead Fountains Ctr Dr. | Peoria | AZ | 85 |
| Park West 14 | 9804 W. Northern Ave | Peoria | AZ | 85 |
| Desert Ridge 18 | 21001 North Tatum | Phoenix | AZ | 85 |
| Norterra 14 | 2550 W. Happy Valley Rd | Phoenix | AZ | 85 |
| Deer Valley 30 | 3033 West Agua Fria Freeway | Phoenix | AZ | 85 |
| North Valley 16 | 3420 East Bell Rd | Phoenix | AZ | 85 |
| Arizona Center 24 | 465 North 3rd Street | Phoenix | AZ | 85 |
| Ahwatukee 24 | 4915 East Ray Road | Phoenix | AZ | 85 |
| Frontier Village | 1771 Highway 69 East | Prescott | AZ | 86 |
| Arizona Mills Luxury 24 | 5000 Arizona Mills Circle | Tempe | AZ | 85 |
| Century El Con 20 | 3601 E. Broadway | Tucson | AZ | 85 |
| AMC Foothills 15 | 7401 N La Cholla Blvd. Ste 144 | Tucson | AZ | 85 |



# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



## Buy Group TICKETS
Purchase tickets for your group
**You can even buy out an entire theater in your local area!**



State: AR    Search for: ZIP    within:    Zip: Enter a city or zip here    [ Search ]

## List

| Theater | Address | City | State |
|---|---|---|---|
| Sugar Creek 10 | #10 Sugar Creek Center | Bella Vista | AR |
| Cinema 6 | 3 Faulkner Plaza | Conway | AR |
| Fiesta Square 16 | 3033 N. College | Fayetteville | AR |
| Carmike 14 | 5716 Towson Ave. | Fort Smith | AR |
| Central City Mall | 909 Higdon Ferry Rd. | Hot Springs | AR |
| Malco Cinema 13 | 2001 E. Highland Drive | Jonesboro | AR |
| Breckenridge Stadium 14 | 1200 Breckenridge Drive | Little Rock | AR |
| Colonel Glenn 18 | 18 Colonel Glenn Plaza Drive | Little Rock | AR |
| Riverdale | 2600 Cantrell Road | Little Rock | AR |
| Village 5 | 729 East Highway 62 | Mt. Home | AR |
| Pines Mall 8 | 2901 Pines Mall Drive #500 | Pine Bluff | AR |
| Rogers Town Cinema | 621 N. 46th Street | Rogers | AR |

NOW PLAYING

Premise Media Corporation Presents a Rampant Films Production "Expelled: No Intelligence Allowed"
Produced by LOGAN CRAFT, WALT RULOFF & JOHN SULLIVAN Associate Producer MARK MATHIS
Music by ROBBIE BRONNIMAN & ANDY HUNTER Editor SIMON TONDEUR Post Production Supervisor PATRICK TOTTMAN
Directed by NATHAN FRANKOWSKI Written by KEVIN MILLER and BEN STEIN

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved.





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!**
Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.
**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**List**

| Theater | Address | City | State |
|---------|---------|------|-------|
| Atlantic Palace 10 | 700 West Main Street | Alhambra | CA |
| Aliso Viejo Stadium 20 | 26701 Aliso Creek Rd | Aliso Viejo | CA |
| Cinema City | 5635 E. La Palma Ave | Anaheim | CA |
| Anaheim Hills 14 | 8032 East Santa Ana Canyon Rd | Anaheim | CA |
| Prime Cinema 11 | 1816 Highway 273 | Anderson | CA |
| Deer Valley Stadium 16 | 4204 Lone Tree | Antioch | CA |
| Santa Anita 16 | 400 Baldwin Ave Ste. 940-U | Arcadia | CA |
| Bakersfield Stadium 14 | 9000 Ming Avenue | Bakersfield | CA |
| Valley Plaza | 2000 Wible Rd | Bakersfield | CA |
| UA Berkeley 7 | 2274 Shattuck Ave | Berkeley | CA |
| Village | 40729 Village Drive | Big Bear Lake | CA |
| Brea Stadium East 12 | 155 West Birch Street | Brea | CA |
| Burbank Town Center 8 | 201 E. Magnolia Blvd | Burbank | CA |
| Metropolitan Calexico 10 | 2441 Scaroni Rd | Calexico | CA |
| Camarillo 12 | 680 Ventura Blvd. | Camarillo | CA |
| Mary Pickford 14 | 36-850 Picklair St. | Cathedral City | CA |
| UA Galaxy at Los Cerritos | 435 Los Cerritos | Cerritos | CA |
| Tinseltown 14 | 801 East Ave. Ste 2 | Chico | CA |
| Rancho Del Rey Stadium 16 | 1025 Tierra Del Rey | Chula Vista | CA |
| AMC Puente Hills 20 | 1560 South Azusa Ave | City of Industry | CA |
| Sierra Vista Cinema 16 | 1300 Shaw Ave. | Clovis | CA |
| Brenden Concord 14 | 1985 Willow Pass Rd | Concord | CA |
| Corona Crossing Stadium 18 | 2650 Tuscany Street | Corona | CA |
| Covina 30 | 1480 North Azusa Ave | Covina | CA |

| | | |
|---|---|---|
| Davis Holiday | 101 F Street | Davis | CA |
| Hacienda Crossing and IMAX | 5000 Dublin Blvd | Dublin | CA |
| Parkway Plaza Stadium 18 | 405 Parkway Plaza | El Cajon | CA |
| El Dorado Hills Stadium 14 | 2101 Vine Street | El Dorado Hills | CA |
| Century Laguna 16 | 9349 Big Horn Blvd. | Elk Grove | CA |
| Emery Bay 10 | 6330 Christie Ave | Emeryville | CA |
| Escondido Stadium 16 | 350 W Valley Parkway | Escondido | CA |
| Fairfield Stadium 16 | 1549 Gateway Blvd. | Fairfield | CA |
| Foothill Town Center Stad. 22 | 26602 Towne Center Drive | Foothill Ranch | CA |
| Fresno Stadium 21 | 7750 North Blackstone Ave | Fresno | CA |
| Fullerton 20 | 1001 South Lemon | Fullerton | CA |
| Garden Grove Stad. 16 | 9741 Chapman Ave | Garden Grove | CA |
| Mann Exchange 10 | 128 N. Maryland Ave | Glendale | CA |
| Sierra | 840 E Main Street | Grass Valley | CA |
| Westpark 8 | 3755 Alyton Parkway | Irvine | CA |
| Irvine Spectrum 21 | 65 Fortune Drive | Irvine | CA |
| La Habra Stadium 16 | 1351 W. Imperial Hwy | La Habra | CA |
| La Verne Stadium 12 | 1950 Foothil Blvd | La Verne | CA |
| Regency Rancho Niguel | 25471 Rancho Niguel Road | Laguna Niguel | CA |
| Cinemark 22 | 2600 W. Ave I | Lancaster | CA |
| Livermore Cinema | 2490 First Street | Livermore | CA |
| UA Long Beach 6 | 6601 Pacific Coast Hwy | Long Beach | CA |
| Long Beach Stadium 26 | 7501 Carson Blvd. | Long Beach | CA |
| Mann Beverly Center 13 | 8522 Beverly Blvd. Ste. 835 | Los Angeles | CA |
| Marina Del Rey 6 | 4335 Glencoe Ave. | Marina Del Rey | CA |
| Eastvale Gateway Stadium 14 | 12285 Limonite Ave | Mira Loma | CA |
| Brenden 18 | 10th & K Street | Modesto | CA |
| The Movie Experience | 41090 California Oaks Rd | Murietta | CA |
| AMC Norwalk 20 | 12300 E. Civic Center Dr. | Norwalk | CA |
| Oceanside Stadium 16 | 401 Mission Ave | Oceanside | CA |
| Ontario Mountain Village 14 | 1575 N Mountain Ave | Ontario | CA |
| Ontario Mills 30 | 4549 Mills Circle | Ontario | CA |
| Ontario Palace Stadium 22 | 4900 East 4th Street | Ontario | CA |
| Century Stadium 25 | 1701 West Katella | Orange | CA |
| The Block 30 | 20 City Blvd. West | Orange | CA |
| Plaza Stadium | 255 West 5th Street | Oxnard | CA |
| Paradise Cinema 7 | 6701 Clark Rd | Paradise | CA |
| Bianchi Theatre | 7777 Rosecrans | Paramount | CA |
| Boulevard Cinema 12 | 200 C Street | Petaluma | CA |
| CineArts @ Pleasant Hills | 2314 Monument Blvd | Pleasant Hills | CA |

| | | | |
|---|---|---|---|
| Rancho Mirage Stadium 16 | 72-777 Dinah Shore Drive | Rancho Mirage | CA |
| Movies 8 | 359 Park Marina Circle | Redding | CA |
| South Bay Calleria 16 | 1815 Hawthorne Blvd | Redondo Beach | CA |
| Metropolitan Universtiy Cinema | 1201 A Univeristy Ave | Riverside | CA |
| Riverside Plaza Stadium 16 | 3535 Central Ave | Riverside | CA |
| Jurupa Stadium 14 | 8032 Limonite Avenue | Riverside | CA |
| Promenade 13 | 550 Deep Valley Dr | Rolling Hills | CA |
| Olympus Pointe 12 | 520 N. Sunrise Ave | Roseville | CA |
| Century Stadium 14 | 1590 Ethan Way | Sacramento | CA |
| Natomas Marketplace Stadium 16 | 3561 Truxel Road | Sacramento | CA |
| Century Greenback Lane | 6233 Garfield Ave. | Sacramento | CA |
| Maya Cinema 14 | 153 Main Street | Salinas | CA |
| Empire 20 | 450 N. E. Street | San Bernardino | CA |
| Mira Mesa Stadium 18 | 10733 Westview Pkwy | San Diego | CA |
| Mission Valley 20 | 1640 Camino Del Rio N | San Diego | CA |
| UA Horton Plaza 14 | 475 Horton Plaza | San Diego | CA |
| Palm Promenade 24 | 770 Dennery Road | San Diego | CA |
| AMC Loews Metreon 16 | 101 Fourth Street | San Francisco | CA |
| San Jacinto Mètro 12 | 1599 S. San Jacinto Ave | San Jacinto | CA |
| AMC Saratoga 14 | 700 El Paseo De Saratoga | San Jose | CA |
| San Marcos Stadium 18 | 1180 West San Marcos Blvd | San Marcos | CA |
| Regency South Coast Village | 1561 West Sunflower | Santa Ana | CA |
| Riviera Cinema | 2044 Alameda Padre Serra | Santa Barbara | CA |
| Canyon Country Stadium 10 | 18800 Soledad Canyon Rd. | Santa Clarita | CA |
| Santa Cruz Stadium 9 | 1405 Pacific Ave | Santa Cruz | CA |
| Mann Criterion | 1313 Third St. | Santa Monica | CA |
| Airport 12 Stadium | 409 Aviation Way | Santa Rosa | CA |
| Roxy 14 | 85 Santa Rosa Ave | Santa Rosa | CA |
| Simi Valley Plaza 10 | 1457 Los Angeles Ave | Simi Valley | CA |
| Civic Center Stadium 16 | 2751 Papo Canyon Road | Simi Valley | CA |
| South Gate Stadium 20 | 8630 Garfield Ave | South Gate | CA |
| Heavenly Village | 1021 Heavenly Village Way | South Lake Tahoe | CA |
| Stockton City Centre Stadium 16 | 222 N El Dorado Street | Stockton | CA |
| Movie Experience @ Tower Plaza | 27531 Ynez Road | Temecula | CA |
| Temecula Stadium 15 | 40750 Winchester Road | Temecula | CA |
| Mann Janss Market Place | 255 N Moorpark Rd | Thousand Oaks | CA |
| Tiburon Playhouse | 40 Main St | Tiburon | CA |
| Turlock Stadium 14 | 2323 West Main Street | Turlock | CA |
| Tustin Marketplace | 2961 El Camino Real | Tustin | CA |
| | 531 Davis | | |

| | | St | Vacaville | CA |
|---|---|---|---|---|
| Brenden Vacaville 16 | | | Vacaville | CA |
| Century Downtown 10 | | 555 E. Main Street | Ventura | CA |
| Cineamrk 16 | | 14470 Bear Valley Road | Victorville | CA |
| Visalia Stadium 10 | | 120 S. Bridge Street | Visalia | CA |
| West Covina Stadium 18 | | 265 South Glendora Ave | West Covina | CA |
| Westminster 10 | | 6721 Westminster Blvd | Westminster | CA |
| Whittier Village Cinema | | 7038 Greenleaf Ave | Whittier | CA |

NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved





Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



## List

| Theater | Address | City | State |
|---|---|---|---|
| Olde Town 14 | 5550 Wadsworth Blvd. | Arvada | CO |
| Century 16 | 14300 E. Alameda Ave | Aurora | CO |
| Southlands Stadium 16 | 23955 E. Plaza Avenue | Aurora | CO |
| Arapahoe Crossing 16 | 6696 S. Parker Road | Aurora | CO |
| Century 16 | 1700 29th Street | Boulder | CO |
| Tinseltown 20 | 1545 E. Cheyenne Mountain Blvd. | Colorado Springs | CO |
| Chapel Hills 15 | 1701 Briargate Blvd. | Colorado Springs | CO |
| Cinemark Carefree Circle | 3305 Cinema Point | Colorado Springs | CO |
| Cherry Creek 8 | 3000 East 1st Avenue | Denver | CO |
| Pavilions 15 | 500 16th Street Ste. 310 | Denver | CO |
| Cinemark 16 | 4721 S. Timberline Rd | Ft. Collins | CO |
| Carmike 7 | 590 24 1/2 Road | Grand Junction | CO |
| Carmike 5 | 2495 West 28th | Greeley | CO |
| Highlands Ranch 24 | 103 Centennial Road | Highlands Ranch | CO |
| Colorado Mills 16 | 14500 West Colfax Ave | Lakewood | CO |
| Century Belmar 16 | 440 S. Teller | Lakewood | CO |
| Trans-Lux Metrolux 14 | 6085 Sky Pond Dr | Loveland | CO |
| Tinseltown 14 | 4140 North Freeway | Pueblo | CO |
| Westminster 14 | 10655 Westminster Blvd | Westminster | CO |



HOME · PLAYGROUND · RESOURCES · THE BLOG · NEWS · PRESS ROOM · GET UPDATES · STORE

## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group TICKETS
Purchase tickets for your group
You can even buy out an entire theater in your local area!

State: CT    Search for: ZIP    within    Zip: Enter a city or zip here    [ Search ]

### List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Enfield Cinemas 12 | 90 Elm Street | Enfield | CT | 06 |
| Fairfield Cinema @ Bullard Sq | 40 Blackrock Turnpike | Fairfield | CT | 06 |
| Showcase Berlin 12 | 19 Frontage Rd | Kensington | CT | 06 |
| Lisbon Landing 12 | 162 River Road | Lisbon Landing | CT | 06 |
| Criterion Cinema | 86 Temple Street | New Haven | CT | 06 |
| Loews Plainville 20 | 220 New Britain Ave | Plainville | CT | 06 |
| Stratford Stadium 14 | 411 Barnum Ave | Stratford | CT | 06 |
| Brass Mill Stadium 12 | 495 Union St | Waterbury | CT | 06 |
| Westbrook 12 | 314 Flatrock Place | Westbrook | CT | 06 |



NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**Buy Group TICKETS**
Purchase tickets for your group

You can even buy out an entire theater in your local area!

---

State DE   Search for ZIP   within ___   Zip Enter a city or zip here   [Search]

## List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Carmike 14 | 1365 N. Dupont Hwy Ste. 320 | Dover | DE | 1 |
| Peoples Plaza Cinema 17 | 1100 Peoples Plaza | Newark | DE | 1 |
| Brandywine Town Center 16 | 3300 Brandywine Pkwy | Wilmington | DE | 1 |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



HOME · PLAYGROUND · RESOURCES · THE BLOG · NEWS · PRESS ROOM · GET UPDATES · STORE

## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.





**You can even buy out an entire theater in your local area!**

State FL   Search for ZIP   within   Zip: Enter a city or zip here   [Search]

### List

| Theater | Address | City | State |
|---|---|---|---|
| Altamonte Mall 18 | 433 E. Altamonte Dr | Altamonte Springs | FL |
| Aventura Mall 24 | 19501 Biscayne Blvd. | Aventura | FL |
| Palace 20 | 3200 Airport Rd | Boca Raton | FL |
| Shadowood 16 | 9889 West Glodes Road | Boca Raton | FL |
| Bonita Springs 12 | 35251 S. Tamiami Trail | Bonita Springs | FL |
| Royal Palm 20 | 2507 53rd Avenue East | Bradenton | FL |
| Coralwood 11 | 2301 Del Prado Blvd | Cape Coral | FL |
| Cocowalk 16 | 3015 Grand Ave #322 | Coconut Grove | FI |
| Magnolia Stadium 16 | 9645 Westview Drive | Coral Springs | FL |
| Paradise 24 | 15601 Sheridan St. | Davie | FL |
| Delray Beach 18 | 1660 South Federal Highway | Delray Beach | FL |
| Destin Commons 14 | 4000 Legendary Dr | Destin | FL |
| Coconut Point 16 | 8021 Cinema Way | Estero | FL |
| Gulf Coast Town Stadium 16 | 10028 Gulf Center Drive | Fort Myers | FL |
| Cyprus Creek Stadium 16 | 6415 N. Andrews Avenue | Ft. Lauderdale | FL |
| Belltower Stadium 20 | 13499 Belltower Drive | Ft. Meyers | FL |
| Royal Park Stadium 16 | 3702 Newberry Road | Gainesville | FL |
| Hialeah 18 | 17355 NW 59th Ave | Hialeah | FL |
| Oakwood 18 | 2800 Oakwood Blvd. | Hollywood | FL |
| Beach Blvd. Stadium 18 | 14051 Beach Blvd. | Jacksonville | FL |
| Regency 24 | 9451 Regency | Jacksonville | FL |

| | | | |
|---|---|---|---|
| | Square Blvd | | |
| The Avenues 20 | 9525 Phillips Highway | Jacksonville | FL |
| Tinseltown 20 | 4535 Southside Blvd | Jacksonville | FL |
| Treasure Coast Mall 16 | 3174 North Federal Highway | Jensen Beach | FL |
| Jupiter 18 | 204 Noth US1 | Jupiter | FL |
| The Loop Stadium 16 | 3220 N. John Young Parkway | Kissimmee | FL |
| Pleasure Island 24 | 1500 Buena Vista Dr. | Lake Buena Ventura | FL |
| Eagle Ridge Mall 12 | 955 Eagle Ridge Drive & Hwy 27 | Lake Wales | FL |
| Lakeside Village 18 | 1650 Town Center Drive | Lakeland | FL |
| Lakeland Square 10 | 3606 US Hwy 98 N | Lakeland | FL |
| Lake Square 12 | 10401-015 US Hwy 441 S | Leesburg | FL |
| Santa Rosa 10 | 300 Mary Esther Blvd. | Mary Ester | FL |
| Oaks 10 | 1800 W. Hibiscus Blvd. | Melbourne | FL |
| Avenue 16 | 2241 Town Cener Ave | Melbourne | FL |
| Merritt Square 16 | 777 E. Merritt Island Causeway | Merritt Island | FL |
| Dolphin 19 | 11401 N.W. 12th Street | Miami | FL |
| Palace 18 | 11865 SW 26th Street | Miami | FL |
| Southland Mall Stadium 16 | 20505 s. Dixie Hwy | Miami | FL |
| Kendall Stadium 16 | 8595 SW 124 Avenue | Miami | FL |
| South Beach Stadium 18 | 1100 Lincoln Road | Miami Beach | FL |
| Miami Lakes 17 | 6711 Main Street | Miami Lakes | FL |
| Hollywood Stadium 20 | 6006 Hollywood Drive | Naples | FL |
| Beacon 12 | 1401 South Dixie Freeway | New Smyrna Beach | FL |
| Hollywood Stadium 16 | 2801 SW 27th Avenue | Ocala | FL |
| Woodlands Square 20 | 3128 Tampa Rd | Oldsmar | FL |
| Orange Park 24 | 1910 Wells Road | Orange Park | FL |
| Premiere Fashion Square | 3201 E. Colonial Drive | Orlando | FL |
| Waterford Stadium 20 | 541 North Alafaya Trail | Orlando | FL |
| Universal Cineplex 20 | 6000 Universal Blvd Ste. 740 | Orlando | FL |
| Pointe Orlando Stadium 20 | 9101 International Drive | Orlando | FL |
| Cinemark 20 | 320 E. 2nd Ave | Orlando | FL |
| Ormond Beach 12 | 215 Williamson Blvd. | Ormond Beach | FL |
| Oviedo Stadium 22 | 1500 Oviedo Marketplace Blvd. | Oviedo | FL |
| Downtown @ the Gardens 15 | 11701 Lake Victoria Gardens Ave. | Palm Beach Gardens | FL |
| Carmike 10 | 4049 W. 23 Road | Panama City | FL |
| Grand 16 - Pier Park | 500 South Pier Park Dr. | Panama City Beach | FL |
| Bayou 15 | 5149 Bayou Blvd | Pensacola | FL |
| | 6595 N.W. | | |

| | Street | | |
|---|---|---|---|
| Pensacola 18 | | Pensacola | FL |
| Park Place Stadium 16 | 7200 US Highway 19 North | Pinellas Park | FL |
| Pampano 18 | 2315 N Federal Hwy | Pompano Beach | FL |
| Town Center Stadium 16 | 1441 Tamiami Trail | Port Charlotte | FL |
| Hollywood 18 | 6701 Cinema Dr | Port Richey | FL |
| St. Lucie West 14 | 1900 N. W. Courtyard | Port St. Luci | FL |
| Royal Palm Beach 18 | 1003 State Road 7 | Royal Palm Beach | FL |
| Seminole Towne Center | 430 Towne Center Circle | Sanford | FL |
| Hollywood Stadium 20 | 1993 Main Street | Sarasota | FL |
| Lakeshore 8 | 901 US Highway 27 North | Sebring | FL |
| Sunset Plaza 24 | 5701 Sunset Drive | South Miami | FL |
| Baywalk 20 | 151 2nd Avenue North | St. Petersburg | Fl |
| Sawgrass Stadium 23 | 2600 Northwest 136th Avenue | Sunrise | FL |
| Regal Miracle | 1815 Thomasville Road | Tallahasee | FL |
| University 16 | 12332 University Mall Ct. | Tampa | FL |
| Centro Ybor 20 | 1600 E. Eight Ave | Tampa | FL |
| Citrus Park Stadium 20 | 7999 Citrus Park Town Center Mall | Tampa | FL |
| Veterans 24 | 9302 Anderson Road | Tampa | FL |
| Galleria Cinema Stadium 12 | 2101 Tamiami Trail | Venice | FL |
| Indian River 24 | 6200 20th St. Rm. 600 | Vero Beach | FL |
| Cinemaworid | 4345 We. New Haven Ave | West Melbourne | FL |
| Parisian 20 | 545 Hibiscus St | West Palm Beach | FL |
| Grand 10 | 920 Springlake Square NW | Winter Haven | FL |
| Winter Park 20 | 510 North Orlando Avenue | Winter Park | FL |



NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



HOME  •  PLAYGROUND  •  RESOURCES  •  THE BLOG  •  NEWS  •  PRESS ROOM  •  GET UPDATES  •  STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group TICKETS
Purchase tickets for your group
You can even buy out an entire theater in your local area!



State: GA ▾   Search for: ZIP ▾   within ▾   Zip: Enter a city or zip here      [Search]

## List

| Theater | Address | City | Sta |
|---|---|---|---|
| Wynnsong 16 | 2823 Nottingham Way | Albany | G. |
| Mansell Crossing 14 | 7730 N Point Parkway | Alpharetta | G. |
| Carmike 12 | 1570 Lexington Road | Athens | G. |
| Beachwood | 196 Alps Road | Athens | G. |
| Atlantic Station Stadium 16 | 261 19th Street NW | Atlanta | G. |
| Movies ALT | 3760 Princeton Lakes Pkwy | Atlanta | G. |
| Phipps Plaza | 3500 Peach Tree Rd. NE | Atlanta | G. |
| Augusta Exchange Stadium 20 | 1144 Agerton Lane | Augusta | G. |
| Regal Stadium 22 | 2480 East - West Connector Rd | Austell | G. |
| Mall of Georgia 20 | 3333 Buford Drive | Buford | G. |
| Riverstone 15 | 1395 Riverstone Parkway | Canton | G. |
| Hollywood Stadium 24 | 3265 N.E. Expressway Access | Chamblee | G. |
| Carmike 15 | 5555 Whitlesey Blvd | Columbus | G. |
| Crossroads 16 | 1536 Dogwood Drive | Conyers | G. |
| Cordele Stadium 5 | 901 East 16th Ave | Cordele | G. |
| Movies 400 | 415 Atlanta Rd | Cumming | G. |
| Galaxy South Dekalb Funplex 12 | 2801 Candler Rd | Decatur | G. |
| Arbor Place Stadium 18 | 6600 Douglas Blvd. | Douglasville | G. |
| Medlock Stadium 18 | 9700 Medlock Bridge Road | Duluth | G. |
| Evans | 4365 Towne Center Dr | Evans | G. |
| Tinseltown 17 | 134 Pavillion Pkwy | Fayetteville | G. |
| Hollywood Cinemas 15 | 120 Green Hill Circle NW | Gainesville | G. |
| Movies 278 | 185 Metromont Rd | Hiarm | G. |
| | 2795 Town | | |

| | | | |
|---|---|---|---|
| Town Center Stadium 16 | | Center Drive | Kennesaw | G. |
| Discover Mills 18 | | 5900 Sugarloaf Parkway | Lawrenceville | G. |
| Colonial 18 | | 825 Lawrenceville-Suwanee Rd | Lawrenceville | G. |
| Stonecrest Mall 16 | | 8060 Mall Parkway | Lithonia | G. |
| Rivergate 14 | | 245 Tom Hill Sr. Blvd | Macon | G. |
| Macon Stadium 16 | | 5996 Zebulon Rd. | Macon | G. |
| Merchats Walk | | 1301 Johnson Ferry Rd | Marietta | G. |
| Park 12 | | 2925 Gordy Pkwy | Marietta | G. |
| Great Escape 16 | | 115 Fosters Drive | McDonough | G. |
| Southlake Pavillion 24 | | 7065 Mount Zion Circle | Morrow | G. |
| Georgian Cinema | | 232 Newnan Crossing Bypass | Newnan | G. |
| Wynnsong 11 | | 1150 Shawnee Street | Savannah | G. |
| Eisenhower Sq 6 | | 1100 Eisenhower Dr | Savannah | G. |
| Snellville Stadium 14 | | 2125 East Main Street | Snellville | G. |
| Island Cinema 7 | | 44 Cinema Lane | St. Simons Island | G. |
| Carmike 6 | | 216 Virginia Ave | Tifton | G. |
| Valdosta Stadium | | 1680 Baytree Rd | Valdosta | G. |
| Galleria Stadium | | 2922 Watson Blvd | Warner Robins | G. |
| Cherokee | | 355 Cinema View Dr | Woodstock | G. |



NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved











# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!

State: ID    Search for: ZIP    within:    Zip: Enter a city or zip here    Search

## List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Grand Teton 14 | 2707 South 25th East Hitt Road | Ammon | ID | 8. |
| Boise Stadium 21 | 7701 Overland Road | Boise | ID | 8. |
| Pine Ridge 10 | 4355 Yellowstone Ave. | Chubbock | ID | 8. |
| Riverstone Stadium 14 | 2416 Old Mill Loop | Couer d' Alene | ID | 8. |
| Majestic | 2140 East Cinema Drive | Meridian | ID | 8. |
| Nampa Stadium 14 | 2001 North Cassia Street | Nampa | ID | 8. |
| Twin Cinema 12 | 160 Eastland Drive | Twin Falls | ID | 8. |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!



State [IL] Search for [ZIP] within [ ] Zip: [Enter a city or zip here]   [Search]

## List

| Theater | Address | City | Sta |
|---|---|---|---|
| Addison 21 | 1555 W. Lake Street | Addison | IL |
| Randall 16 | 550 N. Randall Road | Batavia | IL |
| Galaxy 14 | 1111 Wylie Drive | Bloomington | IL |
| Showplace 12- Bolingbrook | 1221 W. Boughton Rd. | Bolinbrook | IL |
| University 8 | 1370 East Main Street | Carbondale | IL |
| Cinema 12 | 100 Besinger Drive | Carpentersville | IL |
| Savoy 16 | 232 W Burwash | Champaign | IL |
| Beverly 18 | 910 Meijers Drive | Champaign | IL |
| City North 14 | 2600 N. Western Ave. | Chicago | IL |
| Chicago Heights 21 | 1301 Hilltop Ave. | Chicago Heights | IL |
| Showplace 14 - Cicero | 4779 W. Cermak | Cicero | IL |
| Loews Country Club Hills 16 | 4201 W 167sth St | Country Club Hills | IL |
| Market Square 10 | 2160 Sycamore Rd | DeKalb | IL |
| Showplace 12 | 6633 Center Grove Road | Edwardsville | IL |
| Elgin 15 | 111 S. Randall Road | Elgin | IL |
| Hickory Pointe | 1146 US Route 51 N | Forsyth | IL |
| Fox Lake | 115 Towne Centre Lane | Fox Lake | IL |
| Showplace 14 - Galewood Crossing | 5530 W. Homer | Galewood Cross | IL |
| Gurnee 20 | 6144 Grand Ave. | Gurnee | IL |
| South County 6 | 2199 S. Main St. | Jacksonville | IL |
| Paramount Theatre | 213 N. Schuyler Ave | Kankakee | IL |
| Lake Zurich 12 | 755 S Rand Rd | Lake Zurich | IL |
| Lincolnshire Stadium 21 | 300 Parkway Dr | Lincolnshire | IL |

| Yorktown 17 | 80 Yorktown Shopping Ctn. | Lombard | IL |
| Great Escape 14 | 4100 38th Street | Moline | IL |
| AMC Randhurst 16 | 101 E. Euclid Ave. | Mount Prospect | IL |
| Showplace 16 | 2815 Showplace Drive | Naperville | IL |
| Showplace 14 - New Lennox | 1320 W. Maple St. | New Lennox | IL |
| Showplace 12 - Niles | 301 Golf Mill Center | Niles | IL |
| University 8 | 1010 S. Main St. | Normal | IL |
| Kendall 10 | 95 5th St. | Oswego | IL |
| Showplace 14 -Pekin | 1124 Edgewater Dr. | Pekin | IL |
| Willow Knolls 14 | 4100 W. Willowknolls | Peoria | IL |
| Grand Prairie 18 | 5311 West American Prarie Dr. | Peoria | IL |
| Quincy Mall Cinema | 3429 Quincy Mall | Quincy | IL |
| Showplace 16 | 8301 East State Street | Rockford | IL |
| Rosemont 18 | 9701 Bryn Mawr Ave | Rosemont | IL |
| Round Lake Beach Stadium 18 | 550 East Rollins Rd | Round Lake Beach | IL |
| Loews Streets of Woodfield 20 | 601 N Martingale Rd. Ste 105 | Schaumburg | IL |
| Village Crossing 18 | 7000 Carpenter Rd. | Skokie | IL |
| South Barrington 30 | 175 Studio Dr | South Barrington | IL |
| Parkway Pointe 8 | 3025 Lindbergh Blvd | Springfield | IL |
| Charlestown Mall 18 | 3740 E. Main Street | St. Charles | IL |
| Rivertree Court Cinemas | 701 N. Milwaukee Ave. | Vernon Hills | IL |
| Cantera 20 | 28250 Diehl Rd | Warrenville | IL |
| Loews Woodridge 18 | 10000 Woodward Ave | Woodridge | IL |
| Cinemark 17 | 6500 Rte 53 | Woodridge | IL |

NOW PLAYING

Premise Media Corporation Presents a Rampant Films Production "Expelled: No Intelligence Allowed"
Produced by LOGAN CRAFT, WALT RULOFF & JOHN SULLIVAN Associate Producer MARC MATHIS
Music by ROBBIE BRONNIMAN & ANDY HUNTER Editor SIMON TONDEUR Post Production Supervised PATRICK TITTMAN
Written by NATHAN FRANKOWSKI Written by KEVIN MILLER and BEN STEIN

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation  All Rights Reserved



## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
Coming Soon - International distribution to be announced.





| State: IN | Search for: ZIP | within | | Zip: Enter a city or zip here | Search |

### List

| Theater | Address | City | State |
|---|---|---|---|
| Great Escape 14 | 2929 Great Escape Blvd. | Bedford | IN |
| Showplace 11 | 1351 College Mall Road | Bloomington | IN |
| Village Park Stadium 17 | 2222 E 146th Street | Carmel | IN |
| Riverfallls 12 | 951 Lewis & Clark Parkway | Clarksville | IN |
| Encore 14 | 2701 Cassopolis St. | Elkhart | IN |
| Showplace East 18 | 1801 Morgan Center Dr | Evansville | IN |
| Stadium 16 | 5600 Pearl Drive | Evansville | IN |
| Coldwater Crossing Stadium 14 | 211 W Washington Center Road | Ft. Wayne | IN |
| Carmike 20 | 3930 E. Dupont Road | Ft. Wayne | IN |
| Jefferson Pointe 18 | 4250 W. Jefferson Blvd. | Ft. Wayne | IN |
| Showplace 12 | 6102 N. Rural Street | Glendale | IN |
| Greendale Cinemas | 1605 Flossie Dr | Greendale | IN |
| AMC Loews College Park 14 | 3535 W 86th St | Indianapolis | IN |
| Showplace 16 | 4325 S. Meridain | Indianapolis | IN |
| Traders Pointe 12 | 5920 West 86th Street | Indianapolis | IN |
| Galaxy Stadium 14 | 8105 East 96th Ave | Indianapolis | IN |
| Metropolis 18 | 2490 Futura Park Way | Indianpolis | IN |
| Showplace 14 - Michigan City | 100 Meijer Dr. | Michigan City | IN |
| Showplace 12 | 860 East Princeton | Muncie | IN |
| Great Escape 16 | 300 Professional Court | New Albany | IN |
| Great Escape 10 | 10075 Town & Country Blvd. | Noblesville | IN |
| Hamilton 16 | 13825 Norell Rd | Noblesville | IN |

| | | | |
|---|---|---|---|
| Shiloh Crossing Stadium 18 | 10400 E US 36 Bldg #800 | Plainfield | IN |
| Showplace 16 | 875 Deer Creek Drive | Schererville | IN |
| Showplace 16 | 450 W. Chippewa | South Bend | IN |
| Honey Creek 8 | 3131 S. Third Street Place | Terre Haute | IN |
| Wabash Landing 9 | 300 East State Street | Lafayette | IN |
| Eastside 10 | 300 N. Farabee Drive | Lafayette | IN |
| Portage 16 | 6550 US Highway 6 | Portage | IN |



NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**List**

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Varsity 2 | 2412 Lincoln Way | Ames | IA | 50 |
| Springwood 9 | 2829 S. Ankeny Blvd | Ankeny | IA | 50 |
| Galaxy 16 | 5340 Council Street NE | Cedar Rapids | IA | 52 |
| Star 16 | 3220 23rd Ave. | Council Bluffs | IA | 5 |
| Showcase Cinema 53 | 3601 East 53rd Street | Davenport | IA | 52 |
| Star 14 | 2835 N.W. Arterial | Dubuque | IA | 52 |
| Sycamore 12 | 1602 Sycamore St. | Iowa City | IA | 52 |
| Wynnsong 16 | 5233 NW 84th St. | Johnston | IA | 50 |
| Copper Creek 9 | 1325 Copper Creek Dr | Pleasant Hills | IA | 50 |
| Carmike Southern Hills 12 | 4400 Sergeant Road | Souix City | IA | 5 |
| Crossroads 12 | 2450 Crossroads Blvd. | Waterloo | IA | 50 |
| Jordan Creek 20 | 101 Jordan Creek Parkway | West Des Moines | IA | 50 |



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



## Buy Group TICKETS
Purchase tickets for your group

You can even buy out an entire theater in your local area!

State: [KS] Search for: [ZIP] within [ ] Zip [Enter a city or zip here]    [Search]

## List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Southwind 12 | 3433 Iowa Street | Lawrence | KS | 66 |
| Town Center 20 | 11701 Nall | Leawood | KS | 66 |
| Seth Childs 12 | 2610 Farm Bureau | Manhattan | KS | 66 |
| Cinemark 20 | 5500 Antioch | Merriam | KS | 66 |
| Studio 30 | 12075 South Strang Line Rd. | Olathe | KS | 66 |
| Palazzo 16 | 8601 W. 13th Street | Overland Park | KS | 66 |
| Salina 10 | 2259 S 9 St | Salina | KS | 67 |
| Westglen 18 | 16301 Midland Dr. | Shawnee | KS | 66 |
| Hollywood 14 | 6200 SW 6th Ave | Topeka | KS | 66 |
| 13th Avenue Warren | 11611 East 13th Street | Wichita | KS | 67 |
| Northrock 14 | 3151 Penstemon | Wichita | KS | 67 |
| Warren 17 | 9150 W. 21st Street N. | Wichita | KS | 67 |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!

State [KY]     Search for: [ZIP]     within [ ]     Zip: [Enter a city or zip here]     [Search]

## List

| Theater | Address | City | State |
|---------|---------|------|-------|
| Great Escape Greenwood 10 | 323 Great Escape Ave. | Bowling Green | KY |
| Showcase Cinema Erlanger | 3220 Meadow Lane | Erlanger | KY |
| Highland Cinema 8 | 1628 Happy Valley Road | Glasgow | KY |
| Hamburg Pavilion Stadium 16 | 1949 Star Shoot Pkwy | Lexington | KY |
| Lexington Green 8 | 200 Lexington Green Circle | Lexington | KY |
| Cinema De Lux 20 | 2745 S. Hurstbourne Pkway | Louisville | KY |
| Tinseltown 19 | 4400 Towne Center Dr | Louisville | KY |
| AMC Newport on the Levee 20 | 1 Levy Way Ste 4100 | Newport | KY |
| Nicholasville 14 Cinema | 150 Langley Dr. | Nicholasville | KY |
| Showcase 16 Cinema De Lux | 9700 Preston Crossing Blvd | Okolona | KY |
| Riverfill 10 | 215 Pike St. | Pikeville | KY |
| Showplace 9 | 4150 S. Highway 27 | Somerset | KY |
| Great Escape 14 | 103 Crossing Drive | Wilder | KY |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved.



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!

State: [LA ▾]   Search for [ZIP ▾] within [ ▾]   Zip: [Enter a city or zip here]   [Search]

### List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| The Grand 14 | 2039 North Mall Drive | Alexandria | LA | 71 |
| Washington Square | 314 N Franklin St | Bastrop | LA | 71 |
| Cinemark 16 | 10000 Perkins Rowe Ste 125 | Baton Rouge | LA | 70 |
| Baton Rouge 16 | 1640 Hatteras Ave | Baton Rouge | LA | 70 |
| Mall of Louisiana 15 | 9168T Pickardy Ave Extension | Baton Rouge | LA | 70 |
| Bossier Corners 9 | 2800 Shed Road | Bossier City | LA | 71 |
| Elmwood Palace 20 | 1200 Elmwood Park Blvd | Harahan | LA | 70 |
| The Grand Ambassador 14 | 2315 Kaliste Saloom Road | Lafayette | LA | 70 |
| Cinemark 14 | 548 W Prien Lake Rd | Lake Charles | LA | 70 |
| The Grand 10 | 1000 Parkview Drive | New Iberia | LA | 70 |
| Celebrity | 1400 Celebrity Dr | Ruston | LA | 71 |
| Tinseltown 17 | 8400 Millicent Way | Shreveport | LA | 71 |
| The Grand 16 | 1950 Gause Blvd. W | Slidell | LA | 70 |
| Tinseltown 17 | 220 Blanchard | West Monroe | LA | 71 |

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

©2008 Premise Media Corporation. All Rights Reserved





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

## Buy Group TICKETS
Purchase tickets for your group
You can even buy out an entire theater in your local area!

| State ME | Search for ZIP | within | Zip: Enter a city or zip here | Search |

### List

| Theater | Address | City | State | Zip |
|---------|---------|------|-------|-----|
| Clarks Pond 8 | 333 Clarks Pond Parkway | Portland | ME | 4106 |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved.



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group **TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!

State: [Maryland ▾] Search for: [ZIP ▾] within [ ▾] Zip: [Enter a city or zip here]    [Search]

## List

| Theater | Address | City | State |
|---|---|---|---|
| Bow Tie Cinema Harbour 9 | 2474 Solomons Island Rd | Annapolis | MD |
| Rotunda Twin | 711 West 40th St | Baltimore | MD |
| Loews White Marsh 16 | 8141 Honeygo Blvd | Baltimore | MD |
| Bethesda 10 | 7272 Wisconsin Ave | Bethesda | MD |
| Bowie 14 | 15200 Major Lansdale Blvd. | Bowie | MD |
| Westview 16 | 5243 Buckeystown Pike | Fredrick | MD |
| Loews Rio Cinema 18 | 9811 Washington Ctr. | Gaithersburg | MD |
| Germantown 14 | 20000 Century Blvd | Germantown | MD |
| Valley Mall 16 | 17301 Valley Mall Road | Hagerstown | MD |
| Egyptian 24 | 7000 Arundel Mills Cir. | Hanover | MD |
| Owings Mills 17 | 10100 Mill Run Circle | Owings Mills | MD |
| Salisbury 16 | 2322 North Salisbury Blvd. | Salisbury | MD |
| Majestic 20 | 900 Ellsworth Drive | Silver Spring | MD |

NOW PLAYING

Premise Media Corporation Presents A Rampant Films Production "Expelled: No Intelligence Allowed"
Produced by LOGAN CRAFT, WALT RULOFF & JOHN SULLIVAN Associate Producer MARK MATHIS
Music by ROBBIE BRONNIMAN & ANDY HUNTER Editor SIMON TONDEUR Post Production Supervisor PATRICK TITTMAR
Written by KEVIN MILLER and BEN STEIN

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation  All Rights Reserved



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!

---

State: MA ▼ Search for ZIP ▼ within ▼ Zip Enter a city or zip here    [Search]

## List

| Theater | Address | City | Sta |
|---|---|---|---|
| Fresh Pond 10 | 168 Alewife Brook Pkwy | Cambridge | M/ |
| Loews Liberty Tree Mall 20 | 100 Independence Way | Danvers | M/ |
| Cinemaworld Cinemas | 432 John Fitch Hwy | Fitchburg | M/ |
| Independence Mall 14 | 101 Independence Mall Way | Kingston | M/ |
| Showcase Cinemas Lawrence | 6 Chickering St | Lawrence | M/ |
| EMC Leominster 10 | 45 Sack Blvd. | Leominster | M/ |
| Salomon Pond Stadium 15 | 591 Donald J Lynch Blvd | Marlborough | M/ |
| Methuen 20 | 90 Pleasante Valle St. | Methuen | M/ |
| Cinema 95 | 201 Elm St | Salisbury | M/ |
| Showcase Seekonk Route 6 | 100 Commerce Way | Seekonk | M/ |
| Entertainment Cinemas South Dennis | 2-6 Enterprise Rd | South Dennis | M/ |
| Springfield Cinemas | 1250 St. James Ave | Springfield | M/ |
| Showcase Eastfield Mall | 1655 Boston Rd | Springfield | M/ |
| Swansea Stadium 12 | 207 Swansea Mall Dr | Swansea | M/ |
| Westborough 12 | 231 Turnpike Rd | Westborough | M/ |
| Showcase Worchester North | 135 Brooks St | Worcester | M/ |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved.



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group TICKETS
Purchase tickets for your group
You can even buy out an entire theater in your local area!



State MI   Search for: ZIP   within   Zip: Enter a city or zip here   [Search]

### List

| Theater | Address | City | State |
|---|---|---|---|
| Quality 16 | 3686 Jackson Road | Ann Arbor | MI |
| AMC Star Great Lakes 25 | 4300 Baldwin Rd | Auburn Hills | MI |
| Lakeview 10 | 5775 Beckley Road | Battle Creek | MI |
| Cinema Hollywood | 12280 Dixie Hwy | Birch Run | MI |
| Uptown Palladium 12 | 250 N. Old Woodwards | Birmingham | MI |
| Brighton Towne Square 20 | 8200 Murphy Drive | Brighton | MI |
| E-magine Canton 18 | 39535 Ford Rd | Canton | MI |
| Canton Cinema | 43555 Ford Rd | Canton | MI |
| Chesterfield Crossing Cinema 16 | 50675 Gratiot Ave | Chesterfield | MI |
| Partridge Creek Cinema 14 | 17400 Hall Road | Clinton Township | MI |
| AMC Star Gratiot 21 | 35705 Gratiot Ave | Clinton Township | MI |
| AMC Star Fairlane 21 | 18900 Michigan Ave | Dearborn | MI |
| Showcase Cinema West 14 | 1591 South Graham Road | Flint | MI |
| Birchwood 10 | 4350 24 Ave. Ste 15 | Ft. Gratiot | MI |
| Grand Haven 9 | 17220 Hayes Street | Grand Haven | MI |
| Celebration Cinema South | 1506 Eastport Drive SE | Grand Rapids | MI |
| Celebration Cinema North | 2121 Celebration Drive NE | Grand Rapids | MI |
| Celebration Rivertown | 3728 Rivertown Pkwy | Grand Rapids | MI |
| Holland 7 | 500 Waverly Road | Holland | MI |
| Copper 5 | 1703 West Memorial | Houghton | MI |
| Jackson 10 | 1501 North Wisner | Jackson | MI |
| City Place 14 | 180 Portage Road | Kalamazoo | MI |

| | | | |
|---|---|---|---|
| Kalamazoo 10 | 820 Maple Hill Drive | Kalamazoo | MI |
| Celebration Cinema Lansing | 200 E. Edgewood Blvd. | Lansing | MI |
| Livonia 20 | 19500 Haggerty Rd | Livonia | MI |
| Cinema Carousel 16 | 4289 Grand Haven Road | Muskegon | MI |
| E- magine Novi 18 | 44425 W 12 Mile Road | Novi | MI |
| Saginaw 8 | 3250 Kabobel | Saginaw | MI |
| AMC Star Southfield 20 | 25333 West 12 Mile Rd. | Southfield | MI |
| Southgate 20 | 15651 Trenton Road | Southgate | MI |
| MJR Market Place 20 | 35400 Van Dyke Ave | Sterling Heights | MI |
| AMC Forum 30 | 44681 Mound Rd. | Sterling Heights | MI |
| Horizon 10 | 3587 Market Place Circl | Traverse City | MI |
| AMC Star Grand Rapids 18 | 3000 Alpine Ave NW | Walker | MI |
| Commerce Township Stadium 14 | 3033 Springvale Dr | Walled Lake | MI |
| Waterford Cinema 16 | 7501 Highland Rd | Waterford | MI |
| Showcase Cinema Ann Arbor 20 | 4100 Carpenter Road | Ypsilanti | MI |





NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!



Start: MN    Search for: ZIP    within:    Zip: Enter a city or zip here    [Search]

## List

| Theater | Address | City | State | 2 |
|---|---|---|---|---|
| Carmike 15 | 15630 Cedar Ave | Apple Valley | MN | |
| Mall of America 14 | 401 South Ave | Bloomington | MN | |
| Showplace 16 | 10051 Woodcrest Drive | Coon Rapids | MN | |
| Eagan Stadium 16 | 2055 Cliff Road | Eagan | MN | |
| Eden Prairie Mall 18 | 4000 Flying Cloud Dr | Eden Prairie | MN | |
| Southdale 16 | 400 Southdale Center | Edina | MN | |
| Elk River 17 | 570 Freeport | Elk River | MN | |
| Lakes 10 | 4351 Stebner Rd | Hermantown | MN | |
| Showplace 16 | 5567 Bishop Ave | Inver Grove Heights | MN | |
| Lakeville 21 | 20653 Keokuk Ave | Lakeville | MN | |
| River Mall Movies 8 | 1850 Adams St. Ste 15 | Mankato | MN | |
| Arbor Lakes 16 | 12575 Elm Creek Blvd | Maple Grove | MN | |
| Block E 15 | 600 Hennepin Ave | Minneapolis | MN | |
| Brooklyn Center Stadium 20 | 6420 Camden Ave North | Minneapolis | MN | |
| Monticello 15 | 9375 Deegan Ave | Montecello | MN | |
| Wynnsong 15 | 2430 Highway 10 | Moundsview | MN | |
| Oakdale 20 | 1188 Helmo Avenue South | Oakdale | MN | |
| Oakdale 17 | 5377 Hadley Ave. North | Oakdale | MN | |
| Willow Creek 12 | 9900 Shelard Parkway | Plymouth | MN | |
| Chateau 14 | 3450 E. Circle Dr | Rochester | MN | |

| | | 4340 Maine Ave SE | Rochester | MN | |
|---|---|---|---|---|---|
| Galaxy 14 | | | | | |
| Rogers 18 | | 13692 Rogers Dr | Rogers | MN | |
| Shakopee 11 | | 1116 Shakopee Town Square | Shakopee | MN | |
| White Bear Township 17 | | 1180 County Rd J | White Bear | MN | |



NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



State: MS    Search for: ZIP    within:    Zip: Enter a city or zip here    [Search]

### List

| Theater | Address | City | State | Z |
|---|---|---|---|---|
| The Grand 18 | 11470 Cinema Drive | D'Iberville | MS | |
| Cinemark 16 | 15171 Crossroads Pkwy | Gulfport | MS | |
| The Grand 18 | 100 Grand Drive | Hattiesburg | MS | |
| Grandview | 221 Grandview Blvd. | Madison | MS | |
| Tinseltown 17 | 411 Riverwind Dr | Pearl | MS | |
| North Park Stadium 14 | 250 Ring Road | Ridgeland | MS | |
| Hollywood Premiere Cinema | 101 Hollywood Blvd. | Starkville | MS | |
| Tupelo Comons | 3088 Tupelo Commons Ave. | Tupelo | MS | |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved.



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group TICKETS
Purchase tickets for your group

You can even buy out an entire theater in your local area!

State: [MO ▾]  Search for: [ZIP ▾]  within [ ▾]  Zip [Enter a city or zip here]  [Search]

### List

| Theater | Address | City | State |
|---|---|---|---|
| Arnold 14 Cine | 1912 Richardson Road | Arnold | MO |
| Branson Meadows 11 | 3562 Shephred of the Hills Expway | Branson | MO |
| Town Plaza 5 | 2136 William Street | Cape Giradea | MO |
| Galaxy 14 | 450 THF Blvd. | Chesterfield | MO |
| Stadium 14 | 2800 Goodwin Pointe Dr. | Columbia | MO |
| Town Square 12 | 7805 Highway N. | Dardenne | MO |
| Des Peres 14 Cine | 12701 Manchester Road | Des Peres | MO |
| Jamestown 14 Cine | 209 Jamestown Mall | Florissant | MO |
| Independence 20 | 19200 East 39th street | Independence | MO |
| Capitol 8 | 3550 Country Club Drive | Jefferson City | MO |
| Northstar 14 | 201 N. Northpark Lane | Joplin | MO |
| Northglen 14 | 4900 N.E. 80th Street | Kansas City | MO |
| Barrywoods 24 | 8101 Roan Ridge Rd. | Kansas City | MO |
| Eastglen 16 | 1451 N.E. Douglas Street | Lee's Summit | MO |
| Liberty 12 | 2101 W Kansas | Liberty | MO |
| O'Fallon 14 Cine | 1320 Central Park Drive | O'Fallon | MO |
| O'Fallon Great Escape 14 | 900 Caledonia Dr. | O'Fallon | MO |
| Mid Rivers 14 Cine | 1220 Mid Rivers Mall | Saint Peters | MO |
| Campbell 16 | 4005 South Ave | Springfield | MO |
| St. Charles 18 Cine | 1830 S. First Capitol Drive | St. Charles | MO |
| Hollywood 10 | 5405 N Belt Hwy | St. Joseph | MO |

Ronnies 20 Cine



5320 S. Lindbergh Blvd. | St. Louis | MO

© 2008 Premise Media Corporation  All Rights Reserved



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group **TICKETS**
Purchase tickets for your group

**You can even buy out an entire theater in your local area!**

| State: MT   Search for: ZIP   within   Zip: Enter a city or zip here | Search |

## List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Wynnsong 10 | 2456 Central Ave | Billings | MT | 59 |
| Gallatin Valley Cinema | 2825 W. Main Street | Bozeman | MT | 59 |
| Carmike 10 | 1601 Marketplace Drive Ste. 75 | Great Falls | MT | 59 |
| Stadium 14 | 185 Hutton Ranch Road | Kalispell | MT | 59 |
| Carmike 10 | 3640 Mullan Road | Missoula | MT | 59 |



NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Promise Media Corporation. All Rights Reserved.



# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!

## List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Twin Creek Cinema | 3909 Raynor Parkway | Bellevue | NE | 68123 |
| Grand | 1101 P Street | Lincoln | NE | 68508 |
| 20 Grand 19 | 14304 W Maple Rd | Omaha | NE | 68164 |
| Great Escape Omaha 16 | 7440 Crown Point Ave. | Omaha | NE | 68134 |



© 2008 Premise Media Corporation. All Rights Reserved.



HOME  •  PLAYGROUND  •  RESOURCES  •  THE BLOG  •  NEWS  •  PRESS ROOM  •  GET UPDATES  •  STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group TICKETS
Purchase tickets for your group
You can even buy out an entire theater in your local area!

State NV  Search for: ZIP  within  Zip: Enter a city or zip here    Search

## List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Fiesta Henderson Stadium 12 | 777 West Lake Mead Pkwy | Henderson | NV | 89 |
| Red Rock Staidum 16 | 11011 West Charleston Blvd | Las Vegas | NV | 89 |
| Texas Station Stadium 18 | 2101 Texas Star Lane | Las Vegas | NV | 89 |
| Boulder Station 11 | 4111 Boulder Highway | Las Vegas | NV | 89 |
| Orleans 18 | 4500 Tropicana | Las Vegas | NV | 89 |
| Town Square 18 | 6587 Las Vegas Blvd. South | Las Vegas | NV | 89 |
| Colonnade Stadium 14 | 8880 South Eastern Avenue | Las Vegas | NV | 89 |
| Century 16 Suncoast | 9090 Alta Drive | Las Vegas | NV | 89 |
| Century Riverside | 11 N Sierra St | Reno | NV | 89 |

NOW PLAYING
Premise Media Corporation Presents a Rampant Films Production "Expelled: No Intelligence Allowed"
Produced by LOGAN CRAFT, WALT RULOFF & JOHN SULLIVAN Associate Producer MARK MATHIS
Music by ROBBIE BRONNIMAN & ANDY HUNTER Executive Producer SIMON TONDEUFF Post Production Supervisor PATRICK DITTMAR
Directed by NATHAN FRANKOWSKI Written by KEVIN MILLER and BEN STEIN

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**You can even buy out an entire theater in your local area!**

| State: NH | Search for: ZIP | within: | Zip: Enter a city or zip here | Search |

### List

| Theater | Address | City | State |
|---|---|---|---|
| EMC Concord 6 | 192 Loudon Rd | Concord | NH |
| Hooksett 8 | 100 Technology Dr | Hooksett | NH |
| Apple Tree Mall 12 | 16 Orchard View Dr. | Londonderry | NH |
| Hooksett 15 | 1226 Hooksett Rd | Manchester | NH |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved.





## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon - International distribution to be announced.**

**Buy Group TICKETS** Purchase tickets for your group
You can even buy out an entire theater in your local area!



| Theater | Address | City | State |
|---------|---------|------|-------|
| South Cove Stadium | 191 Lefante Way | Bayonne | NJ |
| Burlington Stadium 20 | 250 Bromley Blvd. | Burlington | NJ |
| Loews Cherry Hill 24 | 2121 Route 38 | Cherry Hill | NJ |
| AMC Deptford Mall 6 | 1795 Deptford Center Rd | Deptford | NJ |
| Loews East Hanover 12 | 145 State Route 10 | East Hanover | NJ |
| Multiplex Cinema @ Town Plaza 15 | 319 Rte 130 N | East Windsor | NJ |
| Loews Monmouth Mall 15 | 180 State Rt. 35 S. | Eatontown | NJ |
| Loews Jersey Gardens 20 | 651 Kaowski Rd | Elizabeth | NJ |
| Clearview Mansfield 14 | 1956 Rte. 57 | Hackettstown | NJ |
| Hamilton Center 22 | 325 Sloan Ave | Hamilton | NJ |
| Hazlet Multiplex Cinemas | 2821 Highway 35 | Hazlet | NJ |
| Loews Newport Center 11 | 30-300 Mall Drive West | Jersey City | NJ |
| Hamilton Commons Stadium 14 | 4215 Black Horse Pike | Mays Landing | NJ |
| Loews New Brunswick 18 | 17 US Highway 1 | New Brunswick | NJ |
| Commerce Center Stadium 18 | 2399 Rte 1 South | North Brunswick | NJ |
| Towne Stadium 16 | 6733 Black Horse Pike | Pleasantville | NJ |
| Market Fair 10 | 3521 Rte 1 | Princeton | NJ |
| Loews Meadow 6 | 800 Plaza Dr | Secaucus | NJ |
| Hadley Theatre 16 | 1000 Corporate Court | South Plainfield | NJ |
| Clearview Succasunna Cinema 10 | 21 Sunset Strip | Succasunna | NJ |
| Loews Seacourt 10 | 635 Bay Ave | Toms River | NJ |
| Cross Keys Cinema Stadium 22 | 151 American Blvd | Turnersville | NJ |
| Clearview Bellevue 4 | 260 Bellevue Ave | Upper Montclair | NJ |
| Cumberland Mall 14 | 3849 S Delsea | Vineland | NJ |
| Showcase Ritz | 900 Haddenfield | Voorhess | NJ |

| | | Berlin Rd | | |
|---|---|---|---|---|
| Loews Wayne 14 | | 67 Willowbrook Blvd | Wayne | NJ |







## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family **and go as a group!** Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

**You can even buy out an entire theater in your local area!**

| State | NM | Search for | ZIP | within | | Zip: | Enter a city or zip here | Search |

### List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Century Downtown 14 | 100 Central Ave | Albuquerque | NM | 8 |
| Cottonwood Stadium | 10000 NW Coors Blvd | Albuquerque | NM | 8 |
| High Ridge 8 | 12921 Indian School NE | Albuquerque | NM | 8 |
| Century Rio 24 | 4901 Pan American Freeway NE | Albuquerque | NM | 8 |
| Allen North Plains 7 | 2809 N Prince Street | Clovis | NM | 8 |
| Allen Telshor Animas Theatre 10 | 4601 E Main | Farmington | NM | 8 |
| Allen Cinema 12 | 2811 N. Telshor | Las Cruces | NM | 8 |
| Santa Fe Stadium 14 | 3474 Zafarano Santa Fe | Santa Fe | NM | 8 |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved





State [ NY ▼]   Search for [ ZIP ▼] within [ ▼]   Zip [Enter a city or zip here]   [ Search ]

## List

| Theater | Address | City | Stat |
|---|---|---|---|
| Crossgates Stadium 18 | 120 B Washington Ave Extension | Albany | NY |
| Binghamton Stadium 12 | 900 Front St. | Binghamton | NY |
| Elwood Regal Cneter 16 | 2001 Elmwood Ave | Buffalo | NY |
| Commack Multiplex Cinemas | 100 Long Island Expressway | Commack | NY |
| Farmingdale Multiplex Cinemas | 1001 Broad Hollow Rd | Farmington | NY |
| Loews Roosevelt Field 8 | 630 Old Country Rd | Garden City | NY |
| All Westchester Saw Mill Multiplex | 151 Saw Mill River Rd | Hawthorne | NY |
| Culver Ridge Plaza 16 | 2255 Ridge Road East | Irondequoit | NY |
| Ithica Mall Stadium 14 | 40 Catherwood Road | Ithica | NY |
| Hudson Valley Mall 12 | 1300 Ulster Ave | Kingston | NY |
| Orchard 14 | 11 Ellinwood Drive | New Hartford | NY |
| New Roc City Stadium 18 | 33 Le Count Place | New Rochelle | NY |
| Clearview 62 & Broadway | 1871 Broadway | New York | NY |
| E-Walk Stadium 14 | 247 W 42nd St. | New York | NY |
| Showtime Cinema | 1420 Rt. 300 | Newburgh | NY |
| Quaker Crossing Stadium 18 | 3450 Amelia Dr. | Orchard Park | NY |
| Galleria Mall Stadium 16 | 2001 South Road | Poughkeepsie | NY |
| Greece Ridge Stadium 12 | 176 Greece Ridge Center Dr | Rochester | NY |
| Tinseltown 16 | 2291 Buffalo Road | Rochester | NY |
| Henrietta Cinema Stadium 18 | 525 Marketplace Dr | Rochester | NY |
| Staten Island Stadium 16 | 2474 Forest Ave | Staten Island | NY |
| Loews Stony Brook 17 | 2196 Nesconset Highway | Stony Brook | NY |

| Carousel Mall Stadium 17 | 9586 Carousel Center | Syracuse | NY |
| Eastview Mall 13 | 70 Eastview Mall Dr | Victor | NY |
| Palisades 21 | 4403 Palisades Center Dr | West Nyack | NY |
| Transit Center Stadium 18 | 6707 Transit Road | Williamsville | NY |
| Clearview Central Plaza 4 | 2630 Central Park Ave | Yonkers | NY |

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!



State: NC    Search for: ZIP    within    Zip Enter a city or zip here    [Search]

## List

| Theater | Address | City | |
|---|---|---|---|
| Beavercreek Cinema | 1441 Beaver Creek Commons Drive | Apex | |
| Carmike 10 | 121 River Hills Road | Asheville | |
| Hollywood Cinema 14 | 1640 Hendersonville Road | Asheville | |
| Crossroads 20 | 501 Caliboo Ave | Cary | |
| Starlight Stadium 14 | 11240 US Hwy 29 | Charlotte | |
| Stonecrest @ Piper Glen 22 | 7824 Rea Road | Charlotte | |
| Arboretum Stadium 12 | 8008 Providence Road | Charlotte | |
| Carolina Pavillion 24 | 9541 South Blvd | Charlotte | |
| Concord Mills 24 | 8421 Concord Mills Blvd | Concord | |
| Wynnsong 15 | 1807 Martin Luther King Jr Pkwy | Durham | |
| Southpoint Cinema | 8030 Renaissance Parkway Ste. 975 | Durham | |
| Market Fair 15 | 1916 Skibo Road | Fayetteville | |
| White Oaks Cinema | 1205 Timber Drive East | Garner | |
| Franklin Square Stadium 14 | 3778 East Franklin Blvd. | Gastonia | |
| Premier 12 | 105 10th Place | Goldsboro | |
| Grand 18 - Four Seasons | 2700 Vanstorey St. | Greensboro | |
| Carmike 18 | 4822 Koger Blvd. | Greensboro | |
| Carmike 12 | 1685 East Fire Tower Road | Greenville | |
| Greenville Grande | 750 SW Greenville Blvd. | Greenville | |
| Epic 12 | 200 Thompson Street | Hendersonville | |
| Carmike 14 | 2000 S.E. Catawba Valley Blvd. | Hickory Creek | |
| Palladium Cinemas | 5930 Samet Drive | High Point | |
| | 16950 | | |

| | | |
|---|---|---|
| Birkdale Stadium 16 | Birkdale Commons Pkwy | Huntersville |
| Carmike 16 | 350 Western Blvd. | Jacksonville |
| Mooresville Stadium 14 | 206 Norman Station Blvd. | Mooresville |
| Park Place 16 | 9525 Chapel Hill Road | Morrisvile |
| Creekside 10 | 605 Bluemont Rd | Mt. Airy |
| Wakefield Cinema 12 | 10600 Common Oak Dr. | Raleigh |
| North Hills Stadium 14 | 4150 Main at North Hills St. | Raleigh |
| Raleigh Grande 16 | 4840 Grove Barton Road | Raleigh |
| Carmike 15 | 5501 Atlantic Springs Road | Raleigh |
| Brier Creek Stadium 14 | 8611 Brier Creek | Raleigh |
| Premier 12 | 821 Benvenue Road | Rocky Mount |
| Palace Pointe | 5050 Durham Rd | Roxboro |
| Spring Lane 8 | 1351 Douglas Dr | Sanford |
| Coastal Cinema | 5200 Bridgers Rd | Shallotte |
| Smithfield 10 | 175 South Equity Dr | Smithfield |
| Sand Hills 10 | 104 Brucewood Rd | Southern Pines |
| Statesville 10 Cinema | 1515 Cinema Way | Statesville |
| Carmike 16 | 111 Cinema Drive | Wilmington |
| Mayfaire Cinema 16 | 900 Town Center Drive | Wilmington |
| Wynnsong 12 | 1501 Hanes Mall Blvd. | Winston-Salem |
| Grand 18 | 5601 University Parkway | Winston-Salem |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved.



HOME  ·  PLAYGROUND  ·  RESOURCES  ·  THE BLOG  ·  NEWS  ·  PRESS ROOM  ·  GET UPDATES  ·  STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



State: ND ▾   Search for: ZIP ▾   within ▾   Zip: Enter a city or zip here    [Search]

## List

| Theater | Address | City | State | Zip |
|---------|---------|------|-------|-----|
| Carmike 8 | 2700 State Street | Bismarck | ND | 585( |
| Century 10 | 3931 9th Ave SW | Fargo | ND | 581( |
| Bison Twin | Buffalo Mall | Jamestown | ND | 584( |



NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved.





## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family **and go as a group!** Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

### Buy Group TICKETS
Purchase tickets for your group

**You can even buy out an entire theater in your local area!**



| Theater | Address | City | Stat |
|---|---|---|---|
| Interstate Park 18 | 1089 Interstate Parkway | Akron | OH |
| Montrose Movies 12 | 4020 Medina Rd. | Akron | OH |
| Fairfield Commons Stadium 20 | 2651 Fairfield Commons | Beavercreek | OH |
| Bryan Three | 140 South Lynn St. | Bryan | OH |
| Tinseltown 15 | 4720 Mega St NW | Canton | OH |
| Chagrin Cinemas | 8200 E Washington Dr | Chagrin | OH |
| Middleburg Town Square 16 | 18348 Bagley Road | Cleveland | OH |
| Polaris 18 | 1071 Gemini Place | Columbus | OH |
| Gateway Cinema | 1550 North High Street | Columbus | OH |
| Georgesville Square 16 | 1800 Georgesville Square Drive | Columbus | OH |
| AMC Easton Town Center 30 | 275 Easton Town Center | Columbus | OH |
| AMC Iennox Town Center 24 | 777 Kinnear Rd | Columbus | OH |
| Crossroads 20 | 200 Hutchinson Ave. | Columbus | OH |
| Cobblestone Square 20 | 5500 Cobblestone Road | Elyria | OH |
| Carmike 12 | 1800 Tiffin Ave | Findlay | OH |
| Movies 16 | 323 Stoneridge Lane | Gahanna | OH |
| Showplace 8 | 1453 Main Street | Hamilton | OH |
| Indian Mound 11 | 771 South 30th Street Indian Mound Mall | Heath | OH |
| Cinemark 15 | 8161 Macedonia Commons Blvd | Macedonia | OH |
| Deerfield Town Center Stadium 16 | 5500 Deerfield Blvd. | Mason | OH |

| Great Escape 12 | 175 Cherry Street NW | Massillion | OH |
| Showcase Fallen Timbers 14 | 2300 Village Drive West | Maumee | OH |
| Danbarry Cinemas | 3479 Dixie Hwy | Middletown | OH |
| Premier 7 | 11535 Upper Gilchrist Road | Mt. Vernon | OH |
| Pickerington 16 | 1776 Hill Road North | Pickerington | OH |
| Richmond Town Square 20 | 631 Richmond Road | Richmond Heights | OH |
| Solon Cinemas | 6185 Enterprise Parkway | Solon | OH |
| Springdale 18 Cinema De Lux | 12064 Springfield Pike | Springdale | OH |
| Upper Valley 5 | 1475 Upper Valley Pike | Springfield | OH |
| Franklin Park 16 | 5001 Monroe Street | Toledo | OH |
| Valley View 24 | 6001 Canal Rd. | Valley View | OH |
| Showcase Cinema Dayton South | 195 Mall Woods Dr | West Carrollton | OH |
| West Chester 18 | 9415 Civic Center Blvd | West Chester | OH |
| Showcase Cinema Western Hills | 5870 Harrison Ave | Western Hills | OH |
| Wheelersburg 6 | 8805 Ohio River Rd | Wheelersburg | OH |
| Willoughby Commons Stadium 20 | 36655 Euclid Ave | Willoughby | OH |

NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved.





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

## List

| Theater | Address | City | State | Z |
|---|---|---|---|---|
| Movies 8 | 2350 SE Washington Blvd | Bartlesville | OK | 7 |
| Kickingbird 8 | 1225 E. Danforth Rd. | Edmonds | OK | 7 |
| Central Mall 12 | 200 Southwest C Ave | Lawton | OK | 7 |
| Warren 14 | 1000 S Telephone Rd. | Moore | OK | 7 |
| Arrowhead Mall | 501 N. Main #102 | Muskogee | OK | 7 |
| Spotlight 14 | 1100 N Interstate Dr | Norman | OK | 7 |
| Penn Square 10 | 1901 N.W. Expressway Ste. 2100 | Oklahoma City | OK | 7 |
| Quail Springs 24 | 2501 W. Memorial | Oklahoma City | OK | 7 |
| Tinseltown 20 | 6001 Marlin Luther King Blvd. | Oklahoma City | OK | 7 |
| Owasso 10 | 12601 E 86th St N | Owasso | OK | 7 |
| Carmike 10 | 1909 N Perkins Rd | Stillwater | OK | 7 |
| Starworld 20 Theatre | 10301 S. Memorial Drive | Tulsa | OK | 7 |
| Southroads 20 | 4923 E. 41st St. | Tulsa | OK | 7 |
| West End Pointe | 12825 NW 10th | Yukon | OK | 7 |



© 2008 Premise Media Corporation. All Rights Reserved.



## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**Buy Group TICKETS**
Purchase tickets for your group

**You can even buy out an entire theater in your local area!**

| State: OR | Search for ZIP | within | Zip: Enter a city or zip here | Search |

### List

| Theater | Address | City | State |
|---|---|---|---|
| Varsity | 166 E. Main St | Ashland | OR |
| Pilot Butte Cinema | 2717 NE Highway 20 | Bend | OR |
| Century Clackamas Town Center | 12000 SE 82nd Ave Ste. 3000 | Clackamas | OR |
| Carmike 12 | 750 NE Circle Blvd. | Corvallis | OR |
| Valley River Center Stadium 15 | 500 Valley River Center | Eugene | OR |
| Southgate Cinema | 1625 SW Ringuette St | Grants Pass | OR |
| Movies on TV Stadium | Sw 2929 234th Ave | Hillsboro | OR |
| Independence Cinema 8 | 450 S 2nd St | Independence | OR |
| Pelican Cinema | 2643 Biehn St | Klamath Falls | OR |
| Tinseltown 15 | 651 Medford Center | Medford | OR |
| Lloyd Center 10 | 1510 NE Multnomah St. | Portland | OR |
| Century Eastport 16 | 4040 SE 82nd Ave | Portland | OR |
| Fox Tower | 846 SW Park Ave | Portland | OR |
| Santiam Stadium | 365 Lancaster Dr. S.E. | Salem | OR |
| Cinemark 17 | 2900 Gateway | Springfield | OR |
| Bridgeport Village Stadium | 7329 SW Bridgeport Road | Tigard | OR |



**NOW PLAYING**

Produced by LOGAN CRAFT, WALT RULOFF & JOHN SULLIVAN Associate Producer MARK MATHIS
Music by ROBBIE BRONNIMAN & ANDY HUNTER Line Producer SIMON TONDEUR Post Production Supervisor PATRICK TITTIMA
Directed by NATHAN FRANKOWSKI Written by KEVIN MILLER & BEN STEIN

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group. Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**Buy Group TICKETS**
Purchase tickets for your group
**You can even buy out an entire theater in your local area!**



State: PA    Search for: ZIP    within    Zip: Enter a city or zip here    [Search]

## List

| Theater | Address | City | St |
|---|---|---|---|
| Carmike 16 | 1700 Catasauqua | Allentown | P |
| Carmike 8 | 600 Logan Valley Mall | Altoona | P |
| Neshaminy 24 | 3900 Rockhill Dr. #650 | Bensalem | P |
| Chartiers 20 | 1025 Washington Pike | Bridgeville | P |
| Promenade 16 | 2805 Center Valley Parkway | Center Valley | P |
| Destina Clarion Mall | Clarion Mall Rd. 3 | Clarion | P |
| Plymouth Meeting 10 | 1011 W Ridge Pike | Conshohocken | P |
| Wynnsong 12 | 401 Vine Street | Delmont | P |
| Downingtown Cinema 16 | 100 Quarry Rd | Downingtown | P |
| Barn Plaza Stadium 14 | 1745 Easton Rd | Doylestown | P |
| Movies 17 | 1910 Rotunda Drive | Erie | P |
| Village 10 | 1865 Gettysburg Dr | Gettysburg | P |
| Carmike 15 | 5280 Route 30 | Greensburg | P |
| Harrisburg Stadium 14 | 1500 Caughey Dr | Harrisburg | P |
| Great Escape 14 | 3501 Paxton Street | Harrisburg | P |
| Hermitage | 2461 E. State Street | Hermitage | P |
| King of Prussia Stadium 16 | 300 Goddard Blvd | King of Prussia | P |
| Manor Stadium 16 | 1246 Millersville Pike | Lancaster | P |
| Great Escape Lebonon Valley 10 | 2200 Lebanon Valley Mall | Lebanon | P |
| Penn 10 | 541 Airport Road | Lititz | P |
| Cinemark 20 | 40 Glenmaura National Blvd. | Moosic | P |
| Edgemont Square 10 | 4777 W. Chester Pike | Newton | P |

| | | | |
|---|---|---|---|
| Plaza East 22 | 1701 Lincoln Highway | North Versaille | P |
| 309 Cinema 9 | 1210 Bethlehem Pike Ste. B13 | North Wales | P |
| Oaks Stadium 24 | 180 Mill Rd | Oaks | P |
| Great Escape 12 | 965 Lycoming Mall Circle | Pennsdale | P |
| Riverview Plaza Stadium 17 | 1400 S Columbus Blvd | Philadelphia | P |
| Carmike 10 | 700 Ft. Couch Road | Pittsburgh | P |
| Steamtown 8 | 301 Lackawanna Ave | Scranton | P |
| Premier 12 | 125 Premiere Drive | State College | P |
| Cinemark 18 | 425 Pittsburgh Mills Circle | Tarentum | P |
| Warrington Crossing Stadium 22 | 140 Easton Rd. Bldg F | Warrington | P |
| Crown Center Stadium 14 | 1500 West Chestnut Street | Washington | P |
| Waterfront 22 | 300 Waterfront Dr W | West Homestead | P |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved





# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

**Buy Group TICKETS**
Purchase tickets for your group

You can even buy out an entire theater in your local area!

| State | Search for | within | Zip |  |
|-------|-----------|--------|-----|--|
| RI | ZIP | | Enter a city or zip here | Search |

## List

| Theater | Address | City | State | Zip |
|---------|---------|------|-------|-----|
| Cinemaworld Lincoln | 622 George Washington Hwy | Lincoln | RI | 2865 |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



HOME · PLAYGROUND · RESOURCES · THE BLOG · NEWS · PRESS ROOM · GET UPDATES · STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group **TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!

State: [SC] Search for: [ZIP] within [ ] Zip: [Enter a city or zip here] [Search]

## List

| Theater | Address | City | State |
|---|---|---|---|
| Starlight Stadium 16 | 141 Interstate Blvd | Anderson | SC |
| Anderson Stadium 14 | 193 Civic Center Blvd. | Anderson | SC |
| Sea Turtle Cinemas | 106 Buckwater Parkway | Bluffton | SC |
| Charles Towne Square Stadium 18 | 2401 Mall Drive | Charleston | SC |
| Carmike 14 | 122 Afton Court | Columbia | SC |
| Columbia 7 | 3400 Forest Drive Ste. 3000 | Columbia | SC |
| Sandhill Cinema 16 | 450 Town Center Place | Columbia | SC |
| Rivertowne Stadium 12 | 20 Rivertown Blvd | Conway | SC |
| Swamp Fox Stadium 14 | 3400 Radio Road | Florence | SC |
| Hollywood Stadium 20 | 1029 Woodruff Road | Greenville | SC |
| Cherrydale 16 | 3221 North Pleasanburg Drive | Greenville | SC |
| Greenwood 10 | 533 Bypass Hwy 72 NW | Greenwood | SC |
| Park Plaza 5 | 33 Park Plaza Ste. 201 | Hilton Head | SC |
| Palmetto Grande 16 | 1319 Theatre Drive | Mt. Pleasant | SC |
| Inlet Square 16 | 10125 Highway 17 | Murrells Inlet | SC |
| Broadway 16 | 1175 Celebrity Circle | Myrtle Beach | SC |
| Grand 14 @ Market Common | 4002 DeVille Street | Myrtle Beach | SC |
| Manchester 10 | 1935 Cinema Drive | Rock Hill | SC |
| Westgate 8 | 205 Blackstock Road | Spartanburg | SC |
| Azalea Square Stadium 16 | 215 Azalea Square Blvd | Summerville | SC |











## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group. Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!

State: [TN]  Search for: [ZIP]  within [ ]  Zip: [Enter a city or zip here]  [Search]

### List

| Theater | Address | City | State |
|---|---|---|---|
| Belle Forge 10 | 5400 Bell Forge Land E. | Antioch | TN |
| Cineplanet 16 | 79 Atoka Munford Avenue | Atoka | TN |
| Hollywood 20 Cinema | 6711 Stage Road | Bartlett | TN |
| Eastridge 16 | 5080 South Terrace | Chattanooga | TN |
| Great Escape 16 | 1810 Tiny Town Road | Clarksville | TN |
| Governors Square 10 | 2801 Wilma Rudolph Blvd | Clarksville | TN |
| Premier 12 | 137 Pleasant Grove Road SW | Cleveland | TN |
| Malco Towne Cinema | 380 Market Boulevard | Collierville | TN |
| Highland 12 | 1181 South Jefferson Ave | Cooksville | TN |
| Carmike 9 | 516 Hwy 51 Bypass W | Dyersburg | TN |
| Thoroughbred 20 | 633 Frazier Drive | Franklin | TN |
| Rivergate 8 | 800 Rivergate Parkway | Goodlettsville | TN |
| Streets of Indian Lakes 16 | 300 Indian Lake Blvd | Hendersonville | TN |
| Northgate 14 | 310 Northgate Mall Dr | Hixson | TN |
| Hollywood 16 | 575 Vann Drive | Jackson | TN |
| Carmike 14 | 1805 N. Roan Street | Johnson City | TN |
| Fort Henry 11 | 2101 Fort Henry Drive | Kingsport | TN |
| Pinnacle Stadium 18 | 11240 Parkside Dr | Knoxville | TN |
| Carmike 10 | 5020 Millertown | Knoxville | TN |



| | | Pike | | |
|---|---|---|---|---|
| West Town Mall Stadium | | 7600 Kingston Pike | Knoxville | TN |
| Foothills 12 | | 507 Foothills Plaza | Maryville | TN |
| Stage Cinema 13 | | 7930 Highway 64 | Memphis | TN |
| Providence Cinema | | 401 South Mt. Juliet Road | Mt. Juliett | TN |
| Wynnsong 16 | | 2626 Cason Square Blvd. | Murfreesboro | TN |
| Carmike Bellevue 8 | | 120 Belle Forest Circle | Nashville | TN |
| Opry Mills Stadium 20 | | 570 Opry Mills Drive | Nashville | TN |
| Hollywood Stadium 27 | | 719 Thompson Ln | Nashville | TN |
| Tinseltown 14 | | 755 W Main Street | Oak Ridge | TN |

NOW PLAYING

Premise Media Corporation Presents a Rampant Films Production "Expelled: No Intelligence Allowed"

Produced by LOGAN CRAFT, WALT RULOFF & JOHN SULLIVAN Associate Producer MARK MATHIS
Music by ROBBIE BRONNIMAN & ANDY HUNTER Score by SIMON TONDEUR Post Production Supervisor PATRICK TITTMAR
Directed by NATHAN FRANKOWSKI Written by KEVIN MILLER and BEN STEIN

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



HOME  •  PLAYGROUND  •  RESOURCES  •  THE BLOG  •  NEWS  •  PRESS ROOM  •  GET UPDATES  •  STORE

# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group TICKETS
Purchase tickets for your group

You can even buy out an entire theater in your local area!



State [TX]   Search for [ZIP ▾] within [ ▾]   Zip: [Enter a city or zip here]   [Search]

## List

| Theater | Address | City | State |
|---|---|---|---|
| Premiere Cinema 10 | 4310 Buffalo Gap Rd | Abilene | TX |
| Amarillo Star Stadium 14 | 8275 W. Amarillo Blvd. | Amarillo | TX |
| Cinemark Hollywood 16 | 9100 Canyon Drive | Amarillo | TX |
| Parks At Arlington 18 | 3861 S Cooper | Arlington | TX |
| Metropolitan Stadium 14 | 901 Little Texas Lane | Austin | TX |
| Arbor 8 @ Great Hills | 9828 Great Hills Trail Ste. 800 | Austin | TX |
| Tinseltown 15 | 3855 Interstate 10 S | Beaumont | TX |
| Aggieland Cinema | 950 N. Earl Rudder Freeway | Bryan | TX |
| Cinemark Movies 18 | 1401 Earl Rudder Frwy South | College Station | TX |
| The Grand 14 | 4029 I-45 North | Conroe | TX |
| Cove Theatre | 111 W. Ave. D | Copperas Cove | TX |
| Stadium 16 | 5218 Silverberry | Corpus Christi | TX |
| Cinemark 12 | 25720 Northwest Frwy | Cypress | TX |
| Grand 24 | 10110 Technology Blvd. E | Dallas | TX |
| Keystone Park Stadium 16 | 13933 N.Central Expy | Dallas | TX |
| Angelika | 5321 Mockingbird Lane Ste. 201 | Dallas | TX |
| Cinemark 14 | 2825 Wind River | Denton | TX |
| Carmike 20 | 3003 S. Expressway | Edinburg | TX |
| Cielo Vista Mall | 8401 Gateway Blvd. West | El Paso | TX |
| Carmike 16 | 9840 Gateway Blvd. | El Paso | TX |
|  | 2601 Preston |  |  |

| Theater | Address | City | State |
|---|---|---|---|
| Stonebriar Mall 24 | Road Ste. 300 | Frisco | TX |
| Ridgemar 13 | 2300 Green Oaks Rd | Ft. Worth | TX |
| Hulen Stadium 10 | 6330 Hulen Bend Blvd. | Ft. Worth | TX |
| Firewheel Town Center 18 | 100 Coneflower Dr | Garland | TX |
| City Lights | 420 Wolf Ranch Parkway | Georgetown | TX |
| Movies 16 | 220 E. Westchester Parkway | Grand Prairie | TX |
| Grapevine Mills 30 | 3150 Grapevine Mills Parkway | Grapevine | TX |
| Cinemark 16 | 401 S. Expressway 83 | Harlingen | TX |
| Hickory Creek 16 | 8380 S. Stemmons | Hickory Creek | TX |
| Gulf Pointe 30 | 11801 S. Sam Houston Parkway | Houston | TX |
| Yorktown 15 | 15900 Yorktown Crossing | Houston | TX |
| Willowbrook 24 | 17145 Tomball Parkway | Houston | TX |
| Studio 30 | 2949 Dunvale | Houston | TX |
| Cinemark Memorial City | 310 Memorial City Mall | Houston | TX |
| Greenway Palace Stadium 24 | 3839 Weslayan St. | Houston | TX |
| Marque Stadium 23 | 7620 Katy Freeway | Houston | TX |
| Deerbrook 24 | 20131 Highway 59 North Ste. 8000 | Humble | TX |
| Cinema 10 | 3 Financial Plaza | Huntsville | TX |
| Northeast Mall 18 | 1101 Melbourne Road | Hurst | TX |
| MacArthur Marketplace | 8505 Walton Blvd | Irving | TX |
| Cinemark 19 | 1030 W. Grand Parkway North | Katy | TX |
| Katy Mills 20 | 5000 Katy Mills Cirlce #131 | Katy | TX |
| Rio Cinema | 1401 Bandera Highway | Kerrville | TX |
| Brazos Stadium 14 | 100 Highway 332 W. | Lake Jackson | TX |
| Laredo Stadium 14 | 2401 Jacaman Rd | Laredo | TX |
| Cinemark Mall Del Norte | 5300 San Dario Ste. 2206 | Laredo | TX |
| Live Oak Stadium 16 | 7901 Pat Booker Road | Live Oak | TX |
| Carmike 10 | 201 Tall Pines Rd | Longview | TX |
| Cinemark Movies 16 | 5721 58th St. | Lubbock | TX |
| Mall 9 | 4600 Medford Drive | Lufkin | TX |
| Mesquite 30 | 19919 Interstate 635 | Mesquite | TX |
| Tinseltown 17 | 2422 East Expressway 83 | Mission | TX |
| Century 12 | 4221 Preston Smith Rd. | Odessa | TX |
| Hollywood 20 | 2101 E.beltway 8 | Pasadena | TX |
| Tinseltown 20 | 15436 F.M. 1825 | Pflugerville | TX |
| Tinseltown 20 | 3800 Dallas Parkway | Plano | TX |

| Legacy 24 | 7201 Central Expressway | Plano | TX |
| Central Mall 10 | 3100 Hwy 365 Space 25 | Port Arthur | TX |
| Cinemark 12 | 3420 Vista Dr | Rosenburg | TX |
| Fountains 18 | 11225 Fountains Lake Dr | Safford | TX |
| Huebner Oaks 24 | 11075 IH 10 West | San Antonio | TX |
| Santikos Silverado | 11501 W. Loop 1604 N | San Antonio | TX |
| Santikos Embassy Theatre | 13707 Embassy Row | San Antonio | TX |
| Northwoods 14 | 17640 Henderson Pass | San Antonio | TX |
| Santikos Palladium IMAX | 17703 W. IH-10 | San Antonio | TX |
| Santikos Mayan 14 | 1918 S.W. Military Dr. | San Antonio | TX |
| Alamo Quarry Stadium 16 | 255 E. Basse | San Antonio | TX |
| Cielo Vista Stadium 18 | 2828 Cinema Ridge | San Antonio | TX |
| Santikos Rialto Cinema | 2938 N.E. Loop 410 | San Antonio | TX |
| Santikos Northwest 14 | 7600 IH 10 West | San Antonio | TX |
| First Colony 24 | 3301 Town Centre Blvd. South | Sugar Land | TX |
| Premiere Cinema | 3111 South 31st Street | Temple | TX |
| Cinemark 14 | 4230 St. Michael Dr | Texarkana | TX |
| Tinseltown 17 | 1600 Lake Robbins Dr. | The Woodlands | TX |
| Silverado 19 IMAX | 24720 Tomball Pkwy | Tomball | TX |
| Carmike 14 | 7415 S. Broadway | Tyler | TX |
| Galaxy 16 | 333 S. Valley Mills Dr. | Waco | TX |
| Jewel 16 | 7200 Woodway Dr. | Waco | TX |
| City Lights 10 | 1000 Cinema Dr. | Weatherford | TX |
| Movies 16 | 20915 Gulf Freeway | Webster | TX |
| Sikes 10 | 238 Sikes Center | Witchita Falls | TX |
| Southlake Town Square 14 | 1450 Plaza Place | Southlake, | TX |



About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



HOME · PLAYGROUND · RESOURCES · THE BLOG · NEWS · PRESS ROOM · GET UPDATES · STORE

## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group TICKETS
Purchase tickets for your group

**You can even buy out an entire theater in your local area!**

State [ UT ]  Search for [ ZIP ]  within [ ]  Zip [ Enter a city or zip here ]   [ Search ]

## List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Tinseltown 17 | 720 West 1500 North | Layton | UT | 84( |
| Megaplex 8 @ Thanksgiving Point | 2935 Thanksgiving Way | Lehi | UT | 84( |
| Megaplex 13 Junction | 2351 Kiesel Ave | Ogden | UT | 84- |
| Redstone 8 Cinema | 6030 N Market St Ste. 120 | Park City | UT | 84( |
| Cinemark 16 | 1200 Town Center Blvd | Provo | UT | 84( |
| Wynnsong 12 | 4925 N. Edgewood Dr. | Provo | UT | 84( |
| Megaplex 17 Jordan Commons | 9400 S State St | Sandy | UT | 84( |
| Century 16 | 125 E 3300 S | SLC | UT | 84 |
| Megaplex 12 @ Gateway | 165 South Rio Grande St | SLC | UT | 84 |
| Megaplex 20 District | 3761 West Parkway Plaza Dr | South Jordan | UT | 84( |
| Century | 7670 S Union Park Ave | Union Heights | UT | 84( |
| Carmike 12 | 1600 W. Fox Park Dr. | West Jordan | UT | 84( |
| Cinemark 24 | 7301 S Jordan Landing | West Jordan | UT | 84( |
| Ritz Hollywood Connection 15 | 3217 S. Decker Lake Dr. | West Valley | UT | 84 |

NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



# THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!**
Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.
**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group **TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!

List

| Theater | | Address | City | State | Zip |
|---|---|---|---|---|---|
| Merrills Roxy Cinema | | 222 College Street | Burlington | VT | 5401 |



© 2008 Premac Media Corporation. All Rights Reserved.



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



Buy Group TICKETS
Purchase tickets for your group
You can even buy out an entire theater in your local area!



State: VA ▾   Search for: ZIP ▾   within: ▾   Zip: Enter a city or zip here    [Search]

### List

| Theater | Address | City |
|---|---|---|
| 21st Century | 721 East Main Street | Abingdon |
| Hoffman Center 22 | 206 Swamp Fox Rd | Alexandria |
| Potomac Yards 16 | 3575 Jefferson Davis Highway | Alexandria |
| Kingstowne 16 | 5910 Kingstowne Towne Center | Alexandria |
| Courthouse Plaza 8 | 2150 Clarendon Blvd | Arlington |
| Fox Cinema | 22875 Brambleton Plaza | Ashburn |
| Tinseltown 17 | 3004 Linden Drive | Bristol |
| Greenbrier 13 | 600 Jarman Road | Chesapeake |
| New River Valley 14 | 110 New River Road | Christiansburg |
| Southpark 16 | 300 Southpark Circle | Colonial Heights |
| Fairfax Village 10 | 4110 West Ox Road Ste. 12110 | Fairfax |
| Moives 15 | 3301 Plank Road Route 3W | Fredericksburg |
| Southpointe Showplace 9 | 5800 Southpoint Blvd. | Fredericksburg |
| Virginia Center 20 | 10091 Jeb Stuart Parkway | Glen Allen |
| Hampton Towne Centre 24 | 1 Town Center Way | Hampton |
| Harrisonburg 14 | 381 University Blvd | Harrisonburg |
| Carmike 8 | 801 Lakeside Dr | Lynchburgh |
| Lee Highway Multiplex 14 | 8223 Lee Highway | Merrifeild |
| Commonwealth 20 | 5001 Commonwealth Center | Midlothian |
| Kiln Creek 20 | 100 Regal Way | Newport News |
| MacArthur Center 18 | 300 Monticello Ave Ste. 330 | Norfolk |
| Military Circle 18 | 880 N. Military Hwy | Norfolk |
| West Tower 10 | 8998 West Broad St | Richmond |
| Valley View Grande 16 | 4730 Valley View Blvd. | Roanoke |
| Dixie 4 | 125 E Beverley | Staunton |

| | St | |
|---|---|---|
| Countryside 20 | 45980 Regal Plaza | Sterling |
| Harbour View Grande | 5860 Harbour View Blvd | Suffolk |
| Columbus 12 | 104 Constitution Drive | Virginia Beach |
| Lynnhaven 18 | 1001 Lynnhaven Mall Loop | Virginia Beach |
| New Town Cinema 12 | 4911 Courthouse Street | Williamsburg |
| Center 6 | 601 E Jubal Dr | Winchester |
| Potomac Mills 28 | 2700 Potomac Mills Cir. Ste 886 | Woodridge |
| Commons 8 | 187 Dominion Street | Wytheville |



NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**Buy Group TICKETS**
Purchase tickets for your group
You can even buy out an entire theater in your local area!



State: WA    Search for: ZIP    within    Zip: Enter a city or zip here    [Search]

### List

| Theater | Address | City | State | Zip |
|---|---|---|---|---|
| Auburn Stadium 17 | 1101 Super Mall Way Ste. 901 | Auburn | WA | 98 |
| Lincoln Square | 700 Bellevue Way NE | Bellevue | WA | 98 |
| Sunset Square | 1135 E Sunset Dr | Bellingham | WA | 98 |
| Loews Cascade Mall 14 | 200 Cascade Mall Dr. | Burlington | WA | 98 |
| Grand Meridan Cinema | 205 E. Mountain View | Ellensburg | WA | 98 |
| Everett Mall Stadium | 1402 S.E. Everett Mall Way | Everett | WA | 98 |
| Century Federal Way | 2001 S. Commons | Federal Way | WA | 98 |
| Galaxy Uptown | 4649 Point Fosdick Dr. NW | Gig Harbor | WA | 98 |
| Three Rivers Cinema | 1301 Grade St | Kelso | WA | 98 |
| Columbia Mall Stadium 8 | 1321 N Comubia Center Blvd, Ste. 701 | Kennewick | WA | 98 |
| Martin Village Stadium | 5400 E. Martin Way | Lacey | WA | 98 |
| Lakewood Stadium | 2410 84th St. South | Lakewood | WA | 98 |
| Alderwood Stadium 7 | 3501 184th St. SW | Lynnwood | WA | 98 |
| Regal Marysville Cinema 14 | 9811 State Ave. | Marysville | WA | 98 |
| Galaxy Monroe 12 | One Galaxy Way | Monroe | WA | 98 |
| Century Olympia | 625 Black Lake Blvd. | Olympia | WA | 98 |
| Lincoln | 132 E. 1st St. | Port Angeles | WA | 98 |
| Poulsbo Stadium 10 | 750 NW Edward St | Poulsbo | WA | 98 |
| South Hill 6 | 3500 S. Meridian | Puyallup | WA | 98 |
| Bella Botega Stadium 11 | 8890 NE | Redmond | WA | 98 |

| | | 161st Ave | | | |
|---|---|---|---|---|---|
| East Valley Stadium 13 | | 3751 E. Valley Hwy | Renton | WA | 98 |
| Uptown Cinema | | 511 Queen Anne Ave N | Seattle | WA | 98 |
| Pacific Place | | 600 Pine St Ste. 400 | Seattle | WA | 98 |
| Village Centre Cinema @ Wandermere | | 1262 North Division | Spokane | WA | 99 |
| Spokane Valley Stadium 12 | | 14760 E Indiana Ave | Spokane | WA | 99 |
| Northtown Mall Stadium 12 | | 4750 N Division St | Spokane | WA | 99 |
| Galaxy Tacoma 6 | | 3102 S 23rd Street | Tacoma | WA | 98 |
| Cascade Stadium 16 | | 1101 SE 160th Ave. | Vancouver | WA | 98 |
| Grand 12 | | 1325 W. Poplar | Walla Walla | WA | 99 |
| Liberty Theatre | | 1 S. Mission St. | Wenatchee | WA | 98 |
| Yakima Cinemas | | 1305 N 16th Ave | Yakima | WA | 98 |



© 2008 Premise Media Corporation. All Rights Reserved



HOME • PLAYGROUND • RESOURCES • THE BLOG • NEWS • PRESS ROOM • GET UPDATES • STORE

## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on Friday, April 18th, 2008! Save the date now - spread the word among friends and family and go as a group! Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.



**Buy Group TICKETS**
Purchase tickets for your group

You can even buy out an entire theater in your local area!

State [WV]  Search for [ZIP]  within [ ]  Zip [Enter a city or zip here]    [Search]

### List

| Theater | Address | City | State |
|---------|---------|------|-------|
| Galleria 14 | 200 Galleria Plaza | Beckley | WV |
| Southridge 12 | 331 Southridge Blvd. | Charleston | WV |
| Larry Joe Harless | Larry Joe Harless Drive | Gilbert | WV |
| Hollywood Stadium 12 | 1001 Mountaineer Dr | Granville | WV |
| Pullman Square 16 | 26 Pullman Square | Huntington | WV |
| Mall 12 | 9540 Mall Rd | Morgantown | WV |
| Great Escape 12 | 12 JW Drive | Nitro | WV |
| Teays Valley | 170 Erskine Lane | Scott Depot | WV |



NOW PLAYING

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved.





## THEATER LOCATOR

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family **and go as a group** Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer!**
**Coming Soon** - International distribution to be announced.

**You can even buy out an entire theater in your local area!**



State: WI    Search for: ZIP    within:    Zip: Enter a city or zip here    [Search]

### List

| Theater | Address | City | State |
|---------|---------|------|-------|
| Hillside 14 | 2950 Hillside Dr | Delafield | WI |
| Desert Star 15 | 1301 Wisconsin Dells Pkwy South | Delton | WI |
| Oakwood 12 | 4800 Golf Road #4 | Eau Claire | WI |
| Star 18 | 6091 McKee Road | Fitchburg | WI |
| Green Bay East 12 | 1000 Kepler Dr. | Green Bay | WI |
| Movies 10 | 3100 Deerfield Dr. | Janesville | WI |
| Cinema 11 | 2032 Ward Ave. | La Crosse | WI |
| Eastgate 16 | 5202 High Crossing Blvd. | Madison | WI |
| Point 16 | 7825 Big Sky Dr. | Madison | WI |
| Menomonee Falls 16 | W180 N9393 Premier Lane | Menomonee | WI |
| North Shore 11 | 11700 North Port Washington Rd. | Mequon | WI |
| Cedar Creek Cinemas 10 | 10101 Market St. | Mosinee | WI |
| Ridge 20 | 5200 S. Moorland Rd. | New Berlin | WI |
| South Shore 16 | 7261 S. 13th St. | Oak Creek | WI |
| Cinema 12 | 340 S. Koeller Rd. | Oshkosh | WI |
| Saukville 12 | 350 S. Riverside Dr. | Saukville | WI |
| Marc Cinemas 13 | 3226 Kohler Memorial Dr. | Sheboygan | WI |
| Renaissance 13 | 10411 Washington Ave. | Sturtevant | WI |
| AMC Mayfair Mall 18 | 2500 N Mayfair Rd. Ste M186 | Wauwatosa | WI |





**THEATER LOCATOR**

Return here every day, as new theaters are added. Attend the opening in theaters nationwide on **Friday, April 18th, 2008!** Save the date now - spread the word among friends and family **and go as a group!** Just enter state, city or zipcode and "search" for a theater closest to you.

**Canadian distribution coming this summer! Coming Soon** - International distribution to be announced.

**You can even buy out an entire theater in your local area!**



State WY  Search for ZIP  within  Zip Enter a city or zip here  [Search]

**List**

| Theater | Address | City | State | Zip |
|---------|---------|------|-------|-----|
| Carmike Frontier 9 | 1400 Dell Range Blvd. #21 | Cheyenne | WY | 82009 |

About Premise | Contact Us | Privacy Policy | Terms of Use | Film Ratings | Parental Guide

© 2008 Premise Media Corporation. All Rights Reserved