LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202
Allen C. Wasserman (AW 4771)
Gregory T. Casamento (GC 5273)
*Attorneys for Defendants*
*Premise Media Corporation, L.P., C&S*
*Production L.P. d/b/a Rampant Films,*
*Premise media Distribution L.P. and Rocky*
*Mountain Pictures, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YOKO ONO LENNON, SEAN ONO LENNON,  :
JULIAN LENNON, and EMI BLACKWOOD   :  08 CV 3813 (SHS)
MUSIC, INC.,                       :
            Plaintiffs,             :  ECF CASE
                                   :
   -against-                      :  **NOTICE OF APPEARANCE**
                                   :
PREMISE MEDIA CORPORATION, L.P., C&S :
PRODUCTION L.P. d/b/a RAMPANT FILMS, :
PREMISE MEDIA DISTRIBUTION L.P. and :
ROCKY MOUNTAIN PICTURES, INC.,     :
                                   :
            Defendants.             :
------------------------------------------------------------ x

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please take notice that Allen C. Wasserman and Gregory T. Casamento appear as counsel for Defendants Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise media Distribution L.P. and Rocky Mountain Pictures, Inc. in this matter.

NYC 68543v.1

The below signatory certifies that he is admitted to practice in this Court.

Dated: New York, New York
May 2, 2008

                                        LOCKE LORD BISSELL & LIDDELL LLP

                                        s/ *[signature]*
                                        ALLEN C. WASSERMAN (AW 4771)
                                        885 Third Avenue, 26th Floor
                                        New York, NY 10119
                                        212.947.4700
                                        *Attorneys For Defendants*
                                        *Premise Media Corporation, L.P., C&S*
                                        *Production L.P. d/b/a Rampant Films,*
                                        *Premise media Distribution L.P. and Rocky*
                                        *Mountain Pictures, Inc.*

## CERTIFICATE OF SERVICE

     I, Sarah M. Chen, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via U.S. mail, first class, postage prepaid, this 5th day of May, 2008 on:

Dorothy M. Weber  
Peter S. Shukat  
Shukat Arrow Hafer Weber & Herbsman, LLP  
111 West 57th Street, Suite 1120  
New York, New York 10019  
(212) 245-4580

                                                                  Sarah M. Chen

NYC 68543v.1