UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YOKO ONO LENNON, SEAN ONO LENNON, :
JULIAN LENNON, and EMI BLACKWOOD      08 CV 3813 (SHS)
MUSIC, INC.,                                              :
              Plaintiffs,
                                                          :    **MOTION TO ADMIT COUNSEL**
    -against-                                         **PRO HAC VICE**
                                                          :
PREMISE MEDIA CORPORATION, L.P., C&S
PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and       :
ROCKY MOUNTAIN PICTURES, INC.,

              Defendants.                           :
------------------------------------------------------------ x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Allen C. Wasserman a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Roy W. Hardin
    Locke Lord Bissell & Liddell LLP
    2200 Ross Avenue, Suite 2200
    Dallas, Texas 75201
    (214) 740-8556 Telephone
    (214) 740-8800 Facsimile

Roy W. Hardin is a member in good standing of the Bar of the State of Texas. There are no

pending disciplinary proceeding against Roy W. Hardin in any State or Federal court.

Dated: New York, New York
      May 6, 2008

                                          Respectfully submitted,

                                          _____
                                          Allen C. Wasserman (AW-4771)
                                          LOCKE LORD BISSELL & LIDDELL, LLP
                                          885 Third Avenue, 26th Floor
                                          New York, NY 10022
                                          (212) 947-4700 Telephone
                                          (212) 947-1202 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YOKO ONO LENNON, SEAN ONO LENNON,         :
JULIAN LENNON, and EMI BLACKWOOD              08 CV 3813 (SHS)
MUSIC, INC.,                                                                  :
             Plaintiffs,
                                                          :          **AFFIDAVIT OF ALLEN C.**
    -against-                                                              **WASSERMAN IN SUPPORT OF**
                                                          :          **MOTION TO ADMIT COUNSEL**
                                                                      **PRO HAC VICE**
PREMISE MEDIA CORPORATION, L.P., C&S      :
PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and        :
ROCKY MOUNTAIN PICTURES, INC.,
                                                           :
             Defendants.
------------------------------------------------------------ x

State of New York    )
                              ) ss:
County of New York  )

Allen C. Wasserman, being duly sworn, hereby deposes and says as follows:

1. I am a Partner, at Locke Lord Bissell & Liddell LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Roy W. Hardin as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in _1985_ (date). I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Roy W. Hardin since _February, 2008_

4. Mr. Hardin is a Partner at Locke Lord Bissell & Liddell LLP, in Dallas, Texas.

5. I have found Mr. Hardin to be a skilled attorney and a person of integrity. He is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Roy W. Hardin, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Roy W. Hardin, pro hac vice, which is attached hereto as Exhibit A.

DALLAS:0101016.00002:1684730

8.     Opposing counsel has authorized us to inform this Court that they consent to this motion.

WHEREFORE it is respectfully requested that the motion to admit Roy W. Hardin, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: New York, New York
      May ___, 2008

Respectfully submitted,

*Allen Wasserman /s*
_____
Allen C. Wasserman (AW-4771)

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
YOKO ONO LENNON, SEAN ONO LENNON,         :
JULIAN LENNON, and EMI BLACKWOOD              08 CV 3813 (SHS)
MUSIC, INC.,                              :
              Plaintiffs,
                                          :       ORDER FOR ADMISSION
       -against-                                    PRO HAC VICE
                                          :       ON WRITTEN MOTION

PREMISE MEDIA CORPORATION, L.P., C&S      :
PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and       :
ROCKY MOUNTAIN PICTURES, INC.,
                                          :
              Defendants.
------------------------------------------------------------ x
```

Upon the motion of Allen C. Wasserman attorney for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>    Roy W. Hardin
>    Locke Lord Bissell & Liddell LLP
>    2200 Ross Avenue, Suite 2200
>    Dallas, Texas 75201
>    (214) 740-8739  Telephone
>    (214) 740-880o  Facsimile
>    Email:  aterry@lockelord.com

is admitted tot practice pro hac vice as counsel for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. in the captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

DALLAS:0101016.00002:1684733

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
_____, 2008

_____
United States District/Magistrate Judge

2

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Roy W. Hardin**, Bar # **08968300**, was duly admitted to practice in said Court on **06/02/76**, and is in good standing as a member of the bar of said Court.

Signed at **Dallas**, Texas on **05/01/08**.

Karen Mitchell

BY: _Dawn O. Burton_
Deputy Clerk

## CERTIFICATE OF SERVICE

      I, Sarah M. Chen, an attorney, hereby certify that I caused true and correct copies of the foregoing MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT OF ALLEN C. WASSERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, and draft ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION to be served via U.S. mail, first class, postage prepaid, this 6th day of May, 2008 on:

Dorothy M. Weber  
Peter S. Shukat  
Shukat Arrow Hafer Weber & Herbsman, LLP  
111 West 57th Street, Suite 1120  
New York, New York 10019  
(212) 245-4580

                                                      Sarah M. Chen

NYC 68543v.1