```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YOKO ONO LENNON, SEAN ONO LENNON,
JULIAN LENNON, and EMI BLACKWOOD            08 CV 3813 (SHS)
MUSIC, INC.,

          Plaintiffs,

   -against-                                **ORDER FOR ADMISSION
                                               PRO HAC VICE
                                               ON WRITTEN MOTION**

PREMISE MEDIA CORPORATION, L.P., C&S
PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and
ROCKY MOUNTAIN PICTURES, INC.,

          Defendants.
------------------------------------------------------------ x

Upon the motion of Allen C. Wasserman attorney for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>   Roy W. Hardin
>   Locke Lord Bissell & Liddell LLP
>   2200 Ross Avenue, Suite 2200
>   Dallas, Texas 75201
>   (214) 740-8739  Telephone
>   (214) 740-8800  Facsimile
>   Email: aterry@lockelord.com

is admitted tot practice pro hac vice as counsel for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. in the captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

DALLAS:0101016.00002:1684733

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
       5/8       , 2008

_____
United States District/Magistrate Judge

2

DALLAS:0101016.00002:1684733