UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
YOKO ONO LENNON, SEAN ONO LENNON, :
JULIAN LENNON, and EMI BLACKWOOD     08 CV 3813 (SHS)
MUSIC, INC.,                                              :
        Plaintiffs,
                                            :         **ORDER FOR ADMISSION**
   -against-                                                        **PRO HAC VICE**
                                           :          **ON WRITTEN MOTION**
PREMISE MEDIA CORPORATION, L.P., C&S
PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and
ROCKY MOUNTAIN PICTURES, INC.,         :

        Defendants.                                    :
-------------------------------------------------------- x

Upon the motion of Julie A. Ahrens attorney for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Anthony T. Falzone
        Stanford Law School
        Center for Internet and Society, Fair Use Project
        559 Nathan Abbott Way
        Stanford, California 94305
        (650) 736-9050  Telephone
        (650) 723-4426  Facsimile
        email: falzone@stanford.edu

is admitted to practice pro hac vice as counsel for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. in the captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
       May 13, 2008

_____
United States District/Magistrate Judge