USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

Allen C. Wasserman (AW 4771)
Gregory T. Casamento (GC 5273)
LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
YOKO ONO LENNON, SEAN ONO LENNON, JULIAN LENNON, and EMI BLACKWOOD MUSIC, INC.,

        Plaintiffs,

   -against-

PREMISE MEDIA CORPORATION, L.P., C&S PRODUCTION L.P. d/b/a RAMPANT FILMS, PREMISE MEDIA DISTRIBUTION L.P. and ROCKY MOUNTAIN PICTURES, INC.,

        Defendants.
-------------------------------------------------------------- x

08 CV 3813 (SHS)

**ECF CASE**

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel that Defendants, PREMISE MEDIA CORPORATION, L.P., C&S PRODUCTION L.P. d/b/a RAMPANT FILMS, PREMISE MEDIA DISTRIBUTION L.P. and ROCKY MOUNTAIN PICTURES, INC., time to move, answer or otherwise respond to Plaintiffs Yoko Ono Lennon, Sean Ono Lennon, Julian Lennon and EMI Blackwood Music, Inc.'s Third Claim for Relief

(Violation of § 43(a) of the Lanham Act) is hereby extended to and including June 13, 2008.

Defendants will serve their answer to the First and Second Claim on or before May 14, 2008.

Dated: New York, New York
May 9, 2008

*signature*                                                    *signature*

Allen C. Wasserman (AW 4771)                          Dorothy M. Weber (DM 4734)
Gregory T. Casamento (GC 5273)                        Peter S. Shukat (PS 8074)
LOCKE LORD BISSELL & LIDDELL, LLP                     Shukat Arrow Hafer Weber & Herbsman, LLP
885 Third Avenue, 26th Floor                          111 West 57th Street, Suite 1120
New York, NY 10022                                    New York, New York 10019
(212) 947-4700 Telephone                              (212) 245-4580
(212) 947-1202 Facsimile                              (212) 956-6471

                                                      *Attorneys for Plaintiffs*

**Of Counsel:**

Roy W. Hardin                                         SO ORDERED 5/13/08
April R. Terry
LOCKE LORD BISSELL & LIDDELL, LLP                     *signature*
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201                                   SIDNEY H. STEIN
(214) 740-8000 Telephone                              U.S.D.J.
(214) 740-8800 Facsimile
Email: rhardin@lockelord.com
aterry@lockelord.com

Anthony Falzone
Julie Ahrens
Center for Internet and Society
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305-8610
(650) 736-9050 Telephone
(650) 723-4426 Facsimile
Email: Anthony.Falzone@stanford.edu
Julie.Ahrens@stanford.edu

*Attorneys for Defendants*

SO ORDERED:

2