UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
YOKO ONO LENNON, SEAN ONO LENNON,    :
JULIAN LENNON, and EMI BLACKWOOD        08 CV 3813 (SHS)
MUSIC, INC.,                         :
      Plaintiffs,
                                     :        **MOTION TO ADMIT COUNSEL**
   -against-                          :        **PRO HAC VICE**

PREMISE MEDIA CORPORATION, L.P., C&S  :
PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and   :
ROCKY MOUNTAIN PICTURES, INC.,
                                      :
      Defendants.
------------------------------------------------------------------ x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Julie A. Ahrens, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Anthony T. Falzone
    Stanford Law School
    Center for Internet and Society, Fair Use Project
    559 Nathan Abbott Way
    Stanford, California 94305
    (650) 736-9050 Telephone
    (650) 723-4426 Facsimile
    email: falzone@stanford.edu

Anthony T. Falzone is a member in good standing of the Bar of the State of California. There are

no pending disciplinary proceeding against Anthony T. Falzone in any State or Federal court.

Dated: Stanford, California
      May 12, 2008
                                    Respectfully submitted,

                                    /s/ Julie A. Ahrens
                                    Julie A. Ahrens (JA0372)
                                    Stanford Law School
                                    Center for Internet and Society, Fair Use Project
                                    559 Nathan Abbott Way
                                    Stanford, California 94305
                                    (650) 723-2511 Telephone
                                    (650) 723-4426 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
YOKO ONO LENNON, SEAN ONO LENNON, :
JULIAN LENNON, and EMI BLACKWOOD           08 CV 3813 (SHS)
MUSIC, INC.,                              :
          Plaintiffs,
                                               :     **AFFIDAVIT OF JULIE A.**
     -against-                                **AHRENS IN SUPPORT OF**
                                               :     **MOTION TO ADMIT COUNSEL**
PREMISE MEDIA CORPORATION, L.P., C&S     **PRO HAC VICE**
PRODUCTION L.P. d/b/a RAMPANT FILMS, :
PREMISE MEDIA DISTRIBUTION L.P. and
ROCKY MOUNTAIN PICTURES, INC.,        :

          Defendants.                     :
------------------------------------------------------------- x

State of New York    )
                            ) ss:
County of New York  )

Julie A. Ahrens, being duly sworn, hereby deposes and says as follows:

1. I am the Associate Director of the Fair Use Project at Stanford Law School, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Anthony T. Falzone as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in October 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Anthony T. Falzone since September 2006.

4. Mr. Falzone is the Executive Director of the Fair Use Project at Stanford Law School in Stanford, California.

5. I have found Mr. Falzone to be a skilled attorney and a person of integrity. He is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Anthony T. Falzone, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Anthony T. Falzone, pro hac vice, which is attached hereto as Exhibit A.

8. Opposing counsel has authorized us to inform this Court that they consent to this motion.

9. Anthony T. Falzone is a member in good standing of the State Bar of California. A copy of his certificate of good standing is attached as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Anthony T. Falzone, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: Stanford, California
May 6, 2008

Respectfully submitted,

_____
Julie A. Ahrens (JA0372)

State of California, County of Santa Clara
Subscribed and sworn to (or affirmed) before me on this 6 day of May, 2008 by Julie A. Ahrens proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Chidebere H-Onuegbu



CHIDEBERE H-ONUEGBU
COMM. # 1717769
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. JAN. 16, 2011

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
YOKO ONO LENNON, SEAN ONO LENNON,
JULIAN LENNON, and EMI BLACKWOOD      :   08 CV 3813 (SHS)
MUSIC, INC.,                          :
        Plaintiffs,               :
                                      :   **ORDER FOR ADMISSION**
    -against-                       :   **PRO HAC VICE**
                                      :   **ON WRITTEN MOTION**
PREMISE MEDIA CORPORATION, L.P., C&S  :
PRODUCTION L.P. d/b/a RAMPANT FILMS,  :
PREMISE MEDIA DISTRIBUTION L.P. and   :
ROCKY MOUNTAIN PICTURES, INC.,        :
                                      :
        Defendants.               :
------------------------------------------------------------------ x

Upon the motion of Julie A. Ahrens attorney for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Anthony T. Falzone
> Stanford Law School
> Center for Internet and Society, Fair Use Project
> 559 Nathan Abbott Way
> Stanford, California 94305
> (650) 736-9050  Telephone
> (650) 723-4426  Facsimile
> email: falzone@stanford.edu

is admitted to practice pro hac vice as counsel for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. in the captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
_____, 2008

_____
United States District/Magistrate Judge

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639    TELEPHONE: 888-800-3400

May 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANTHONY TED FALZONE, #190845 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# CERTIFICATE OF SERVICE

      I, Casey B. Howard, an attorney, hereby certify that I caused true and correct copies of the foregoing NOTICE OF MOTION, AFFIRMATION OF JULIE A. AHRENS IN SUPPORT OF THE APPLICATION OF ANTHONY T. FALZONE FOR ADMISSION *PRO HAC VICE*, DECLARATION OF ANTHONY T. FALZONE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*, and proposed ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION, to be served via U.S. mail, first class, postage prepaid, this 12th day of May, 2008 on:

Dorothy M. Weber
Peter S. Shukat
Shukat Arrow Hafer Weber & Herbsman, LLP
111 West 57th Street, Suite 1120
New York, New York 10019

                                                     Casey B. Howard

NYC 68745v.1