UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
:
YOKO ONO LENNON, SEAN ONO
LENNON, JULIAN LENNON, and EMI   :
BLACKWOOD MUSIC, INC.,                                      08 CV 3813 (SHS)
:
       Plaintiffs,
:
  -against-
:
PREMISE MEDIA CORPORATION, L.P.,
C&S PRODUCTION L.P. d/b/a RAMPANT  :
FILMS, PREMISE MEDIA DISTRIBUTION
L.P. and ROCKY MOUNTAIN PICTURES,  :
INC.,
       Defendants.
-------------------------------------------------------- x

## CERTIFICATE OF SERVICE

     Gerry M. O'Leary certifies and declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that on May 14, 2008, he personally served via Hand Delivery the foregoing DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION and the DECLARATIONS OF JOHN SULLIVAN, A. LOGAN CRAFT, AND RONALD C. ROGERS in support of DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION, on the following counsel:

Dorothy M. Weber, Esq.
Shukat Arrow Hafer Weber & Herbsman LLP
111 West 57th Street, Suite 1120
New York, NY 10019
Phone: 212-245-4580
Fax: 212-956-6471

     He declares under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 15, 2008

NYC 64050v.1

-2-

*[signature]*
Gerry M. O'Leary
Paralegal
Locke Lord Bissell & Liddell LLP
885 Third Avenue
New York, New York 10022
(212) 812-8330

NYC 64050v.1