USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

YOKO ONO LENNON, *ET AL.*,         :        08 Civ. 3813 (SHS)

              Plaintiffs,         :

   -against-         :        <u>ORDER</u>

PREMISE MEDIA CORPORATION, L.P., *ET AL.*, :

             Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that as set forth on the record today during the oral argument on plaintiffs' motion for a preliminary injunction:

      1.    The temporary restraining order issued on April 30, 2008, shall continue in effect until the determination of the currently pending motion for a preliminary injunction; and

      2.    Plaintiffs shall post security in the amount of $20,000.00 on or before May 21, 2008, pursuant to Fed. R. Civ. P. 65(c).

Dated: New York, New York
       May 19, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.