LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202
Joseph N. Froehlich (JF 5221)
*Attorney for Defendants*
*Premise Media Corporation, L.P., C&S*
*Production L.P. d/b/a Rampant Films,*
*Premise media Distribution L.P. and Rocky*
*Mountain Pictures, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
YOKO ONO LENNON, SEAN ONO LENNON, :
JULIAN LENNON, and EMI BLACKWOOD      : 08 CV 3813 (SHS)
MUSIC, INC.,                          :
             Plaintiffs,            : ECF CASE
                                      :
    -against-                        : **NOTICE OF APPEARANCE**
                                      :
PREMISE MEDIA CORPORATION, L.P., C&S  :
PRODUCTION L.P. d/b/a RAMPANT FILMS,  :
PREMISE MEDIA DISTRIBUTION L.P. and   :
ROCKY MOUNTAIN PICTURES, INC.,        :
                                      :
             Defendants.            :
-------------------------------------------------------------- x

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Please take notice that Joseph N. Froehlich appears as counsel for Defendants Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution L.P. and Rocky Mountain Pictures, Inc. in this matter.

The below signatory certifies that he is admitted to practice in this Court.

Dated: New York, New York
May 23, 2008

                                              LOCKE LORD BISSELL & LIDDELL LLP

                                              */s/ Joseph Froehlich*
                                              JOSEPH FROEHLICH (JF 5221)
                                              885 Third Avenue, 26th Floor
                                              New York, NY  10119
                                              212.947.4700
                                              *Attorneys For Defendants*
                                              *Premise Media Corporation, L.P., C&S*
                                              *Production L.P. d/b/a Rampant Films,*
                                              *Premise media Distribution L.P. and Rocky*
                                              *Mountain Pictures, Inc.*

## CERTIFICATE OF SERVICE

      I, Joseph N. Froehlich, an attorney, hereby certify that I served a true and correct copy of the foregoing NOTICE OF APPEARANCE, via the ECF System on this 23rd day of May, 2008 on:

Dorothy M. Weber
Peter S. Shukat
Shukat Arrow Hafer Weber & Herbsman, LLP
111 West 57th Street, Suite 1120
New York, New York 10019
(212) 245-4580

                                                                Joseph N. Froehlich