UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
:
YOKO ONO LENNON, SEAN ONO
LENNON, JULIAN LENNON, and EMI        :
BLACKWOOD MUSIC, INC.,                          08 CV 3813 (SHS)
:
           Plaintiffs,
:
   -against-
:
PREMISE MEDIA CORPORATION, L.P.,
C&S PRODUCTION L.P. d/b/a RAMPANT    :
FILMS, PREMISE MEDIA DISTRIBUTION
L.P. and ROCKY MOUNTAIN PICTURES,    :
INC.,
           Defendants.        :
------------------------------------------------------- x

## NOTICE OF DEMAND FOR JURY TRIAL

Defendants Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution L.P. and Rocky Mountain Pictures, Inc. assert their rights under the Seventh Amendment to the U.S. Constitution and demand, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

Dated:   May 23, 2008
           New York, New York

                                         **LOCKE LORD BISSELL & LIDDELL, LLP**

                                         _/s/ Joseph N. Froehlich_
                                         Allen C. Wasserman (AW 4771)
                                         Joseph N. Froehlich (JF 5221)
                                         Attorneys For Defendants
                                         885 Third Avenue, 26th Floor
                                         New York, NY 10022
                                         (212) 947-4700 Telephone
                                         (212) 947-1202  Facsimile

**Of Counsel:**

Anthony Falzone
Admitted *pro hac vice*
STANFORD LAW SCHOOL CENTER FOR INTERNET & SOCIETY
Stanford Law School
559 Nathan Abbott Way
Stanford, California 94305
(650) 736-9050  Telephone
(650) 723-4426  Facsimile

Roy W. Hardin
April R. Terry
LOCKE LORD BISSELL & LIDDELL, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201
(214) 740-8000 Telephone
(214) 740-8800  Facsimile


TO:   Dorothy M. Weber
      Peter S. Shukat
      Shukat Arrow Hafer Weber & Herbsman, LLP
      111 West 57th Street, Suite 1120
      New York, New York 10019
      (212) 245-4580


NYC 69160v.1

## CERTIFICATE OF SERVICE

      I, Joseph N. Froehlich, an attorney, hereby certify that I served a true and correct copy of the foregoing NOTICE OF DEMAND FOR JURY TRIAL, via the ECF System on the 23rd day of May, 2008 on:

Dorothy M. Weber, Esq.
Peter S. Shukat, Esq.
Shukat Arrow Hafer Weber & Herbsman LLP
111 West 57th Street, Suite 1120
New York, NY 10019
(212) 245-4580

                                                                                   Joseph N. Froehlich