UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YOKO ONO LENNON, SEAN ONO LENNON,  :
JULIAN LENNON, and EMI BLACKWOOD       08 CV 3813 (SHS)
MUSIC, INC.,                                            :
       Plaintiffs,
                                                              :   **MOTION TO ADMIT COUNSEL**
   -against-                                      **PRO HAC VICE**
                                                              :

PREMISE MEDIA CORPORATION, L.P., C&S  :
PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and     :
ROCKY MOUNTAIN PICTURES, INC.,
                                                              :
       Defendants.
------------------------------------------------------------ x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Julie A. Ahrens, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Brandy Karl
    Stanford Law School
    Center for Internet and Society, Fair Use Project
    559 Nathan Abbott Way
    Stanford, California 94305
    (650) 724-0517  Telephone
    (650) 723-4426  Facsimile
    email: bkarl@stanford.edu

Brandy Karl is a member in good standing of the Bar of the State of Massachusetts. There are no pending disciplinary proceeding against Brandy Karl in any State or Federal court.

Dated: Stanford, California
      May 22, 2008          Respectfully submitted,

                                                */s/ Julie A. Ahrens*
                                                Julie A. Ahrens (JA0372)
                                                Stanford Law School
                                                Center for Internet and Society, Fair Use Project
                                                559 Nathan Abbott Way
                                                Stanford, California 94305
                                                (650) 723-2511  Telephone
                                                (650) 723-4426  Facsimile

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YOKO ONO LENNON, SEAN ONO LENNON,           :
JULIAN LENNON, and EMI BLACKWOOD                08 CV 3813 (SHS)
MUSIC, INC.,                                :
            Plaintiffs,
                                            :
                                                     AFFIDAVIT OF JULIE A.
    -against-                               :        AHRENS IN SUPPORT OF
                                                     MOTION TO ADMIT COUNSEL
                                            :        PRO HAC VICE
PREMISE MEDIA CORPORATION, L.P., C&S        :
PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and         :
ROCKY MOUNTAIN PICTURES, INC.,
                                            :
            Defendants.
                                            x
------------------------------------------------------------
```

State of New York    )
                     )   ss:
County of New York   )

Julie A. Ahrens, being duly sworn, hereby deposes and says as follows:

1. I am the Associate Director of the Fair Use Project at Stanford Law School, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Brandy Karl as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in October 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Brandy Karl since June 2007.

4. Brandy Karl is a Residential Fellow at Stanford Law School in Stanford, California.

5. I have found Ms. Karl to be a skilled attorney and a person of integrity. She is experienced in Federal practices and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Brandy Karl, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Brandy Karl, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Brandy Karl, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: Stanford, California
       May 6, 2008

Respectfully submitted,

_____
Julie A. Ahrens (JA0372)

State of California, County of Santa Clara
Subscribed and sworn to (or affirmed) before me on this 6th day of May, 2008, by Julie A. Ahrens proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Chidebere H-Onuegbu

CHIDEBERE H-ONUEGBU
COMM. # 1717769
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Exp. Jan. 16, 2011

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
YOKO ONO LENNON, SEAN ONO LENNON,  :
JULIAN LENNON, and EMI BLACKWOOD      08 CV 3813 (SHS)
MUSIC, INC.,                       :
        Plaintiffs,
                                   :
                                         **ORDER FOR ADMISSION**
   -against-                      :  **PRO HAC VICE**
                                         **ON WRITTEN MOTION**
PREMISE MEDIA CORPORATION, L.P., C&S  :
PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and :
ROCKY MOUNTAIN PICTURES, INC.,
                                   :
        Defendants.
------------------------------------------------------------- x

Upon the motion of Julie A. Ahrens attorney for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Brandy Karl
      Stanford Law School
      Center for Internet and Society, Fair Use Project
      559 Nathan Abbott Way
      Stanford, California 94305
      (650) 724-0517  Telephone
      (650) 723-4426  Facsimile
      email: bkarl@stanford.edu

is admitted to practice pro hac vice as counsel for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. in the captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
_____, 2008

_____
United States District/Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **December** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

**Brandy A. Karl**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-second** day of **May** in the year of our Lord **two thousand and eight**.





MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## CERTIFICATE OF SERVICE

      I, Sarah M. Chen, an attorney, hereby certify that I caused true and correct copies of the foregoing MOTION TO ADMIT COUNSEL *PRO HAC VICE*, AFFIRMATION OF JULIE A. AHRENS IN SUPPORT MOTION TO ADMIT COUNSEL *PRO HAC VICE* and proposed ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION, to be served via U.S. mail, first class, postage prepaid, this 28th day of May, 2008 on:

Dorothy M. Weber  
Peter S. Shukat  
Shukat Arrow Hafer Weber & Herbsman, LLP  
111 West 57th Street, Suite 1120  
New York, New York 10019

                                                                Sarah M. Chen

NYC 68745v.1