```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
YOKO ONO LENNON, SEAN ONO LENNON,
JULIAN LENNON, and EMI BLACKWOOD         08 CV 3813 (SHS)
MUSIC, INC.,
      Plaintiffs,

      -against-                              **ORDER FOR ADMISSION**
                                              **PRO HAC VICE**
PREMISE MEDIA CORPORATION, L.P., C&S     **ON WRITTEN MOTION**
PRODUCTION L.P. d/b/a RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. and
ROCKY MOUNTAIN PICTURES, INC.,

      Defendants.
------------------------------------------------------------- x

Upon the motion of Julie A. Ahrens attorney for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Brandy Karl
      Stanford Law School
      Center for Internet and Society, Fair Use Project
      559 Nathan Abbott Way
      Stanford, California 94305
      (650) 724-0517 Telephone
      (650) 723-4426 Facsimile
      email: bkarl@stanford.edu

is admitted to practice pro hac vice as counsel for Defendants, Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution, L.P. and Rocky Mountain Pictures, Inc. in the captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York
      5/30     , 2008

_____
United States District/Magistrate Judge