```
FILED U.S. DC
JUN 1 1 2008
S.D. OF N.Y.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
YOKO ONO LENNON, SEAN ONO LENNON,                           :    08 CV 3813 (SHS)(FM)
JULIAN LENNON, and EMI BLACKWOOD                            :
MUSIC, INC.,                                                :
                                                            :
                    Plaintiffs,                             :    **NOTICE OF APPEAL**
                                                            :
    -against-                                               :
                                                            :
PREMISE MEDIA CORPORATION, L.P., C&S                        :
PRODUCTION L.P. d/b/a RAMPANT FILMS,                        :
PREMISE MEDIA DISTRIBUTION L.P. AND                         :
ROCKY MOUNTAIN PICTURES, INC.,                              :
                                                            :
                    Defendants.                             :
------------------------------------------------------------x

Notice is hereby given that Yoko Ono Lennon, Sean Ono Lennon, Julian Lennon and EMI Blackwood Music, Inc., plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from an order denying plaintiffs a preliminary injunction against defendants in this matter entered in this action of the 2nd day of June, 2008 in the Southern District of New York.

Dated:      New York, New York
            June 11, 2008

                                    SHUKAT ARROW HAFER WEBER &
                                    HERBSMAN, L.L.P.

                                    By: /s/ Dorothy M. Weber
                                    _____
                                    Dorothy M. Weber (DW 4734)
                                    Attorneys for Plaintiffs
                                    111 West 57th Street
                                    Suite 1120
                                    New York, New York 10019
                                    212-245-4580