UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
YOKO ONO LENNON, SEAN ONO       ECF CASE
LENNON, JULIAN LENNON, and EMI  :
BLACKWOOD MUSIC, INC.,          1:08-CV-03813-SHS
:
        Plaintiffs,        NOTICE OF PREMISE MEDIA
:   CORPORATION, L.P., C&S
-against-                       PRODUCTION L.P. D/B/A
:   RAMPANT FILMS, PREMISE
PREMISE MEDIA CORPORATION, L.P.,    MEDIA DISTRIBUTION L.P., AND
C&S PRODUCTION L.P. d/b/a RAMPANT   ROCKY MOUNTAIN PICTURES,
FILMS, PREMISE MEDIA DISTRIBUTION :  **INC.'S MOTION TO DISMISS**
L.P. and ROCKY MOUNTAIN PICTURES,
INC.,                           :
        Defendants.
------------------------------------------------------------- x

    PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law in Support of Defendants' Motion to Dismiss, dated June 20, 2008, and all prior proceedings had herein, Defendants Premise Media Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media Distribution L.P., and Rocky Mountain Pictures, Inc. (collectively, "Defendants") hereby move this Court before the Honorable Judge Sidney H. Stein, United States District Judge, in Courtroom 23A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Third Claim for Relief (Violation of § 43(a) of the Lanham Act) in the Complaint of Plaintiffs Yoko Ono Lennon, Sean Ono Lennon, Julian Lennon, and EMI Blackwood Music, Inc. and granting such other relief as this Court deems just and proper.

    The undersigned certifies that prior to making this motion, the movant used his best efforts to resolve informally the matters raised in this motion.

Dated: New York, New York
June 20, 2008

Respectfully submitted,

_____
Allen C. Wasserman (AW-4771)
LOCKE LORD BISSELL & LIDDELL, LLP
885 Third Avenue, 26th Floor
New York, NY 10022
(212) 947-4700 Telephone
(212) 947-1202 Facsimile
Email: awasserman@lockelord.com

**Of Counsel:**

Anthony Falzone
Julie Ahrens (JA-0372)
Center for Internet and Society
STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305-8610
(650) 736-9050 Telephone
(650) 723-4426 Facsimile
Email: Anthony.Falzone@stanford.edu
Julie.Ahrens@stanford.edu


Roy W. Hardin
April R. Terry
LOCKE LORD BISSELL & LIDDELL, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile
Email: rhardin@lockelord.com
aterry@lockelord.com