## CERTIFICATE OF SERVICE

    I hereby certify that true and correct copies of the NOTICE OF PREMISE MEDIA CORPORATION, L.P., C&S PRODUCTION L.P. D/B/A RAMPANT FILMS, PREMISE MEDIA DISTRIBUTION L.P., AND ROCKY MOUNTAIN PICTURES, INC.'S MOTION TO DISMISS, and the MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, have been served via email, by hand, and via First Class Mail, postage pre-paid, upon Counsel for Plaintiffs, specifically Dorothy M. Weber, SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP, 111 West 57th Street, Suite 1120 New York, New York 10019, dorothy@musiclaw.com, on this 20th day of June, 2008.

By: *[signature]*

Allen C. Wasserman (AW-4771)
LOCKE LORD BISSELL & LIDDELL, LLP
885 Third Avenue, 26th Floor
New York, NY 10022
(212) 947-4700 Telephone
(212) 947-1202 Facsimile
Email: awasserman@lockelord.com