```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/8
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| YOKO ONO LENNON, *ET AL.*, | : | 08 Civ. 8313 (SHS) |
| Plaintiffs, | : | |
| -against- | : | ORDER |
| PREMISE MEDIA CORPORATION, L.P., *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

    1.    The last day for plaintiffs to respond to defendants' motion to dismiss plaintiffs' third claim for relief is July 14, 2008;

    2.    The last day for defendants to reply to their motion is July 28, 2008; and

    3.    The last day for completion of all discovery except expert discovery is October 31, 2008.

Dated: New York, New York
         July 1, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.