$\int \tau \circ \cdots \gamma \int$

Dorothy M. Weber, Esq. (DW 4734)
SHUKAT ARROW HAFER WEBER
& HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
212-245-4580
Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

YOKO ONO LENNON, SEAN ONO LENNON,    08 CV 3813 (SHS)(FM)
JULIAN LENNON, and EMI BLACKWOOD
MUSIC, INC.,

                    Plaintiffs,

          -against-

PREMISE MEDIA CORPORATION, L.P., C&S
PRODUCTION L.P. d/b/a RAMPANT FILMS,

PREMISE MEDIA DISTRIBUTION L.P. AND
ROCKY MOUNTAIN PICTURES, INC.,

                    Defendants.
----------------------------------------------------------x

Plaintiffs, Yoko Ono Lennon, Sean Ono Lennon, Julian Lennon and

EMI Blackwood Music, Inc. ("Plaintiffs") and Defendants, Premise Media

Corporation, L.P., C&S Production L.P. d/b/a Rampant Films, Premise Media

Distribution L.P. and Rocky Mountain Pictures, Inc. ( "Defendants"), by and

through their counsel of record, hereby stipulate that the Plaintiffs' third

claim for relief arising under 15 U.S.C. § 1125(a) shall be dismissed with

prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Defendants reserve their right to seek costs and fees in connection with the third claim. Plaintiffs reserve all of their defenses and objections to any claim by Defendants for costs or fees in connection with the third claim.

Dated:    July 16, 2008
          New York, New York


SHUKAT ARROW HAFER                  STANFORD LAW SCHOOL CENTER
WEBER & HERBSMAN, LLP               FOR INTERNET & SOCIETY

By: _____      By: _____
Dorothy M. Weber (DW 4734)         Anthony Falzone, Esq.
111 West 57th Street, Suite 1120   Stanford Law School
New York, New York 10019           559 Nathan Abbott Way
212-245-4580                       650-736-9050
Attorneys for Plaintiffs           Attorney for Defendants

*The pending motion by defendants to dismiss the third claim for relief [51] is dismissed with prejudice.*

SO ORDERED: 7/16/08

_____
Honorable Sidney H. Stein
United States District Judge