```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

YOKO ONO LENNON, *ET AL.*,                :        08 Civ. 3813 (SHS)

                Plaintiffs,     :

      -against-                                          :        <u>ORDER</u>

PREMISE MEDIA CORPORATION, L.P., *ET AL.*, :

                Defendants.    :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      In light of the Stipulation and Order dismissing plaintiffs' third claim for relief dated July 16, 2008, and the motion to dismiss the third claim for relief having been dismissed,

      IT IS HEREBY ORDERED that:

      1.    There will be a pretrial conference on October 31, 2008, at 12:00 p.m. Counsel for defendants may appear by telephone; and

      2.    The last day for discovery remains at October 31, 2008.

Dated: New York, New York
           July 18, 2008

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.