# MANDATE

08-cv-3813 (SHS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 02 2008

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
AUG 28 2008
Catherine O'Hagen Wolfe, Clerk
SECOND CIRCUIT

------------------------------------------------x
LENNON, et al.,
        Appellants,

-against-

PREMISE MEDIA CORPORATION, L.P., et al.,

        Appellees.
------------------------------------------------x

Docket No. 08-2969-cv

    The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, with Appellant to bear all costs due to the Court.

    Appellees reserve their right to seek costs and fees in connection with the above-captioned appeal, and Appellants reserve all of their defenses and objections

Issued as Mandate: AUG 2 8 2008

to any such claim by Appellees for costs or fees in connection herewith.

Dated:  New York, New York
        August 26, 2008

                                    SHUKAT ARROW HAFER WEBER &
                                    HERBSMAN, L.L.P.

                            By:     _____
                                    Dorothy M. Weber (DW 4734)
                                    Attorneys for Appellants
                                    111 West 57th Street, Suite 1120
                                    New York, New York 10019
                                    212-245-4580

Dated:  Stanford, California
        August 26, 2008

                                    STANFORD LAW SCHOOL CENTER
                                    FOR INTERNET & SOCIETY

                            By:     _____
                                    Julie Ahrens, Esq.
                                    Attorneys for the Appellees
                                    Stanford Law School
                                    Stanford, California 94305
                                    559 Nathan Abbott Way
                                    650-736-9050

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

                                              A TRUE COPY
                                    Catherine O'Hagan Wolfe, Clerk
                                    by _____
                                              DEPUTY CLERK