Dorothy M. Weber, Esq. (DW 4734)
SHUKAT ARROW HAFER WEBER
& HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY  10019
212-245-4580
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

YOKO ONO LENNON, SEAN ONO LENNON,          08 CV 3813 (SHS)(FM)
JULIAN LENNON, and EMI BLACKWOOD
MUSIC, INC.,

                    Plaintiffs,              **NOTICE OF
                                             MOTION**

        -against-

PREMISE MEDIA CORPORATION, L.P., C&S
PRODUCTION L.P. *d/b/a* RAMPANT FILMS,
PREMISE MEDIA DISTRIBUTION L.P. AND
ROCKY MOUNTAIN PICTURES, INC.,

                    Defendants.
-----------------------------------------------------------------x


**PLEASE TAKE NOTICE** that upon the Declaration of Peter S. Shukat

dated September 5, 2008, and the accompanying Memorandum of Law, Plaintiffs

Yoko Ono Lennon, Sean Ono Lennon, Julian Lennon and EMI Blackwood Music,

Inc., by their attorneys Shukat Arrow Hafer Weber & Herbsman, LLP, will move

this Court before the Honorable Sidney H. Stein, District Court Judge, in Courtroom

23A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

New York, New York 10007, for an order of dismissal of the above-captioned action,

with prejudice and without costs and/or attorneys fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for the reasons set forth in the attached Memorandum of Law in Support of Motion.

PLEASE TAKE FURTHER NOTICE that defendants' answering papers, if any, are due to be served on or before September 19, 2008, pursuant to Local Civil Rule 6.1.

Dated:      New York, New York
            September 5, 2008


                        SHUKAT ARROW HAFER WEBER
                        & HERBSMAN, L.L.P.

                        By: _____
                            Dorothy M. Weber, Esq. (DW 4734)
                            111 West 57th Street, Suite 1120
                            New York, New York  10019
                            (212) 245-4580
                            Attorneys for Plaintiff


TO:     Anthony Falzone, Esq.
        Stanford Law School
        559 Nathan Abbott Way
        Stanford, CA
        650-736-9050
        Attorneys for Defendants

        Roy W. Hardin, Esq.
        Locke Lord Bissell & Liddell, LLP
        2200 Ross Avenue, Suite 2200
        Dallas, Texas 75201
        Attorneys for Defendants